UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                )
                               )
                               )
                               )
        Plaintiff,              )
                               )   Case Number: 1:05CV02202
v.                             )
                               )
                               )
LAWENCE M. SMALL, SECRETARY    )
SMITHSONIAN INSTITUTION        )
                               )
                               )
        Defendant.              )

## AFFIDAVIT OF SERVICE

The undersigned, Steven J. Silverberg, Attorney for Plaintiff in this matter, hereby swears upon oath that service was made in this action pursuant to F.R.Civ.P. 4(i)(2)(A) by posting on the 5th day of December, 2005, in the United States Postal Service, a Notice of Right to Consent to Trial Before a United States Magistrate Judge, Complaint of Employment Discrimination and Breach of Contract, and Initial Electronic Case Filing Order, by Certified Mail, postage prepaid, on the following:

>Lawrence M. Small
>Secretary
>Smithsonian Institution
>1000 Jefferson Drive, S.W.
>Washington, D.C. 20560
>(Certified Mail Receipt: 7005 1160 0002 6704 3378)

A copy of the signed return receipt indicating receipt signed for by Steven Kurland, undated, is attached hereto.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Steven J. Silverberg
1819 L Street, N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
sjsilverberg@erols.com

DISTRICT OF COLUMBIA, ss:

Subscribed and sworn to before me on this ___19___ day of January, 2006.

_____
Notary Public

My commission expires:

Shirley F. Epps
Notary Public, District of Columbia
My Commission Expires 06-30-2009

-2-

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Steven Kurlan_ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Steven Kurland  C. Date of Delivery |
| 1. Article Addressed to:<br>Lawrence M. Small<br>Secretary<br>Smithsonian Institution<br>1000 Jefferson Drive, S.W.<br>Washington, D.C. 20560 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0002 6704 3378 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box

Steven J. Silverberg, Esq.
1819 L Street, N.W.,
#700
Washington, D.C. 20036