UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN, )<br>)<br>    Plaintiff, )<br>)<br>v.    )<br>)<br>LAWRENCE M. SMALL, SECRETARY, )<br>SMITHSONIAN INSTITUTION, )<br>)<br>    Defendant. ) | Civil Action No. 05-2202<br>(RBW) |

PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, Anthony Bowden, by and through his attorney, Steven J. Silverberg, and hereby moves, pursuant to Federal Rules of Civil Procedure 7 and 15 and Rules 7 and 15.1 of the United States District Court for the District of Columbia, for permission to file a First Amended Complaint of Employment Discrimination and Breach of Contract.

1. Plaintiff filed his original Complaint of Employment Discrimination and Breach of Contract with this Court on November 10, 2005. This Complaint alleged discrimination based on race, color, sex, religion, disability, reprisal for his prior Equal Employment Opportunity (EEO) activity, and breach of contract.

2. Plaintiff then filed an administrative formal Complaint of Discrimination with the Smithsonian Institution ("Agency"), Agency Case No. 06-04-010306, alleging continuous harassment based on race, color, sex, and disability discrimination, and reprisal for prior EEO activity, on January 3, 2006.

3. The Agency issued a Final Agency Decision regarding Agency Case Number 06-04-010306 dated January 23, 2006, which was postmarked January 24, 2006 and which Complainant received no earlier than January 25, 2006. The Agency dismissed the Complaint pursuant to 20 C.F.R. § 1614.107(a)(1), as the Agency found that Plaintiff had stated the same claim in this Complaint that had been previously decided by the Agency in his prior complaints of discrimination. Plaintiff disputes this as he asserts that he stated new claims in the Complaint and notes that the Agency in its Final Agency Decision even noted the Plaintiff was alleging "more recent incident dates" in this Complaint.

4. Plaintiff notes that pursuant to 29 C.F.R. § 1614.106(d), he may amend his Complaint to include issues or claims that are "like or related" to those raised in the original complaint. This is exactly what Plaintiff did here, as even found by the Agency, *i.e.*, he added claims like or related to the claims raised in his original Complaint which were "more recent" and that were new incidents of the continuous hostile environment of discrimination and retaliation by the Agency against him.

5. Plaintiff now files his First Amended Complaint of Employment Discrimination and Breach of Contract primarily to include administrative formal Complaint of Discrimination, Agency Case Number 06-04-010306, and to make certain corrections and additions, primarily of a stylistic nature, to his original Complaint filed in this Court.

6. Plaintiff is filing this First Amended Complaint pursuant to 42 U.S.C. §

2000e-16(c) which allows an individual to file a civil action against certain federal agencies "(w)ithin 90 days of receipt of notice of final action taken by a department, agency, or unit...", and pursuant to 29 C.F.R. § 1614.407(a), which gives a "complainant who has filed an individual complaint" the right "to file a civil action in an appropriate United States District Court (w)ithin 90 days of receipt of the final action on an individual or class compliant if no appeal has been filed."  Thus, Plaintiff now wishes to exercise his right pursuant to federal statute and regulation to timely filing this First Amended Complaint.

7. Attorney for Plaintiff has contacted Assistant United States Attorney W. Mark Nebeker, and he does not oppose this Motion.

WHEREFORE, Plaintiff Anthony Bowden prays that his Unopposed Motion for Leave to File First Amended Complaint be granted and that he be allowed to file a First Amended Complaint.

                                             Respectfully submitted,

April 24, 2006                                  /s/
                                                 Steven J. Silverberg
                                                 District of Columbia Bar #377376
                                                 Attorney for Plaintiff
                                                 1819 L Street, N.W., Suite 700
                                                 Washington, D.C. 20036
                                                 Tel: (202) 785-8499
                                                 Fax: (202) 785-8470
                                                 E-mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )   **Civil Action No. 05-2202** |
| | )   **(RBW)** |
| **LAWRENCE M. SMALL, SECRETARY,** | ) |
| **SMITHSONIAN INSTITUTION,** | ) |
| | ) |
|     **Defendant.** | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR
<u>LEAVE TO FILE FIRST AMENDED COMPLAINT</u>**

1. Federal Rules of Civil Procedure 7 and 15.

2. LCvR 7 and 15.1 of the United States District Court for the District of Columbia.

3. The inherent power of this Court.

4. The record herein.

                                            Respectfully submitted,

April 24, 2006                                       /s/
                                            Steven J. Silverberg
                                            District of Columbia Bar #377376
                                            Attorney for Plaintiff
                                            1819 L Street, N.W., Suite 700
                                            Washington, D.C. 20036
                                            Tel: (202) 785-8499
                                            Fax: (202) 785-8470
                                            E-mail: sjsilverberg@erols.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2202 |
| | ) (RBW) |
| **LAWRENCE M. SMALL, SECRETARY,** | ) |
| **SMITHSONIAN INSTITUTION,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

This matter having come before the United States District Court for the District of Columbia on Plaintiff's Unopposed Motion for Leave to File First Amended Complaint, on this _____ day of April, 2006, it is hereby ORDERED that Plaintiff's Motion be and is hereby GRANTED, and that Plaintiff be allowed to file his First Amended Complaint.

_____
Reggie B. Walton
United States District Judge

Copies to: Counsel of Record via ECF