UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE M. SMALL, SECRETARY, )<br>SMITHSONIAN INSTITUTION )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2202 RBW |

**[Defendant's Proposed] SCHEDULING ORDER**

This matter having come before the United States District Court for the District of Columbia for the District of Columbia on the parties' Joint Local Rule 16.3(c) Report, on this ____ day of June, 2006, it is hereby ORDERED that the following schedule be adopted for this matter.

1. All other parties shall be joined in this matter and all further amendments must be made within 60 days of the entry of the Scheduling Order.

2. Defendant shall file its motion to dismiss or, in the alternative, for summary judgment, within 45 days of the close of discovery. Plaintiff shall file a response to Defendant's motion within 60 days of the filing of the motion. Defendant shall then file its reply within 21 days thereafter.

3. Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(2) are waived.

4. Discovery shall close within 150 days of the entry of the Scheduling Order in this case. Plaintiff and Defendant will each be allowed to take up to 10 depositions, without leave of Court. There will be a maximum of 30 interrogatories.

5. Plaintiff shall provide any expert disclosure report pursuant to Fed.R.Civ.P. 26(a)(2) within 60 days after the entry of the Scheduling Order, and Defendant shall serve its report(s) within 60 days thereafter. Depositions of experts shall occur within 30 days of a party receiving an expert disclosure report from the opposing party.

_____
Reggie B. Walton
United States District Court Judge

Copies to: Counsel of Record via ECF