UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2202 (RBW) |
| | ) |
| **LAWRENCE SMALL, Secretary,** | ) |
| United States Department of Agriculture | ) |
| | ) |
| Defendant. | ) |
| | ) |

PLAINTIFF'S CONSENT MOTION
TO POSTPONE STATUS HEARING

COMES NOW the Plaintiff, Anthony Bowden, by and through his attorney, Steven J. Silverberg, and hereby moves pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), and Local Rule LCvR 7 of the United States District Court for the District of Columbia, that the status hearing currently set in this matter for August 24, 2006 at 9:00 a.m. before United States District Judge Reggie B. Walton, be postponed.  In support of this Motion, Plaintiff states the following:

1. This case was referred to United States Magistrate Judge Deborah A. Robinson for mediation pursuant to the parties' request.  Judge Walton also set this matter for a status hearing for August 24, 2006 to review the progress of mediation and to decide how to proceed on the case.  Mediation was held before Judge Robinson on July 25,

2006, and via telephone conference on August 1, 2006.  The parties are still negotiating.

2.    Attorney for Plaintiff is requesting that the status hearing before Judge Walton scheduled for August 24, 2006 be postponed.  Attorney for Plaintiff is requesting this because he has found out since the scheduling of the status conference that he and his wife are supposed to be in South Carolina from Wednesday, August 23, 2006 through Sunday, August 27, 2006, to visit their 14 year-old son who resides at a therapeutic boarding school, and to attend a parent's conference sponsored by the school.  It is very important for the students' progress that the parents attend these conferences.

3.    Pursuant to Local Rule LCvR 7(m), Attorney for Plaintiff has contacted Attorney for Defendant and he consents to this Motion .  The parties have agreed that August 29, September 1, September 6, and September 7, 2006 are good dates for them for the status hearing to be postponed to.

4.    As this case is currently in mediation so no scheduling order has yet been issued in this case, the granting of this Motion to postpone the status conference will have no effect on any other previously scheduled deadlines.

5.    This is the first request by either party that the status hearing be postponed.

WHEREFORE, Plaintiff prays that the status hearing currently scheduled for August 24, 2006 be postponed.

August 11, 2006                              Respectfully submitted,

/s/
_____
Steven J. Silverberg
Attorney for Plaintiff
1819 L Street N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-Mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**LAWRENCE SMALL, Secretary,** )<br>**United States Department of Agriculture** )<br>)<br>    **Defendant.** )<br>) | Civil Action No. 05-2202 (RBW) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S CONSENT MOTION TO POSTPONE STATUS HEARING**

1. Federal Rules of Civil Procedure 6(b) and 7(b).

2. Local Rule LCvR 7 of the United States District Court for the District of Columbia.

3. The inherent power of this Court.

4. The record herein.

                                                         Respectfully submitted,

                                                         /s/

                                        _____
                                        Steven J. Silverberg
                                        Attorney for Plaintiff
                                        1819 L Street N.W., Suite 700
                                        Washington, D.C. 20036
                                        Tel: (202) 785-8499
                                        Fax: (202) 785-8470

August 11, 2006                        E-Mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| v.   ) | Civil Action No. 05-2202 (RBW) |
| ) | |
| **LAWRENCE SMALL, Secretary,**   ) | |
| **United States Department of Agriculture**   ) | |
| ) | |
| **Defendant.**   ) | |
| ) | |

**ORDER**

This matter having come before the Court on Plaintiff's Consent Motion to Postpone Status Hearing, it is by the United States District Court for the District of Columbia, on this _____ day of August, 2006,

ORDERED, that the aforesaid Plaintiff's Consent Motion to Postpone Status Conference be and is hereby GRANTED; and it is

FURTHER ORDERED, that the Status Conference in this matter be re-set for _____, 2006.

_____
Reggie B. Walton
United States District Judge

cc: Counsel of Record via ECF