UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )   Civil Action 05-2202 (RBW) |
| | ) |
| LAWRENCE M. SMALL, Secretary, | ) |
| Smithsonian Institution, | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE SECOND AMENDED COMPLAINT**

Comes now the Plaintiff, Anthony Bowden, by and through his attorney, Steven J. Silverberg, and hereby moves pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), and Local Civil Rule 7 of the United States District Court for the District of Columbia, for an enlargement of time for Plaintiff to file his second amended complaint in this matter.

1.  A status conference was held in this matter on September 8, 2006 before the Honorable United States District Judge Reggie B. Walton. At that hearing, Attorney for Plaintiff informed the Court that Plaintiff intended to file a second amended complaint in this matter, based on an administrative formal complaint of discrimination, Agency No. 06-13-052606, that had been filed by Plaintiff and was currently being investigated by an Equal Employment Opportunity ("EEO") investigator, and that was intricately related to

the instant civil action. At the time of the status hearing, Attorney for Plaintiff believed that the administrative EEO complaint had been filed on March 17, 2006, as that was the date that was on his copy of what he thought was the complaint (Exhibit 1). Thus, Attorney for Plaintiff believed that the administrative EEO complaint would be ripe to file in court as of September 13, 2006, pursuant to 42 U.S. § 2000e-16(c) and 29 C.F.R. § 1614.407(b), as September 13, 2006 would be the 180th day passed since Plaintiff filed his administrative formal complaint of discrimination on March 17, 2006, and an EEO complainant may file a civil action after 180 days from the filing of an administrative formal complaint if an appeal has not been filed and final action on the complaint has not been taken. The Court gave Plaintiff until October 20, 2006 to file this administrative EEO complaint as a civil action, and did not issue a scheduling order.

    2.    Attorney for Plaintiff received the Report of Investigation ("ROI") for the administrative EEO complaint, Agency No. 06-13-052606, on or about October 11, 2006. On October 19, 2006, in reviewing the ROI in preparation to file the second amended complaint, Attorney for Plaintiff notice that the *narrative* attached to the administrative complaint that he thought was the actual complaint was dated March 17, 2006 (Exhibit 1), but the complaint form itself was signed and dated by Plaintiff May 24, 2006, and date-stamped by Defendant Smithsonian ("Agency") as received on May 26, 2006 (Exhibit 2). Attorney for Plaintiff then reviewed correspondence from the Agency and noted that the Agency, by letter dated May 26, 2006, stated that it considered the EEO complaint to

have been filed on May 26, 2006 (Exhibit 3).

3. Thus, Attorney for Plaintiff had mistakenly thought at the September 8, 2006 status hearing that the administrative formal complaint would be ripe to file on September 13, 2006, but upon ascertaining the correct date that the complaint had been filed, now knows that the administrative complaint will not be ripe to file as a civil action until November 22, 2006, 180 days from its correct date of filing, May 26, 2006. Therefore, Plaintiff cannot file his second amended complaint by October 20, 2006, as set by the Judge, as the required 180 days will not have passed by then.

4. Plaintiff now requests that the time for him to file his second amended complaint be enlarged until November 30, 2006, as that date is a few days past the statutory prescribed 180 days to file a civil action, and is before the next event scheduled in this matter before Judge Walton, a status conference scheduled for December 1, 2006. Thus, Plaintiff's filing of his second amended complaint by November 30, 2006 will not interfere with the scheduling in this case as the scheduled status conference can still be held on December 1, 2006, and no scheduling order has yet been issued in to this case.

5. Pursuant to LCvR 7(m), Attorney for Plaintiff has contacted Attorney for Defendant, Assistant United States Attorney W. Mark Nebeker, and he consents to this Motion.

6. This is Plaintiff's first motion to enlarge the time in which to file his second amended complaint.

WHEREFORE, Plaintiff prays that his Consent Motion for Enlargement of Time to File Second Amended Complaint be granted, and that the time to file the second amended complaint be enlarged until November 30, 2006.

Respectfully submitted,

/s/

_____
Steven J. Silverberg
District of Columbia Bar #377376
Attorney for Plaintiff
1819 L Street, N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN** )<br>)<br>     **Plaintiff,** )<br>)<br>v. )<br>)<br>**LAWRENCE M. SMALL, Secretary,** )<br>**Smithsonian Institution,** )<br>)<br>     **Defendant.** ) | Civil Action 05-2202 (RBW) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF PLAINTIFF'S CONSENT  MOTION FOR ENLARGEMENT
OF TIME TO FILE SECOND AMENDED COMPLAINT**

1. Federal Rules of Civil Procedure 6(b) and 7(b).

2. Local Rule 7 of the United States District Court for the District of Columbia.

3. The inherent power of this Court.

4. The record herein.

                                        Respectfully submitted,

                                        /s/
                                        _____
                                        Steven J. Silverberg
                                        District of Columbia Bar #377376
                                        Attorney for Plaintiff
                                        1819 L Street, N.W., Suite 700
                                        Washington, D.C. 20036
                                        Tel: (202) 785-8499
                                        Fax: (202) 785-8470
October 20, 2006                        E-mail: sjsilverberg@erols.com