Anthony Bowden  
Exhibit Specialist  
National Zoological Park  
(202)633-3293

March 17, 2006

Smithsonian Institution, National Zoological Park, Management Officials continue the practice of harassment, racial discrimination, sex discrimination and discrimination against the handicap, reprisal against me for my ongoing EEO complaint and I am being subjected to a hostile work environment and I was given an unfair Performance Appraisal.

On February 3, 2006, I was given an **unfair Performance Appraisal** by my immediate supervisor, Jeff Baxter, (White male, religion unknown, Supervisor Exhibit Specialist), informed me that he wanted to meet with me at 10a.m. to go over my Performance Appraisal. I went to Mr. Baxter's office for my 10 a.m. review as instructed. Mr. Baxter told me to close the door and pull up a chair. He reached in his desk drawer and pulled out what was supposed to have been my Performance Plan, however, what he presented to me had the position title of Exhibit Specialist Project Leader. After I started reviewing it, I noticed that the title on this particular performance plan read Exhibit Specialist/Project Leader. Mr. Baxter realized that he had given me what he felt was the wrong document, he told me that he had made a mistake and ask me could he have that particular performance plan back that he had just given me. I gave it back to him then he presented a different performance plan that had the title of Exhibit Specialist. The second plan that he gave me; outlined responsibilities that I am positive are a part of his job description, although I've been performing many of the duties.

At this point, I was perplexed on why Jeff Baxter is still unable to determine what my job title is. In addition, I was uncertain why he would still have two plans to review me from.

Mr. Baxter gave me a copy of my Performance Appraisal and asked if I had any thing to say? I told him that I would like to review it before responding. He read most of the elements name and description and he read the actual performance that he had written. What he neglected to review with me was item number 6, in which he wrote need improvement and checked off the box which indicated not met. After he so called reviewed my appraisal with

