**RETALIATION, AGE OR DISABILI**
(Please type or print clearly)

| | |
|---|---|
| 1. Full name of person complaining: Anthony Bowden<br>Street address: 1415 D St., N.E.<br>City, state, zip code: Wash, DC 20002 | (FOR OEEMA USE ONLY: DO NOT WRITE IN THIS SPACE)<br>2. Case Number: 06-13-052606<br>Date Filed: May 26, 2006 |
| | 3. Area code and home phone: 202 399 3999<br>Area code and work phone: 202 633 3293 |
| 4. What is the title and grade of your job?<br>Exhibit Specialist<br>GS-1117-1010 | 5. Date on which most recent discrimination took place:<br>Month: Feb.   Day: 03   Year: 2006 |

6. Office/Organization where you work? National Zoological Park
Street Address: 3001 Conn. Ave. N.W.   City, state, zip code: Wash, DC 20008

7. Indicate why you believe you were discriminated against:
- [x] Race — African American
- [x] Color — Black
- [ ] Religion
- [x] Sex — Male
- [ ] National Origin
- [ ] Age
- [x] Disability — Mental
- [x] Retaliation — Prior EEO Activities

8. Explain how you believe you were discriminated or retaliated against (treated differently from other employees or applicants) because of your race, color, religion, sex, national origin, age or disability. Please use additional sheet(s) of paper if you need more space.

See Attached

9.a. What corrective action(s) are you seeking? Be specific, please.

Consult Lawyer

9.b. If available, are you interested in participating in some form of Alternative Dispute Resolution? ☐ Yes ☐ No

10. Have you discussed this complaint with an EEO Counselor?
- [x] Yes — Shadella Davis (Name of Counselor)
- [ ] No

11. Do you have a representative? [x] Yes ☐ No
Name: Steven Silverberg
Address: 1819 L St., N.W., Suite 700, Wash, DC 20036
Phone: 202 785 8499

12. Signature and Date: Anthony Bowden   5/24/06

OEEMA 04/05

EXHIBIT 2