# Smithsonian Institution

Office of Equal Employment and Minority Affairs

May 26, 2006

Mr. Anthony Bowden
c/o Steven Silverberg, Esquire
1819 L Street, NW, Suite 700
Washington, DC 20036

## NOTICE OF RECEIPT OF DISCRIMINATION COMPLAINT

Re:   Anthony Bowden - Complainant
      National Zoological Park
      Case No. 06-13-052606

Dear Mr. Bowden:

This Notice acknowledges receipt of your discrimination complaint filed on May 26, 2006, and advises you of your rights and the time requirements for processing your complaint.

If your complaint is accepted, an investigation will be conducted and completed within 180 calendar days from the date the complaint was filed. You will receive a copy of the investigative report, and you will be advised of your rights to request either (1) a hearing by an Equal Employment Opportunity Commission (EEOC) administrative judge who will recommend a decision to the Smithsonian Institution, or (2) a final decision without a hearing. You must notify the Smithsonian Institution, Director, Office of Equal Employment and Minority Affairs, P.O. Box 37012, Victor Building, Suite 8100, MRC 921, Washington, D.C. 20013-7012, in writing, of your decision within 30 calendar days from your receipt of the investigative report.

Subsequent to the receipt of the investigative report, you or your representative may be contacted by a management official to attempt a settlement. If a settlement is reached, the terms and conditions of the agreement will be reduced to writing.

If a settlement is not reached and you fail to request a hearing or to ask for a final decision without a hearing, the Smithsonian Institution will issue you a final decision within 90 calendar days from the date of your receipt of the investigative report.

If your complaint, or any allegation contained in it, is dismissed, the dismissal is considered to be a final decision on the complaint or that part of the complaint which is dismissed. You will receive a separate written notice if your complaint, or any part of it, is dismissed; and you will be advised at that time of your rights of appeal.

750 Ninth Street, N.W., Suite 8100
Washington, D.C. 20560-0921
202.275.0145 Telephone
202.275.2055 Fax



EXHIBIT 3

2

If you are dissatisfied with the final decision (with or without a hearing), you may file a notice of appeal to the Equal Employment Opportunity Commission (EEOC), Office of Federal Operations, within 30 calendar days of the final decision. You have 30 additional days after filing an appeal to submit a statement or brief to support your appeal. Your appeal should be submitted on EEOC Form 573, Notice of Appeal/Petition. Any statement or brief regarding the appeal must also be sent by mail, facsimile, or personally delivered to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, Washington Field Office, 1801 L Street, N.W., Washington, D.C., 20507.

Should you file an appeal, you have 90 calendar days after receipt of the Commission's decision, or 180 calendar days if the Commission has not rendered a final decision, to file a civil action in an appropriate U.S. District Court.

If you decide not to appeal to EEOC, you may file a civil action in an appropriate U.S. District Court within 90 calendar days of the Smithsonian Institution's decision or 180 calendar days from the date the complaint was filed.

If you file a civil action, you must name the Secretary, Smithsonian Institution, as the defendant. Failure to do so may result in the loss of any judicial redress to which you may be entitled. The Secretary of the Smithsonian Institution is Lawrence M. Small. If you retain a representative, it is your responsibility to inform this office in writing, particularly if you retain an attorney and later wish to be considered for payment of attorney's fees.

If you change your address, please advise this office of your new address and phone number. INABILITY TO LOCATE A COMPLAINANT CAN RESULT IN CANCELLATION OF THE COMPLAINT FOR FAILURE TO PROSECUTE. Change of address information should be forwarded to the following address: Smithsonian Institution, Office of Equal Employment and Minority Affairs, P.O. Box 37012, Victor Building, Suite 8100, MRC 921, Washington, D.C., 20013-7012.

If you have any further questions, please call Ms. Karen Margensey of my staff at (202) 275-0154.

Sincerely,

Era L. Marshall, Director
Office of Equal Employment
and Minority Affairs

cc:  Mr. Anthony Bowden
     1415 D Street, NE
     Washington, DC 20002