UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 05-2202 (RBW) |
| ) | |
| LAWRENCE M. SMALL, Secretary, ) | |
| Smithsonian Institution, ) | |
| ) | |
| Defendant ) | |

## ORDER

This matter having come before the Court on Plaintiff's Consent Motion for Enlargement of Time to File Second Amended Complaint, it is by the United States District Court for the District of Columbia, on this _____ day of October, 2006,

ORDERED, that the aforesaid Plaintiff's Consent Motion for Enlargement of Time to File Second Amended Complaint be and is hereby granted; and it is

FURTHER ORDERED, that Plaintiff has until November 30, 2006, to file a second amended complaint in this matter.

_____
Reggie B. Walton
United States District Judge

cc: Counsel of Record via ECF