UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ANTHONY BOWDEN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2202 (RBW, DAR) |
| | ) | |
| **LAWRENCE SMALL, Secretary,** | ) | |
| **United States Department of Agriculture** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## STATUS REPORT

Plaintiff Anthony Bowden, by and through his attorney, Steven J. Silverberg, reports to the Court that both parties have agreed to end formal mediation and have so informed Magistrate Judge Deborah A. Robinson.

Respectfully submitted,

December 19, 2006

/s/
_____
Steven J. Silverberg
Attorney for Plaintiff
1819 L Street NW
Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-Mail: sjsilverberg@erols.com