UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY BOWDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2202 (RBW) |
| | ) | |
| LAWRENCE M. SMALL, SECRETARY, | ) | |
| SMITHSONIAN INSTITUTION | ) | |
| | ) | |
| Defendants. | ) | |

### SCHEDULING ORDER

The parties appeared before the Court on January 5, 2007, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 5th day of January, 2007, hereby **ORDERED** that

1. This case will be placed on the standard track.

2. The parties have waived initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3. The plaintiff shall join any additional parties or amend the complaint by February 2, 2007.

4. The plaintiff shall serve his expert report pursuant to Rule 26(a)(2) by March 2, 2007, and the defendant shall serve its expert reports pursuant to Rule 26(a)(2) by April 16, 2007.

5. Discovery shall be concluded by June 4, 2007.

6. Any dispositive motions shall be filed by July 23, 2007, any oppositions shall be filed by August 22, 2007, and any reply thereto shall be filed by September 6, 2007.

7. A pretrial conference shall be held on December 7, 2007 at 9:30 a.m. in the Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge