UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ANTHONY BOWDEN** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2202 (RBW) |
| | ) | |
| **LAWRENCE SMALL, Secretary,** | ) | |
| **United States Department of Agriculture** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
<u>ENLARGEMENT OF TIME TO FILE EXPERT REPORTS</u>**

COMES NOW the Plaintiff, Anthony Bowden, by and through his attorney, Steven J. Silverberg, and hereby moves pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), and Local Rule LCvR 7 of the United States District Court for the District of Columbia, for an enlargement of time for Plaintiff to file expert witness reports in this matter.

1. Pursuant to the Scheduling Order of January 5, 2007, the Fed.R.Civ.P. 26(a)(2) expert reports in this matter were due on Friday, March 2, 2007 (this Motion is being filed on Monday, March 5, 2007). Attorney for Plaintiff did not plan on submitting these expert reports, because he believed that Plaintiff had no "experts" who were going to provide testimony in this case as Plaintiff had retained no experts for this litigation. Attorney for Plaintiff does, however, plan on using one, or possibly two, treating

physicians as testifying witnesses, both of whom have treated Plaintiff for many years, and he does not believe that he has to submit expert reports for treating physicians. *See Riddick v. Washington Hospital Center*, 183 F.R.D. 327 (D.D.C. 1998) [testifying "treating physician cannot be forced to file a written report required by Rule 26(a)(2)(B)"]. However, upon further reflection, Attorney for Plaintiff now believes that it would be more prudent to have the treating physicians submit expert reports so that there can be no issues regarding the scope of their testimony.

2.   Pursuant to LCvR 7(m), Attorney for Plaintiff has contacted Attorney for Defendant, Assistant United States Attorney W. Mark Nebeker, and he and Attorney for Plaintiff have come to an agreement, pursuant to the Court's approval, for a three week extension for Plaintiff to submit his expert witness reports, as long as Defendant likewise receives a three-week extension to file its report. Thus, Plaintiff's expert reports would be due on March 23, 2007, and Defendant's expert reports, which are now due on April 16, 2001, would be due on May 7, 2007. These new dates would not prejudice either party or delay the case, as discovery is not set to conclude in this matter until June 4, 2007, and the pretrial conference is not until December 7, 2007.

3.   Attorney for Plaintiff notes that these treating physicians are important witnesses for his case, as the case involves disability discrimination and questions of physical and emotional damages (one of these treating physicians is a psychiatrist). Thus, although Attorney for Plaintiff believes that the case law does not require expert witness

--
2

reports for treating physicians, in an abundance of caution he is filing this Motion so that the treating physicians may file their expert reports.

5. This is Plaintiff's first motion to enlarge the time to file expert reports.

WHEREFORE, Plaintiff prays that this Unopposed Motion for Enlargement of Time to File Expert Reports be granted, and that the time to file expert reports for Plaintiff be extended from March 2, 2007 to March 23, 2007, and that the time for Defendant to file its expert reports be extended from April 16, 2007 until May 7, 2007.

Respectfully submitted,

/s/ Steven J. Silverberg
_____
Steven J. Silverberg
Attorney for Plaintiff
1819 L Street N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-Mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANTHONY BOWDEN** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2202 (RBW) |
| ) | |
| **LAWRENCE SMALL, Secretary,** ) | |
| **United States Department of Agriculture** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION
<u>FOR ENLARGEMENT OF TIME TO FILE EXPERT REPORTS</u>**

1. Federal Rules of Civil Procedure 6(b) and 7(b).

2. Local Rule LCvR 7 of the United States District Court for the District of Columbia.

3. The inherent power of this Court.

4. The record herein.

                              Respectfully submitted,

                              */s/   Steven J. Silverberg*
                              _____
                              Steven J. Silverberg
                              Attorney for Plaintiff
                              1819 L Street N.W., Suite 700
                              Washington, D.C. 20036
                              Tel: (202) 785-8499
                              Fax: (202) 785-8470
March 5, 2007                  E-Mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**LAWRENCE SMALL, Secretary,** )<br>**United States Department of Agriculture** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-2202 (RBW) |

### ORDER

This matter having come before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to File Expert Reports, it is by the United States District Court for the District of Columbia,

**ORDERED**, that the aforesaid Plaintiff's Unopposed Motion for Enlargement of Time to File Expert Reports be and is hereby GRANTED; and it is

**FURTHER ORDERED**, that Plaintiff has until March 23, 2007 to file his expert reports pursuant to Fed.R.Civ.P. 26(a)(2), and Defendant has until May 7, 2007 to file its expert reports.

_____                    _____
Date                                             Reggie B. Walton
                                                     United States District Judge

cc: Counsel of Record via ECF