UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ANTHONY BOWDEN,                )
                               )
        Plaintiff,             )
                               )
   v.                          )   Civil Action No. 05-2202 RBW
                               )
LAWRENCE M. SMALL, Secretary,  )
   Smithsonian Institution     )
                               )
        Defendant.             )
_____)
```

CONSENT MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

The Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to complete discovery in the above action from June 4, 2007, to June 28, 2007.  Plaintiff's counsel, Steven J. Silverberg, Esq., has indicated that Plaintiff consents to this enlargement of time.

Defendant requests this additional time, because the agency has experienced delays in completing responses to written discovery requests by plaintiff and because completion of the anticipated expert report has been more time-consuming than earlier anticipated.  Both sides experienced delays in finalizing the expert reports in this action.  Defendant consented to allow Plaintiff additional time to finalize his report, and counsel for plaintiff has similarly agreed to allow defendant's expert more time.  This, however, coupled with the undersigned Assistant United States Attorney's unavailability most of next week will

not permit the completion of these written discovery obligations and the depositions that must follow. For these reasons, Defendant asks that additional time be permitted to complete discovery in the case. The pretrial conference in this matter is not scheduled until December 7, 2007, thus, the delay in completing discovery should not cause any prejudice.

WHEREFORE, the Defendant request an enlargement of time in this matter. A proposed Order consistent with the foregoing motion is attached hereto.

                      Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Consent Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 16th day of May, 2007.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230