```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 05-2202 RBW
                               )
LAWRENCE M. SMALL, Secretary,  )
  Smithsonian Institution      )
                               )
          Defendant.           )
_____)
```

ORDER

Upon consideration of the defendant's Consent Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which discovery shall be completed in this action be and is hereby enlarged up to June 28, 2007.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20001

STEVEN J. SILVERBERG, ESQ.
1819 L Street, N.W., Suite 700
Washington, DC  20036