UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2202 RBW |
| | ) |
| CRISTIÁN SAMPER, Acting Secretary,[1] | ) |
| Smithsonian Institution, | ) |
| | ) |
| Defendant. | ) |
| | ) |

DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME,
<u>AND MEMORANDUM IN SUPPORT THEREOF</u>

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to complete discovery in the above action from June 28, 2007, to July 30, 2007. Plaintiff's counsel, Steven J. Silverberg, Esq., has indicated that Plaintiff consents to this enlargement of time.

Defendant requests this additional time, because the agency has experienced delays in completing responses to Plaintiff's written discovery requests, and because the parties have been requested to accommodate the travel schedule of a witness and counsel. Counsel for Plaintiff has also indicated a need for some additional time to complete the drafting of written

---

[1] Lawrence M. Small has recently resigned from the position of Secretary of the Smithsonian Institution. The Acting Secretary, Cristián Samper, has been substituted as the proper defendant by operation of Fed. R. Civ. P. 25(d).

discovery requests that are due next week as well.[2]  Finally, Plaintiff's counsel is attempting to schedule out-of-town, work-related travel on the date currently scheduled for Plaintiff's deposition.  Although the parties are working cooperatively to schedule the depositions around the many other responsibilities and travel plans of all persons involved, some additional time will be needed to facilitate these accommodations.  The witness referenced above, a former employee of the Defendant, was noticed for deposition for June 20, 2007, but is scheduled to be out of the area on that date.  The deposition could not be rescheduled before counsel for defendant begins a vacation in the first week of July.  Defendant consented to allow Plaintiff additional time to finalize his expert witness report, and counsel for plaintiff has similarly agreed to allow defendant's expert more time.  This, however, coupled with the undersigned Assistant United States Attorney's unavailability most of next week will not permit the completion of these written discovery obligations and the depositions that must follow.

For these reasons, Defendant asks that additional time be permitted to complete discovery in the case.  The pretrial conference in this matter is not scheduled until December 7,

---

[2]  The parties have agreed that Defendant may respond to the written discovery requests of Plaintiff on or before June 15, 2007; and, assuming that the Court grants this motion, Plaintiff may respond to Defendant's written discovery responses on or before July 10, 2007.

2007, thus, the delay in completing discovery should not cause any prejudice, although the parties do believe that the dates for dispositive motions and responses should be altered.[3]

WHEREFORE, the Defendant request an enlargement of time in this matter.  A proposed Order consistent with the foregoing motion is attached hereto.

                      Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[3] The parties propose an August 31, 2007 date for any dispositive motions, that any oppositions be due September 28, 2007, and that replies be due October 11, 2007.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Consent Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 14th day of June, 2007.

```
                            _____
                            W. MARK NEBEKER, D.C. Bar #396739
                            Assistant United States Attorney
                            Civil Division
                            555 4th Street, N.W.
                            Washington, DC  20530
                            (202) 514-7230
```