UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2202 RBW |
| | ) |
| CRISTIÁN SAMPER, Acting Secretary, | ) |
| Smithsonian Institution, | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of the Defendant's Consent Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which discovery shall be completed in this action be and is hereby enlarged up to July 30, 2007; that dispositive motions, if any, be filed on or before August 31, 2007; that any oppositions be due September 28, 2007; and that replies be due October 11, 2007.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| W. MARK NEBEKER | STEVEN J. SILVERBERG, ESQ. |
| Assistant U.S. Attorney | 1819 L Street, N.W., Suite 700 |
| Civil Division | Washington, DC  20036 |
| 555 4th Street, N.W. | |
| Washington, DC  20530 | |