UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN,** )<br>)<br>  **Plaintiff,** )<br>)<br>  v. )<br>)<br>**CRISTIAN SAMPER,** )<br>**ACTING SECRETARY,** )<br>**SMITHSONIAN INSTITUTION,** )<br>)<br>  **Defendant.** ) | Civil Action No. 05-2202 (RBW) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO COMPLETE DISCOVERY**

COMES NOW the Plaintiff, Anthony Bowden, by and through his attorney, Steven J. Silverberg, and hereby moves pursuant to Federal Rule of Civil Procedure 6(b) and 7(b) and Local Civil Rule 7 of the United States District Court for the District of Columbia, for an enlargement of time for the parties to complete discovery in this matter. Attorney for Defendant, Assistant United States Attorney W. Mark Nebeker, consents to this Motion.

1. Discovery is currently set to conclude on Monday, July 30, 2007.

2. This is a complex case involving five administrative Equal Employment Opportunity complaints and many witnesses, some of whom no longer work for Defendant Smithsonian Institution.

3. The parties have made substantial progress toward completing discovery. Both sides have sent out written discovery requests and Defendant has answered such

requests. Plaintiff is in the process of answering Defendant's discovery requests (Defendant's discovery requests were served later than were Plaintiff's discovery requests). Plaintiff needs additional time to respond to Defendant's discovery requests.

3.  The parties have begun conducting depositions, but have had difficulty scheduling the upcoming depositions. Plaintiff still has several witness remaining to depose, and Defendant still has to depose Plaintiff. Thus, the parties need additional time to depose the remaining witness.

4.  Attorney for Plaintiff needs additional time to complete discovery because of his extremely busy schedule the past month, which included filing a lengthy prehearing report in a matter before the Equal Employment Opportunity Commission ("EEOC"), an EEOC prehearing conference, filing a rebuttal in a discrimination matter before the District of Columbia Office of Human Rights, filing a lengthy Opposition to a Motion for a Decision Without a Hearing before the EEOC, and an EEOC prehearing report due next week.

5.  Attorney for Plaintiff was also busy from June 30, 2007 through July 7, 2007 because his 15 year old son, who resides in a therapeutic boarding school in South Carolina, came home for the week. Attorney for Plaintiff went out of town on vacation with his family from July 1 through July 4, 2007, and it was very important that Attorney for Plaintiff spend as much time with his son as possible. Thus, Attorney for Plaintiff did not go into work for the entire week of July 2 through July 6, 2007.

6.  Attorney for Plaintiff is also busy with his son this week. Because Attorney

for Plaintiff and his wife are looking at appropriate schools in the D.C. area with their son for the Fall, Attorney for Plaintiff's son is coming home again this week from Thursday, July 26 through Sunday, July 29, 2007, and Attorney for Plaintiff has appointments to visit schools on both July 26 and 27, 2007, with his son.

7. Attorney for Defendant has also been extremely busy. He is currently involved in a class action which requires extensive discovery. He also has been on "TRO" duty this entire week, July 23 through July 27, 2007. He had to do an emergency TRO hearing on Tuesday, July 24, and he still has to prepare an Opposition to Motion for Preliminary Injunction in this matter. Thus, Attorney for Defendant also desires that discovery in the instant case be extended.

8. Plaintiff now requests that the time to complete discovery in this matter be extended for 30 days, from July 30, 2007 until August 29, 2007. He also respectfully requests that the schedule for dispositive motions be enlarged, so that any dispositive motions will now be due on October 15, 2007 (instead of August 31, 2007, which is when it is currently due), any oppositions now be due on November 14, 2007 (instead of September 28, 2007), and any replies thereto be due on November 28, 2007 (instead of October 11, 2007). This schedule will not interfere with the scheduling in this case as the next scheduled event in this case is a pretrial conference on January 7, 2008. No trial date has yet been set in this case.

9. Pursuant to LCvR 7(m), Attorney for Plaintiff has contacted Attorney for Defendant, Assistant United States Attorney W. Mark Nebeker, and he has indicated that

he strongly consents to this Motion.

10. This is Plaintiff's first motion to extend the time in which to complete discovery. Defendant has filed two consent motions to extend discovery, both of which have been granted.

WHEREFORE, Plaintiff prays that his Consent Motion for Enlargement of Time to Complete Discovery be granted, and that the time to complete discovery be extended until August 29, 2007, the time to file dispositive motions be extended until October 15, 2007, the time to file any oppositions be extended until November 14, 2007, and the time to file any reply thereto be extended until November 28, 2007.

Respectfully submitted,

July 25, 2007

    *s/ Steven J. Silverberg*
Steven J. Silverberg
District of Columbia Bar #377376
Attorney for Plaintiff
1819 L Street, N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2202 (RBW) |
| | ) |
| **CRISTIAN SAMPER,** | ) |
| **ACTING SECRETARY,** | ) |
| **SMITHSONIAN INSTITUTION,** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR
<u>ENLARGEMENT OF TIME TO COMPLETE DISCOVERY</u>**

1. Federal Rule of Civil Procedure 6(b) and 7(b).

2. LCvR 7 of the United States District Court for the District of Columbia.

3. The inherent power of this Court.

4. The record herein.

                                        Respectfully submitted,

July 25, 2007
                                        <u>s/ **Steven J. Silverberg**</u>
                                        Steven J. Silverberg
                                        District of Columbia Bar #377376
                                        Attorney for Plaintiff
                                        1819 L Street, N.W., Suite 700
                                        Washington, D.C. 20036
                                        Tel: (202) 785-8499
                                        Fax: (202) 785-8470
                                        E-mail: sjsilverberg@erols.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service to counsel for Defendant of the foregoing Plaintiff's Consent Motion for Extension of Time to Complete Discovery, Points and Authorities and proposed Order has been made through the Court's electronic notification transmission facilities on this 25th day of July, 2007.

        _s/ Steven J. Silverberg_
Steven J. Silverberg
District of Columbia Bar #377376
Attorney for Plaintiff
1819 L Street, N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2202 (RBW) |
| | ) |
| **CRISTIAN SAMPER,** | ) |
| **ACTING SECRETARY,** | ) |
| **SMITHSONIAN INSTITUTION,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter having come before the Court on Plaintiff's Consent Motion for Enlargement of Time to Complete Discovery, it is by the United States District Court for the District of Columbia, on this _____ day of _____, 2007, be and hereby is granted; and it is

FURTHER ORDERED, that discovery in this matter be enlarged up to August 29, 2007, and dispositive motions must be filed by October 15, 2007, oppositions must be filed by November 14, 2007, and any reply thereto be filed by November 28, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record via ECF