# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2202 (RBW) |
| | ) |
| CRISTIAN SAMPER, | ) |
| ACTING SECRETARY, | ) |
| SMITHSONIAN INSTITUTION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S CONSENT MOTION FOR
## ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

Plaintiff Anthony Bowden, by and through his attorney, Steven J. Silverberg, and

hereby moves pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), and Local Rule

7 of the United States District Court for the District of Columbia, for an enlargement of

time for the parties to complete discovery in this matter.  Attorney for Defendant,

Assistant United States Attorney W. Mark Nebeker, consents to this Motion.

1.      Discovery is current set to conclude on August 29, 2007.

2.      This is a complex case involving five administrative Equal Employment

Opportunity complaints and many witnesses, some of whom no longer work for

Defendant Smithsonian Institution.

3.      The parties have made substantial progress toward completing discovery.

Both sides have sent out written discovery requests and Defendant has answered such

requests.  Plaintiff is in the process of answering Defendant's discovery requests

(Defendant's discovery requests were served later than were Plaintiff's discovery

requests).

      4.    The parties have begun conducting depositions, but have had difficulty

scheduling the upcoming depositions.  Plaintiff still has several witnesses remaining to

depose, and Defendant still has to depose Plaintiff.  Some of the witness have vacation

plans for August 2007.  Thus, the parties need additional time to depose the remaining

witnesses.

      5.    Attorney for Plaintiff needs additional time to complete discovery.  In

addition to his busy work schedule, Attorney for Plaintiff has encountered serious

difficulties with his 15 year old son.  As Attorney for Plaintiff has previously explained to

the Court, Attorney for Plaintiff's son was residing in a therapeutic residential school in

South Carolina.  He had lived there since July 2005.  As previously noted, Attorney for

Plaintiff's son was scheduled to come home July 26 through 29, 2007 to look at

Washington area therapeutic schools for the Fall.  Attorney for Plaintiff's son did come

home those dates and looked at schools with his family.  However, due to an unexpected

change of plans, Attorney for Plaintiff's son did not return to his school in South Carolina

and is now no longer enrolled in that school and is living with his parents.

      6.    Because Attorney for Plaintiff's son is now home, Attorney for Plaintiff has

had to unexpectedly devote much of his schedule to him, including consulting with

experts about his son's situation.  Attorney for Plaintiff and his wife have also had to

spend a great deal of time these past few weeks finding school placement options for the

Fall.  Experts consulted by Attorney for Plaintiff and his wife are now recommending that

Attorney for Plaintiff's son go to another therapeutic residential school, and they have

recommended a specific school in Utah.  Thus, Attorney for Plaintiff and his family might

have to go to Utah later this month.

7.      Attorney for Plaintiff's son may also be attending a special two week

treatment program in Colorado with his parents from August 27, 2007 through September

7, 2007.  Thus, Attorney for Plaintiff is extremely busy with his son for some time and

may be out of town until after September 7, 2007.

8.      Attorney for Plaintiff also notes that he is moving his office to a new

location this month and is extremely busy with the moving process.

9.      Attorney for Defendant has also been extremely busy.  He is currently

involved in two class actions which require extensive discovery.  He is also currently

involved in a two week period of depositions this week and next week, and has little time

to attend depositions in the instant case.

10.     Plaintiff now requests that the time to complete discovery in this matter be

extended for 30 days, from August 29, 2007 until September 28, 2007.  He also

respectfully requests that the schedule for dispositive motions be enlarged to

accommodate the new discovery schedule, so that any dispositive motions will now be

due on November 14, 2007 (instead of October 15, 2007, which is when it is currently

due), any oppositions now be due on December 21, 2007 (instead of November 14, 2007),

and any replies thereto be due on January 15, 2008 (instead of November 28, 2007). (Note that adjustments have been made to the opposition and reply schedules to accommodate holiday plans). This schedule will not interfere with the scheduling in this case as the next scheduled event in this case is a pretrial conference on March 10, 2008. No trial date has yet been set in this case.

11.    Pursuant to LCvR 7(m), Attorney for Plaintiff has contacted Attorney for Defendant, Assistant United States Attorney W. Mark Nebeker, and he has indicated that he strongly consents to this Motion.

12.    This is Plaintiff's second motion to extend the time in which to complete discovery. Defendant has filed two consent motions to extend discovery, both of which have been granted.

WHEREFORE, Plaintiff prays that his Consent Motion for Enlargement of Time to Complete Discovery be granted, and that the time to complete discovery be extended until September 28, 2007, the time to file dispositive motions be extended until November 14, 2007, the time to file any oppositions be extended until December 21, 2007, and the time to file any reply thereto be extended until January 15, 2008.

Respectfully submitted,

/s/ Steven J. Silverberg

August 17, 2007

_____

Steven J. Silverberg
Attorney for Plaintiff
1819 L Street N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499

4

Fax: (202) 785-8470
E-Mail: sjsilverberg@erols.com

## CERTIFICATE OF SERVICE

I hereby certify that service to counsel for Defendant of the foregoing Plaintiff's Consent Motion for Extension of time to Complete Discovery, Points and Authorities and proposed Order, has been made through the Court's electronic transmission facilities on this 17th day of August, 2007.

Respectfully submitted,

/s/  Steven J. Silverberg
_____
Steven J. Silverberg
Attorney for Plaintiff
1819 L Street N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-Mail: sjsilverberg@erols.com

6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2202 (RBW) |
| | ) |
| CRISTIAN SAMPER, | ) |
| ACTING SECRETARY, | ) |
| SMITHSONIAN INSTITUTION, | ) |
| | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF PLAINTIFF'S CONSENT MOTION**
**FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

1.      Federal Rules of Civil Procedure 6(b) and 7(b).

2.      LCvR 7 of the United States District Court for the District of Columbia.

3.      The inherent power of this Court.

4.      The record herein.

Respectfully submitted,

/s/  Steven J. Silverberg

August 17, 2007      _____

Steven J. Silverberg
Attorney for Plaintiff
1819 L Street N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-Mail: sjsilverberg@erols.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANTHONY BOWDEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-2202 (RBW)** |
| ) | |
| **CRISTIAN SAMPER,** ) | |
| **ACTING SECRETARY,** ) | |
| **SMITHSONIAN INSTITUTION,** ) | |
| ) | |
| ) | |

## ORDER

    This matter having come before the Court on Plaintiff's Consent Motion for

Enlargement of Time to Complete Discovery, it is by the United States District Court for

the District of Columbia, on this _____ day of August, 2007, by and hereby is granted;

and it is

    FURTHER ORDERED, that discovery in this matter be enlarged up to September

28, 2007, and dispositive motions must be filed by November 14, 2007, oppositions must

be filed by December 21, 2007, and any reply thereto be filed by January 15, 2008.


                                       _____
                                       United States District Judge

cc: Counsel of Record via ECF