UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CRISTIAN SAMPER, ACTING SECRETARY, SMITHSONIAN INSTITUTION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action 05-2202 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** of the following new mailing address for the undersigned attorney for plaintiff, Steven J. Silverberg, effective immediately. Note that Mr. Silverberg's telephone number, fax number, and e-mail address remain the same:

                                                                          /s/
                                              Steven J. Silverberg
                                              District of Columbia Bar #377376
                                              Attorney for Plaintiff
                                              900 17th Street, N.W., Suite 1250
                                              Washington, D.C. 20006
                                              Tel:  (202)785-8499
                                              Fax:  (202)785-8470
                                              E-Mail:  sjsilverberg@erols.com

September 20, 2007
cc:  Counsel of Record via ECF