```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                        )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 ) Civil Action No. 05-2202 RBW
                                       )
CRISTIÁN SAMPER, Acting Secretary,¹    )
 Smithsonian Institution,              )
                                       )
        Defendant.                     )
                                       )
```

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME, <u>AND MEMORANDUM IN SUPPORT THEREOF</u>

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a dispositive motion in the above action up to and including December 19, 2007.  Plaintiff's counsel, Steven J. Silverberg, Esq., has indicated that Plaintiff consents to this enlargement of time.

Defendant requests this additional time, because the parties, working cooperatively, have stipulated to complete depositions in this action on dates this month, but due to extremely difficult scheduling mishaps and limitations, the parties have had to continue those deposition dates on several occasions.  By way of example, counsel only this week were able to locate one former agency employee, whose deposition has now

---

[1]  Lawrence M. Small has recently resigned from the position of Secretary of the Smithsonian Institution.  The Acting Secretary, Cristián Samper, has been substituted as the proper defendant by operation of Fed. R. Civ. P. 25(d).

been scheduled for November 9, 2007; and remaining depositions, including the plaintiff's deposition, have been scheduled for later in this month to accommodate the schedules of all parties and counsel.[2]  Defendant will require the deposition transcripts in order to assess whether a dispositive motion (or partially dispositive motion) is in order.

The pretrial in this matter is not scheduled until April 10, 2008, and the parties believe that this enlargement of time will best lead to the just and inexpensive resolution of the action.

For these reasons, Defendant asks that additional time be permitted to complete a dispositive motion in the case.  A proposed Order is attached hereto.

                            Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[2]  Counsel for defendant has been hampered in scheduling these depositions by his need to allot deposition dates in an unrelated class action this month and next month.  Similarly, counsel for plaintiff has objected to certain dates due to scheduling conflicts.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Consent Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 7th day of November, 2007.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230