UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ANTHONY BOWDEN,                   )
                                  )
          Plaintiff,              )
                                  )
     v.                           )  Civil Action No. 05-2202 RBW
                                  )
CRISTIÁN SAMPER, Acting Secretary,)
 Smithsonian Institution,         )
                                  )
          Defendant.              )
_____)
```

ORDER

Upon consideration of the Defendant's Consent Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which any dispositive motion shall be completed in this action be and is hereby enlarged up to December 19, 2007; that any oppositions be due January 18, 2008; and that replies be due February 4, 2008.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

STEVEN J. SILVERBERG, ESQ.
1819 L Street, N.W., Suite 700
Washington, DC  20036