UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2202 RBW |
| | ) |
| CRISTIÁN SAMPER, Acting Secretary,[1] Smithsonian Institution, | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME,
<u>AND MEMORANDUM IN SUPPORT THEREOF</u>

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a dispositive motion in the above action up to and including January 28, 2008. Plaintiff's counsel, Steven J. Silverberg, Esq., has indicated that Plaintiff consents to this enlargement of time.

Defendant requests this additional time, because the parties, working cooperatively, have stipulated to complete depositions in this action, but due to extremely difficult scheduling mishaps and limitations, the parties have had to continue three of those deposition to January. Among them is a second day of Plaintiff's deposition. Although Plaintiff's deposition involving the 18-Count Second Amended Complaint was

---

[1] Lawrence M. Small has recently resigned from the position of Secretary of the Smithsonian Institution. The Acting Secretary, Cristián Samper, has been substituted as the proper defendant by operation of Fed. R. Civ. P. 25(d).

started, it could not be completed in a single day and the parties have further stipulated to finish that deposition in January.  This will also allow the Plaintiff time to locate relevant documents that he described in his deposition, which were not provided in discovery, but which he has agreed to provide.  Counsel for Defendant also seeks this additional time so that he will not be required to forego scheduled leave during the Holidays.  The pretrial in this matter is not scheduled until April 10, 2008, and the parties believe that this enlargement of time will best lead to the just and inexpensive resolution of the action.

For these reasons, Defendant asks that additional time be permitted to complete a dispositive motion in the case.  A proposed Order is attached hereto.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendant's Consent Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 17th day of December, 2007.

 

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230