```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                      )
                                     )
       Plaintiff,                    )
                                     )
   v.                                ) Civil Action No. 05-2202 RBW
                                     )
CRISTIÁN SAMPER, Acting Secretary,   )
  Smithsonian Institution,           )
                                     )
       Defendant.                    )
_____)
```

### ORDER

Upon consideration of the Defendant's Consent Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this \_\_\_\_ day of _____, 2007,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which any dispositive motion shall be completed in this action be and is hereby enlarged up to January 28, 2008; that any oppositions be due March 13, 2008.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| W. MARK NEBEKER | STEVEN J. SILVERBERG, ESQ. |
| Assistant U.S. Attorney | 1819 L Street, N.W., Suite 700 |
| Civil Division | Washington, DC  20036 |
| 555 4th Street, N.W. | |
| Washington, DC  20530 | |