```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                       )
                                      )
         Plaintiff,                   )
                                      )
    v.                                ) Civil Action No. 05-2202 RBW
                                      )
CRISTIÁN SAMPER,                      )
Secretary, Smithsonian Institution,   )
                                      )
         Defendant.                   )
_____)
```

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a dispositive motion in the case up to and including February 28, 2008. Plaintiff's counsel, Steven J. Silverberg, Esq., has indicated that Plaintiff consents to this enlargement of time.

Defendant requests this additional time, because the parties, continuing to work cooperatively, have stipulated to complete depositions in this action, but due to extremely difficult scheduling and limitations, the parties have had to continue two of those deposition to February. Among them is a second day of Plaintiff's deposition[1]. Although Plaintiff's deposition involving the 18-Count Second Amended Complaint was started, it could not be completed in a single day and the

---

[1] Those depositions had been scheduled for January, but due to a medical emergency in the family of Plaintiff's counsel, the two of the January depositions has had to be rescheduled again.

parties have further stipulated to finish that deposition in the coming weeks.  This will also allow the gathering of documentation that Plaintiff referenced for the first time in the first day of his deposition.  Counsel for Defendant also seeks this additional time because agency counsel in the matter has been called upon to devote significant time this month to discovery in an unrelated action, which has delayed drafting of the dispositive motion in this case.  The pretrial in this matter is not scheduled until April 10, 2008, and the parties believe that this enlargement of time will best lead to the just and inexpensive resolution of the action.  At the same time, the parties have made recent additional efforts at reaching a settlement in the case.  This additional time may assist in that regard as well.

    Thus, Defendant asks for additional time to complete a dispositive motion in the case.  A proposed Order is attached.

                              Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____ /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

-2-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Consent Motion For Enlargement Of Time, And Memorandum Of Points And Authorities In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 27th day of January, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230