```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                    )
                                   )
         Plaintiff,                )
                                   )
     v.                            ) Civil Action No. 05-2202 RBW
                                   )
CRISTIÁN SAMPER,                   )
Secretary, Smithsonian Institution,)
                                   )
         Defendant.                )
_____)
```

ORDER

Upon consideration of Defendants  Consent Motion For Enlargement Of Time, And Memorandum Of Points And Authorities In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2008,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which Defendant may file a dispositive motion be and is hereby enlarged up to February 28, 2008.

_____
UNITED STATES DISTRICT JUDGE

```
W. MARK NEBEKER                STEVEN J. SILVERBERG, ESQ.
Assistant U.S. Attorney        1819 L Street, N.W., Suite 700
Civil Division                 Washington, DC 20036
555 4th Street, N.W.
Washington, DC 20530
```