```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                        )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 ) Civil Action No. 05-2202 RBW
                                       )
CRISTIÁN SAMPER, Acting Secretary,     )
 Smithsonian Institution,              )
                                       )
        Defendant.                     )
_____)
```

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of three weeks within which to file a dispositive motion in the above action up to and including March 20, 2008.  Plaintiff's counsel, Steven J. Silverberg, Esq., has indicated that Plaintiff does not oppose this enlargement of time so long as the date of the October 11, 2008 pretrial is unaffected, a request with which defendant concurs.[1]

Defendant requests this additional time, because the parties have now completed the discovery depositions of the fact witnesses in the case, including the deposition over two days of the plaintiff.  Plaintiff's deposition however, could not be completed in advance of February 20, 2008, and the transcript of the complete deposition is not yet available.  Counsel believes

---

[1] Plaintiff's counsel has asked for 45 days to respond to the motion and has agreed to allow three weeks for a reply. These dates are reflected in the accompanying proposed order.

that the transcript will be helpful in analyzing the claims made ion the 42-page complaint.  In addition, counsel's responsibilities in several other cases, which have placed him in depositions or evidentiary hearings every day but one[2] in the past three weeks, also did not allow time to complete the needed motion in time for filing this week.

As noted, the pretrial in this matter is not scheduled until October 2008, thus defendant anticipates no prejudice to any party by this enlargement of time.  For these reasons, Defendant asks that additional time be permitted to complete a dispositive motion in the case.  A proposed Order is attached hereto.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[2] On that day, counsel was called upon to attend Department of Justice training, which lasted most of the day.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 27th day of February, 2008.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230