```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                        )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 ) Civil Action No. 05-2202 RBW
                                       )
CRISTIÁN SAMPER, Acting Secretary,     )
 Smithsonian Institution,              )
                                       )
        Defendant.                     )
                                       )
```

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of eight days within which to file a dispositive motion in the above action up to and including March 28, 2008. Plaintiff's counsel, Steven J. Silverberg, Esq., has indicated that Plaintiff does not oppose this enlargement of time so long as the date of the October 11, 2008 pretrial is unaffected and the same number of days (8) are added to the response and reply dates, requests with which defendant concurs.

Defendant requests this additional time, because the parties have now completed the discovery depositions of the fact witnesses in the case, which concluded with the second day of Plaintiff's deposition on February 20, 2008. Agency Counsel experienced some delays in gathering the needed transcripts and in drafting of a proposed dispositive motion in the case, which involves an 18-count complaint and five (5) EEO investigations

spanning years.

In addition, counsel's responsibilities in several other cases will not allow completion of the needed motion in time for filing this week. For example, counsel is scheduled to continue in an evidentiary hearing before another Judge of this Court on March 20, 2008. He has also recently been required to devote substantial time to assisting other government lawyers in responding on a short time-frame to complaints lodged with the office of bar counsel. These and other responsibilities have delayed the completion of the motion in this action.

For these reasons, Defendant asks that an additional eight days be permitted to complete a dispositive motion and related filings in the case. A proposed Order is attached hereto.

                        Respectfully submitted,

                        _____
                        JEFFREY A. TAYLOR, DC Bar #498610
                        United States Attorney

                        _____
                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney

                        _____
                        W. MARK NEBEKER, DC Bar #396739
                        Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 19th day of March, 2008.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230