```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                       )
                                      )
        Plaintiff,                    )
                                      )
    v.                                ) Civil Action No. 05-2202 RBW
                                      )
CRISTIÁN SAMPER, Acting Secretary,    )
 Smithsonian Institution,             )
                                      )
        Defendant.                    )
_____)
```

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of twenty days within which to file a dispositive motion in the above action up to and including April 17, 2008.  A telephone message was left for Plaintiff's counsel, Steven J. Silverberg, Esq., seeking his consent, but he could not be reached to determine his position on this motion.  Defendant notes that, in the past, Plaintiff has not opposed enlargements of time for this purpose so long as the date of the October 11, 2008 pretrial is unaffected and the same number of days are added to the response and reply dates.  Defendant submits that these limitations can be maintained and this enlargement of time granted, nevertheless.

Defendant regrets that he must seek this additional enlargement of time.  Undersigned counsel had expected to be able to file the needed motion by this date, based on an understanding that agency counsel would provide a draft of the motion.  The

draft, however, was not received as of this morning.[1]  The undersigned Assistant United States Attorney, in consultation with the Chief of the Civil Division, has concluded that he must, regrettably, seek this extension of time in order properly to represent the interests of the defendant in this matter.  Counsel believes that, notwithstanding this additional 20-day delay in filing the motion, the resolution of the issues to be addressed will materially advance the resolution of the issues in the case.

In addition, counsel's responsibilities in several other cases will not allow completion of the needed motion in time for filing in advance of April 17, 2008.  For example, counsel has recently been added to the trial team of a case scheduled to begin trial on April 21, 2008.  Moreover, he must also next week complete a response in a matter before the Office of Bar Counsel on behalf of a colleague.

---

[1] Counsel received only a partial, very rough draft late this morning, which contains no citations to affidavits, depositions, answers to interrogatories or admissions in the case.

For these reasons, Defendant asks for an additional twenty days to complete a dispositive motion and related filings in the case.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 28th day of March, 2008.

                                  _____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230