UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                         )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  ) Civil Action No. 05-2202 RBW
                                        )
CRISTIÁN SAMPER, Acting Secretary,      )
  Smithsonian Institution,              )
                                        )
        Defendant.                      )
_____)

ORDER

Upon consideration of the Defendant's Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2008,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which defendant may file a dispositive motion in this action be and is hereby enlarged up to and including April 17, 2008; and it is further ordered that Plaintiff shall file any opposition to the motion on or before June 2, 2008, and that any reply shall be filed on or before June 24, 2008.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER              STEVEN J. SILVERBERG, ESQ.
Assistant U.S. Attorney      1819 L Street, N.W.
Civil Division               Suite 700
555 4th Street, N.W.         Washington, DC  20036
Washington, DC  20530