```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                      )
                                     )
        Plaintiff,                   )
                                     )
    v.                               ) Civil Action No. 05-2202 RBW
                                     )
CRISTIÁN SAMPER, Acting Secretary,   )
 Smithsonian Institution,            )
                                     )
        Defendant.                   )
                                     )
```

ORDER

UPON CONSIDERATION of Defendant's Motion For Judgment On The Pleadings Or, In The Alternative, For Summary Judgment, the grounds stated therefor, and the entire record herein, it is this ___ day of _____, 2008, hereby

ORDERED that Defendant's motion should be and it hereby is granted; and it is,

FURTHER ORDERED that Plaintiff's claims in this action be and hereby are dismissed.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER                 STEVEN J. SILVERBERG, ESQ.
Assistant U.S. Attorney         1819 L Street, N.W.
Civil Division                  Suite 700
555 4th Street, N.W.            Washington, DC  20036
Washington, DC  20530