UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,            )
                           )
        Plaintiff,         )
                           )
    v.                     ) Civil Action No. 05-2202 RBW
                           )
CRISTIÁN SAMPER, Acting Secretary, )
  Smithsonian Institution, )
                           )
        Defendant.         )
_____)

## NOTICE OF FILING

Defendant hereby gives notice to Plaintiff and the Court of the filing of the attached Exhibits referenced in Motion For Judgment On The Pleadings Or, In The Alternative, For Summary Judgment, filed on April 17, 2008.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____ /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

List Of Exhibits

1  May 21, 2003 E-mail from Bowden (Plaintiff's Depo. Ex. 7)
2  Plaintiff's 12/4/07 Deposition (excerpts)
3  October 5, 2004 Memo from Plaintiff
4  Plaintiff's 2/20/08 Deposition (excerpts)
5  Plaintiff's May 19, 2005 Affidavit
6  Baxter Deposition (excerpts)
7  3/16/04 E-mail from Samiy (Plaintiff's Depo. Ex. 56)
8  Bowden E-mail to Dolph Sand (Plaintiff's Depo. Ex. 57)
9  2004 Performance Appraisal Form
10 2005 Performance Appraisal Form
11 MPD Witness Statement of Ernest Robinson (Baxter Depo. Ex. 20)
12 5/9/05 E-mail from Baxter (Baxter Depo. Ex. 21)
13 5/11/05 E-mail from Bowden (Baxter Depo. Ex. 22)
14 5/05 E-mails from/to Bowden (Baxter Depo. Ex. 23)
15 6/05 E-mails from/to Bowden (Baxter Depo. Ex. 24)
16 6/05 E-mails from/to Bowden/McCready (Baxter Depo. Ex. 25)
17 Confirmation Of Counseling memo (Plaintiff's Depo. Ex. 68)
18 11/12/03 E-mail re Desk Audit (Plaintiff's Depo. Ex. 40)
19 Vacancy Announcement No. 03SP-1309.
20 Dolnick Deposition (excerpts)
21 Vacancy Announcement No. 04SP-1005
22 Tanner Deposition (excerpts)
23 Plaintiff's application for Vacancy Announcement No. 04SP-1005
24 Application documentation record (Vacancy Ann. No. 04SP-1005)
25 Certification list (Vacancy Ann. No. 04SP-1005)
26 Baxter application (Plaintiff's Depo. Ex. 87)
27 Report Of Investigation, Case Number: 04-16-080604 (excerpts)
28 Evaluation Statement (Plaintiff's Depo. Ex. 88)
29 Samiy Deposition (excerpts)
30 Desk Audit memo (Plaintiff's Depo. Ex. 39)
31 12/28/03 E-mail from Bowden (Plaintiff's Depo. Ex. 41)
32 Grade Evaluation Guide for Visual Arts Work
33 11/6/03 letter re: Desk Audit (Plaintiff's Depo. Ex. 38)
34 Federal Position Description Cover Sheet and PD
35 11/12/03 E-mail from Bowden (Plaintiff's Depo. Ex. 40)
36 Plaintiff's Response to Request for Admissions
     (Plaintiff's Depo. Ex. 5)
37 Stipulation Of Settlement And Dismissal
38 8/27/99 Letter to Alan Banov from AUSA Daria Zane
39 5/21/03 E-mail from Bowden acknowledging "shortage of staff"
     (Plaintiff's Depo. Exh. 7)
40 8/28/03 E-mail from Dolnick (Plaintiff's Depo. Ex. 18)
41 6//29/99 Letter to Alan Banov from AUSA Zane
     (Plaintiff's Depo. Exhibit 19)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Notice Of Filing and its attachments has been made through the court's electronic transmission facilities on this 23rd day of April, 2008.

/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230