Mon, Jul 16, 2007  2:22 PM

**Subject:** Re: notes from walkabout
**Date:** Wednesday, May 21, 2003 1:40 PM
**From:** BOWDEN, Anthony <BOWDENA@si.edu>
**To:** "Tanner, Mary" <TannerM@si.edu>
**Conversation:** notes from walkabout

Hi Mary I am sorry that I did not get the list of notes to you from the walkabout. I have been so bombarded with work.I am the only one working in Exhibit Production. Do to shortage of staff. Here are the notes for exhibit.

1. Cut trapezoid off rial at top of Panda cafe.

2. Cut trapezoid off rial a cross from Visitor center.

3. Clean signs and panels at Bison exhibit.

4. Clean signs and panels at Prairie dog exhibit.

5. Replace missing sign at Prairie dog next to panda house that should read these animals bite keep hand away from inclosure.

6. Clean banners at Panda house.

7. Laminate pictures in Panda house.

8. Relocate viewing sign at exit of Panda house.

9. Who's murdering the Elephants signs need to be replaced at Elephants house.

10. Can you fined these thing signs in yard at Elephant house need new sign made

11. Stop Elephants are dangerous signs need to be change down in moat.

12. Remove old kiosk from Elephants house.

   P.S. I would like to meet with you at your earliest convenience again I apologize.

>>> Mary Tanner 05/20/03 09:16AM >>>
did you give your notes to Patti or have you not written them up yet?  we need to get these within 24 hours.  thanks!



Page 1 of 2

Deputy Director, NZP
OD, NZP Visitor Center
MRC 551
Phone: 673-4666
FAX: 673-4607