To:     EEO Office
From:   Anthony Bowden
Re:     Amended EEO Complaint
Date:   October 5, 2004

---

August 24, 2004

Jeff Baxter and I understand that I am the COTR when dealing with the Welders, however, Jeff had a conversation with the Welders which included asking the Welders for a work schedule. This was already included in the Statement of Work which Jeff Baxter signed off on numerous occasions. I had already explained to Jeff that it is impossible to adhere to a work schedule due to situations such as untimeliness in processing purchase orders which holds up progress. The Welders informed me that Jeff Baxter told them that if they had any problems with me for them to let him know.

I believe this act to be undermining, disrespectful, discriminatory and demeaning. Prior to Jeff confronting the Welders, he and I had already discussed work schedules. Although we had discussed and I showed him the work schedule he addressed the Welders anyway. As a general rule, the contractors should only have to deal with one person. This makes the process run smoothly. When Jeff goes behind my back to question the Welders this makes me look inadequate which is totally unacceptable. Especially when he told the Welders that if they have any problems with me to tell him. This is very unprofessional on Jeff's part. Jeff told me that he did not have a problem with the way that I deal with the Welders, so I do not understand what his angle is.

September 10, 2004

Jeff Baxter attended a Communication and Relationship workshop meeting, after he returned; he notified us that he does not want us to communicate any longer using E-Mails. He stated that when E-Mails are used this causes confusion and people misunderstand what's being said.

I believe that this is being done because this makes them accountable for their actions when they are discriminating or harassing staff members. See Attached: NZP Email Announcements

September 13, 2004

I spoke to Jeff Baxter to see if he had spoken to Debbie Burnie regarding my illness. Jeff said that he had not spoken to her as of yet. In my last meeting with Ms. Burnie on June 9, 2004, she had asked that I sign a waiver so that she could speak to my physiatrist. She said that she needed to speak with my
Doctor so that she would have a better understanding of my condition to better explain to my supervisor. For accommodation purposes it is essential that my supervisors are aware of my condition. I believed that Ms. Burnie should have had a discussion with my



EXHIBIT
3
CA 05-2202

of my condition. I believed that Ms. Burnie should have had a discussion with my supervisors and Doctors by now. I had originally given Ms Bernie permission on July 21, 2004, which she said she needed in order to proceed.

I feel that this is further discrimination per my handicap.

September 16, 2004

In our morning staff meeting, we discussed tasks and upcoming projects. Out of the blue, Jeff said that he needs to know my where-a-bouts at all times. Jeff was not saying this to any other staff member that was present. He directed this statement only to me. Through our conversation, I questioned Jeff if he was implying that I was not doing my job. He said no.

This is further discrimination, harassment, micro managing and reprisal for my ongoing EEO complaint.

September 27, 2004

In our 10am meeting, Jeff announced that he is having OEC to come in and work on a prototype sign for the Small Mammal house. I asked Jeff why is it that they are giving people out side of the Zoo projects that can be done by us. I told him that I am more than qualified to do these types of projects and that I would appreciate doing something that is much more rewarding than sweeping, cleaning signs, repairing work that was performed by an outside contractor that's located in Buffalo, NY and moving furniture.

For the past few months my responsibilities has shifted to grunt work instead of Exhibit work.

September 29, 2004

In our 7:15 meeting, Jeff told me that he was having problems with the contractor because they didn't come in as scheduled. This contractor was supposed to work in the Small Mammal house. He said that he wanted me to start drilling holes in the wall, I asked Jeff for a format so that I can see what the job entails.

I don't understand why Jeff would schedule or pay a contractor for work that the contractor is not performing, yet he would have me to pick up the pieces on the grunt side of the project. I informed that this project should have been discussed with me prior to hiring an outside contractor. At this point, I am in the blind with everything pertaining to Exhibits. The only time that I am included is when the job goes bad.

September 30, 2004

When Ernie Robinson and I were in the Office of Facilities (Welding Shop), Jeff Baxter made a derogatory statement to P.K. who is Asian. Jeff said to P.K. after asking him to

do something, "extra starch, extra starch". I find this to be degrading and racist. I spoke with Jeff on October 1, 2004 in our 7:15 meeting and asked Jeff what he meant by that statement. Jeff replied that he was just joking and that P.K. had asked him for a "laundry list" of work that needed to be performed. I told Jeff that I didn't think that that was a good representation of the Exhibit shop, not to mention that he had previously stereotyped Ernie Robinson when he asked if he had an attitude because his hat was on backwards.

This type of behavior towards others should not be tolerated under any circumstance. If a person is able to make racial remarks and stereotype others than I believe that they are racist. These types of remarks can lead to legal consequences. This is further discrimination, harassment and reprisal for my ongoing EEO complaint.