**From:** "Kathleen Samiy" <samiyk@nzp.si.edu>
**To:** <bowdena@nzp.si.edu>
**Date:** 3/16/04 11:10AM
**Subject:** Accomodations for Doctors Appts.

Hi Tony:

As we just discussed:. Please work with your doctors to better manage your appointments. A doctors note will suffice, or if you could work out with the doctors a more regular appt. schedule or plan ahead, so you don't have to leave zoo premises on an immediate basis. To accomodate your health needs, we still need to balance and manage the work load.. If there are other concrete actions I can take as your manager to support you and your health I welcome recommendations.

Over the last few weeks you have had to leave immediately after talking to your doctors. Below are the days/times you have been out this month.

3/2 left one hour early
3/4 left at noon
3/10 came in 3-4 hours late (need leave slip)
3/15 out sick
3/16 left at 11

--Kathleen


**CC:** "Kathleen Samiy" <SamiyK@nzp.si.edu>



EXHIBIT 7
CA 05-2202

EXHIBIT 56
BOWDEN
2-20-08