**To:** Dolph Sand
**From:** Anthony BOWDEN
**Subject:** Re: Hi Dolph Sand,
**CC:** Lynn Dolnick

Hi Dolph Sand

This is getting out of hand and it is a serious problem and something needs to be done. Today 4/16/04 I informed Kathleen the day after I was off sick and she was off also that I had a dental appointment that I had to attend, at first she did not say anything she just turned and walked away. About five minutes later she came to me and asked what was going on with me that all of a sudden that I needed to have all these doctors appointments and sick days off, this was infront of Sherod Mangum and Grace Lopez. I told her that her question was inappropriate in front of my co workers. She said well I need to know" because it seems to me that all of a sudden you keep going to the Doctor or calling in sick. Kathleen then said that my Doctor needs to better schedule my appointments because we have a lot of work to be done which involves you.

I told Kathleen when she asked me once more in front of my co workers what was going on with me? that what ever it is it's confidential, and for you to ask me infront of any and everyone is out of line She thin asked me to request a schedule from all of my Doctors to inform her of when my Doctors will need to see me I told her that I did not think that would be feasible.

Then she asked me again in front of my co workers what seems to be the problem I then told her that part of the problem is what I have to go through every day in the work place and that the way that I am treated is making me sick.

When I got back from my appointment at 1:30 today I got a E mail from Kathleen showing the days that I had been off. Mr Sand I do not know what Kathleen is up to, but it do not feel good having some treat me this way.
Thanks.
Tony.

>>> Dolph Sand 03/15/04 02:08PM >>>
I still have a few issues to deal with. Please be patient and I will try to get back to you by Friday.

This email is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or represent attorney work product and therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the recipient), you are hereby notified that any review, disclosure or use of the information contained herein is STRICTLY PROHIBITED. If you have received this communication in error, please notify us immediately. Thank you.

EXHIBIT
8
CA 05-2202

EXHIBIT
57
BOWDEN 8-07-08