## NATIONAL ZOOLOGICAL PARK, SMITHSONIAN INSTITUTION
## PERFORMANCE APPRAISAL FORM
(Complete "Actual Achievement" on following page. Also attach "Performance Plan and Standards")

| EMPLOYEE: LAST NAME. FIRST NAME. MIDDLE INITIAL<br>Anthony Bowden | ORGANIZATIONAL UNIT AND LOCATION<br>Exhibits and Outreach, National Zoo | | |
|---|---|---|---|
| POSITION TITLE<br>(Exhibit Specialist) Project Leader, Production Unit | SERIES AND<br>GS-1010<br>GS11 | APPRAISAL PERIOD | |
| | | FROM<br>Jan 03 | TO<br>Dec 03 |

### SUMMARY PERFORMANCE RATING DETERMINATION

[ ] **OUTSTANDING.** Performance has exceeded standards for all critical elements. Performance has met or exceeded standards for all non-critical elements.

[ ] **HIGHLY SUCCESSFUL.** Performance has exceeded standards for 50% or more of the critical elements. Standards for remaining critical elements have been met and the standards for all non-critical elements have been met or exceeded.

[X] **FULLY SUCCESSFUL.** Performance for all elements, critical and non-critical, has met the standards.

[ ] **IMPROVEMENT NEEDED.** Performance on all critical elements has met standards. However, improvement is needed to meet standards for one or more non-critical elements.

[ ] **UNACCEPTABLE.** Performance on one or more critical elements has not met the standards. Action taken and/or recommended:

Reason for rating:

| [X] End of annual cycle | [ ] Employee or Supervisor reassigned |
|---|---|
| [ ] Employee leaving agency | [ ] Other(Specify): |

| RATING OFFICIAL'S SIGNATURE | Lynn Dolnick, Associate Director, Exhibits and Outreach<br>TYPED NAME AND TITLE OF RATER | 4/22/04<br>DATE |
|---|---|---|
| REVIEWING OFFICIAL'S [signature: Mary R. Tanner] | Mary Tanner, Deputy Director, National Zoo<br>TYPED NAME AND TITLE | 4/29/04<br>DATE |
| EMPLOYEE'S SIGNATURE | | DATE |

I have reviewed the completed performance document and it has been discussed with me. My signature does not necessarily mean that I agree with all of the information in it or that I forfeit any rights of review. (Comments may be

EXHIBIT 9
CA 05-2202

Bowden
EXHIBIT NO. 10
CJB 12/4/07

Revised January 8, 2003                                Page 1

| NZP PERFORMANCE APPRAISAL FORM | Performance | | | |
| --- | --- | --- | --- | --- |
| ACTUAL ACHIEVEMENT | Critical | Non-critical | Exceeded | Met | Not met |

For each numbered element, enter the element name as listed in the Performance Plan and Standards followed by comments (required for ratings of Not met and Exceeded, optional for Met). Check whether element is Critical or Non-critical as shown in the Performance Plan and Standards. Enter check mark to indicate if performance standard listed in Performance Plan and Standards was Exceeded, Met or Not met.

| | Critical | Non-critical | Exceeded | Met | Not met |
| --- | --- | --- | --- | --- | --- |
| 1. Production Project Leader | X | | | X | |

**Fully successful performance of this element requires the following standards be met:**
Leads installation and deinstallation of exhibit graphics and structures that support them, is key contact with team members on projects, colleagues and supervisors as well as other departments (OFEO, customers, collaborators, vendors, FONZ, Animal Programs) to install ID's and interpretive graphics in the Park, banners, building signs, way-finding system changes, concession and directional/informational signs, traffic signs throughout the entire Zoo. Inspects signs and graphics in the Park, implements renewal and replacement signs and exhibitry maintanence plans. Maintains inventory and stocks of signs.

**Actual Performance: Met**
For much of the year, you have had to manage installations in the park on your own. It has been a lot of work, and I thank you for that. The management of sign inventory and oversight of keeping the production area in good order has fell behind, so I'd like to see you spend more of your "downtime" cleaning up these areas so they can support the work that you need to do more effectively.

| | Critical | Non-critical | Exceeded | Met | Not met |
| --- | --- | --- | --- | --- | --- |
| 2. Production Shop Functions | X | | | X | |

**Fully successful performance of this element requires the following standards be met:**
Leads project activities in the Production Shop and the application of functions for signs to be installed in the Park. Develops, executes, produces, repairs and makes signs, sign structures, frames, cases, builds support structures, and cabinetry to support interpretive graphics and inter-active structures. Coordinates activities involving equipment, materials and supplies, vendors, manufacturers and suppliers, maintains sign and material inventories. Follows design specification from verbal instruction, drawings, printouts or measured drawings, specifications. Uses knowledge and expertise to offer best production, fabrication and production solutions. Utilizes production and fabrication equipment, leads others in proper equipment use. Maintains 3 vehicles for Exhibits office ( 2 scooters, 1 truck).

**Actual Performance: Met**
This has been a challenging year, with you taking on greater responsibility than in the past for installations in the Park. You helped a great deal in completing the Eagle exhibit and have worked to complete the projects assigned to you. Thank you for your efforts.

| | Critical | Non-critical | Exceeded | Met | Not met |
| --- | --- | --- | --- | --- | --- |
| 3. Project Management. | X | | | X | |

**Fully successful performance of this element requires the following standards be met:**
Projects are well managed with diverse team EO staff, clients, customers, vendors, collaborators, partners. Teams and roles and responsibilities are clearly established, function of project manager is to orchestrate projects with well defined team. Schedules are established, milestones and phases of work laid out to achieve end results and deadlines from concept through completion. Projects are kept on schedule, milestones are in written form and documented so the team knows expectations. Project purchase requests are accurately documented, project is appropriately documented.

**Actual Performance: Met**
You served as COTR for a major repair project for the Zoo this year. It is a new area for you, and I thank you for your efforts in this area. I fully expect that you will develop into an excellent COTR

| | | | |
|---|---|---|---|
| as your skills to continue to develop in this area. This project has not been completed on time, and while many of the circumstances have been beyond your control, you could have established and documented clearer schedules and taken more of a leadership position in ensuring that the project stay on schedule. | | | |
| 4. Inter-office functions, project administration.<br>**Fully successful performance of this element requires the following standards be met:**<br>Purchasing, and administrative requirements for projects are accurate, complete, and timely. Office areas are clean, neat and organized, supplies are stocked. Attendance and participation in meetings is required. Use of computers and office equipment follows Zoo standards and policies.<br>**Actual Performance:**<br>You worked hard to prepare the scope of work for the major repair project this year. This was a significant challenge and the project will be completed in 2004. You have learned a great deal, and will be able to use that knowledge in the coming year. In the coming year, I'd like to see you establish inventories of supplies and anticipate what you need better so that there can be fewer trips to stores and more ordering in advance. | X | | X |
| 5. Timeliness.<br>**Fully successful performance of this element requires the following standards be met:**<br>Works to further the goals of the Exhibits Department as part of a team to plan, manage, implement and achieve project phases, milestones,, schedules, deadlines. Works to find reasonable accommodation for changes in plans, and juggle multiple project priorities.<br><br>**Actual Performance: Met**<br>When deadlines are clear, you take them very seriously and work to get the project done. You were a key player in getting the Eagle exhibit built and installed on time. Thank you for your efforts. | X | | X |
| 6. Communication, Teamwork and Customer Service Skills.<br>**Fully successful performance of this element requires the following standards be met:**<br>Communicates effectively with supervisor, team members, colleagues, zoo staff, collaborators, vendors, and clients. Keeps the team, clients, collaborators, and others assigned to similar projects informed of developments, milestones, status, with updates on a regular basis.<br><br>**Actual Performance:**<br>This was a particularly difficult year. I'd like to see you take a more proactive approach to keeping supervisor and clients informed of deadline, work schedules and milestones. | X | | X |
| 7. Safety<br>**Fully successful performance of this element requires the following standards be met:**<br>Keeps the workplace safe by following SI and Zoo safety procedures and compliance<br>**Actual Performance:**<br>There have been no problems in safety this year. | X | | X |
| 8.<br>**Fully successful performance of this element requires the following standards be met:**<br><br>**Actual Performance:** | | | |
| 9. | | | |