## NATIONAL ZOOLOGICAL PARK, SMITHSONIAN INSTITUTION
## PERFORMANCE APPRAISAL FORM
(Complete "Actual Achievement" on following page. Also attach "Performance Plan and Standards")

| EMPLOYEE: LAST NAME, FIRST NAME, MIDDLE | ORGANIZATIONAL UNIT AND LOCATION |
|---|---|
| Anthony Bowden | Exhibits and Outreach, National Zoo |

| POSITION TITLE | SERIES AND | APPRAISAL PERIOD | |
|---|---|---|---|
| Exhibit Specialist | GS-1010 GS11 | FROM January 05 | TO Dec 05 |

### SUMMARY PERFORMANCE RATING DETERMINATION

[ ] **OUTSTANDING.** Performance has exceeded standards for all critical elements. Performance has met or exceeded standards for all non-critical elements.

[ ] **HIGHLY SUCCESSFUL.** Performance has exceeded standards for 50% or more of the critical elements. Standards for remaining critical elements have been met and the standards for all non-critical elements have been met or exceeded.

[ ] **FULLY SUCCESSFUL.** Performance for all elements, critical and non-critical, has met the standards.

[X] **IMPROVEMENT NEEDED.** Performance on all critical elements has met standards. However, improvement needed to meet standards for one or more non-critical elements.

[ ] **UNACCEPTABLE.** Performance on one or more critical elements has not met the standards. Action taken and/or recommended:

Reason for rating:

| End of annual cycle | Employee or Supervisor reassigned |
|---|---|
| Employee leaving agency | Other(Specify): |

| RATING OFFICIAL'S SIGNATURE *(signed)* | Jeff Baxter, Head of Graphics & Exhibit Management TYPED NAME AND TITLE OF RATER | 2/3/06 DATE |
|---|---|---|
| REVIEWING OFFICIAL'S *(signed)* | Chuck Filiah, Acting Associate Director, for Exhibits and Outreach TYPED NAME AND TITLE | 1/30/06 DATE |
| EMPLOYEE'S SIGNATURE | I have reviewed the completed performance document and it has been discussed with me. My signature does not necessarily mean that I agree with all of the information in it or that I forfeit any rights of review. (Comments may be | DATE |

TONY DECLINED TO SIGN THIS REVIEW - P.A. REVIEWED WITH TONY 2/3/06

Revised January 8, 2003

Page 1

**EXHIBIT 10**
CA 05-2202

| NZP PERFORMANCE APPRAISAL FORM | | | | | |
|---|---|---|---|---|---|
| ACTUAL ACHIEVEMENT | | | Performance | | |
| For each numbered element, enter the element name as listed in the Performance Plan and Standards followed by comments (required for ratings of Not met and Exceeded, optional for Met). Check whether element is Critical or Non-critical as shown in the Performance Plan and Standards. Enter check mark to indicate if performance standard listed in Performance Plan and Standards was Exceeded, Met or Not met. | Critical | Non-critical | Exceeded | Met | Not met |
| 1. Production Project Leader | X | | | | X |
| **Element name and description:** <br>Production Project Leader. Leads installation and deinstallation of exhibit graphics and structures that support them, is key contact with team members on projects, colleagues and supervisors as well as other departments (OFEO, customers, collaborators, vendors, FONZ, Animal Programs) to install ID's and interpretive graphics in the Park, banners, building signs, way-finding system changes, concession and directional/informational signs, traffic signs throughout the entire Zoo. Inspects signs and graphics in the Park, implements renewal and replacement signs and exhibitry maintenence plans. Maintains inventory and stocks of signs. <br><br>**Actual Performance:** <br>Production Project Leader – As outlined in your Performance Plan you have preformed park inspections in a section of the park, participated on production teams for example working with Ernie Robinson and Sherod Mangum on Prairie Dog Exhibit and play area, the installation of banners and signs and worked from a work-ticket system to complete tasks. You have brought to my attention some areas that needed work or needed to be changed. | | | | | |
| 2. Production Shop Functions | X | | | | X |
| **Element name and description:** <br>1. Production Shop Functions: Leads project activities in the Production Shop and the application of functions for signs to be installed in the Park. Develops, executes, produces, repairs and makes signs, sign structures, frames, and cases, builds support structures, and cabinetry to support interpretive graphics and inter-active structures. Coordinates activities involving equipment, materials and supplies, vendors, manufacturers and suppliers, maintains sign and material inventories. Follows design specification from verbal instruction, drawings, printouts or measured drawings, specifications. Uses knowledge and expertise to offer best production, fabrication and production solutions. Utilizes production and fabrication equipment, leads others in proper equipment use. Maintains 3 vehicles for Exhibits office ( 2 scooters, 1 truck). <br><br>**Actual Performance:** <br>Production Shop Functions –Some of the projects that came out of the production shop of which you were involved in are, Standard ID installation, relocation and cleaning, the production of components for the Prairie Dog exhibit and play area, and the maintenance of 3 vehicles for the Exhibit office (2 scooters and 1 truck). You have coordinated with G.E.M. designer Ernie Robinson that production complies with set standard established by the design office for projects like Prairie Dog Play area, you tracked the project through production, you considered and communicated, fabrication, installation and maintenance needs in the development of the exhibit design with the project designer, which consisted of many one on one meetings with the project designer | | | | | |

FROM :   FAX NO. :   Apr. 03 2006 03:48PM P2

| | | X | | X |
|---|---|---|---|---|

**3. Project Management.**
**Element name and description:**
Project Management: Projects are well managed with diverse team EO staff, clients, customers, vendors, collaborators, and partners. Teams and roles and responsibilities are clearly established, function of project manager is to orchestrate projects with well defined team. Schedules are established, milestones and phases of work lay out to achieve end results and deadlines from concept through completion. Projects are kept on schedule, milestones are in written form and documented so the team knows expectations. Project purchase requests are accurately documented, project is appropriately documented.

**Actual Performance:**
Project Management – The work load that is coordinated with G.E.M. designer is managed with in expectations. Work-tickets that are set as a priority are completed on assigned schedule or are communicated as to when it will be completed. When a priority work-ticket is confusing or needing additional information you seek clarification. You have served as COTR for the ID Bracket de-installation, relocation, and installation throughout the Zoo these projects were managed with in expectations.

| | | X | | X |
|---|---|---|---|---|

**4. Inter-office functions, project administration.**
**Element name and description:**
Inter-office functions: project administration. Purchasing, and administrative requirements for projects are accurate, complete, and timely. Office areas are clean, neat and organized, supplies are stocked. Attendance and participation in meetings is required. Use of computers and office equipment follows Zoo standards and policies.

**Actual Performance:**
Inter-office functions, project administration -- The projects that you worked on that required, purchasing and administrative work have met expectations, your work area is neat and organized. The exhibit shop and supplies area continue to need to be worked on this coming year.

| | | X | | X |
|---|---|---|---|---|

**5. Timeliness.**
**Element name and description:**
Timeliness: Works to further the goals of the Exhibits Department as part of a team to plan, manage, implement and achieve project phases, milestones,, schedules, deadlines. Works to find reasonable accommodation for changes in plans, and juggle multiple project priorities.

**Actual Performance:**
Timeliness – When you are given a clear and hard deadline it is met. When the goals are not as defined the completion is less. When given multiple project priorities or work-tickets that have conflicting deadline you did not always work to resolve the situation before it became a problem You are an important member of the staff and how you approach any given schedule impacts the rest of the staff.

Revised January 8, 2003

| | | |
|---|---|---|
| **6. Communication, Teamwork and Customer Service Skills.**<br>**Element name and description:**<br>Communication, Teamwork and Customer Service Skills. Communicates effectively with supervisor, team members, colleagues, zoo staff, collaborators, vendors, and clients. Keeps the team, clients, collaborators, and others assigned to similar projects informed of developments, milestones, status, with updates on a regular basis.<br><br>**Actual Performance:**<br>Communication, Teamwork and Customer Service Skills – This is an area that needs improvement, the communications that we had was uneven, there were times that you communicated well, times when you communicate very little, and times the communication was filled with tension. When I asked you the status of projects you were assigned there were times when you became very defensive. And when I gave you multiple projects that had difficult dead lines your reaction was to get upset and stressed instead of calling me and working through the list together to set priorities. There were also times that you felt that I was not listening when I did not take the direction that you suggest. There were times when the communications was good and this is what I want to build on. | X | X |
| **7. Safety**<br>**Element name and description:**<br>Keeps the workplace safe by following SI and Zoo safety procedures and compliance<br><br>**Actual Performance:**<br>Safety – You have followed Zoo and SI procedures, and you have had no safety violations. You have pointed out a number of areas that needed to be improved. As stated in your last Performance Appraisal we need to continue to work on the exhibits shop this year. | X X | |