EXHIBIT
11
CA 05-2202

DEPOSITION EXHIBIT
Baxter #20
9-28-07 SO

**METROPOLITAN POLICE DEPARTMENT**
**WASHINGTON, D.C.**
**COMPLAINANT/WITNESS STATEMENT**

12/73

1. COMPLAINT NO.

2. NATURE OF INVESTIGATION: Assault

3. UNIT FILE NO.

4. STATEMENT OF: (Last, First, Middle) Robinson, Ernest L

5. DOB: [redacted]

6. SEX: M

7. HOME ADDRESS: [redacted]

8. HOME PHONE: [redacted]

9. EMPLOYMENT (Occupation and Location): Exhibit Designer

10. BUSINESS PHONE: [redacted]

11. LOCATION STATEMENT TAKEN: GSB

12. NAME OF OFFICER TAKING STATEMENT (if other than block 18 include signature)

13. DATE/TIME STARTED:

14. STATEMENT:

During our monday morning meeting held May 9th 2005, after the meeting, Elena Lopez as I noticed was prepairing for a after meeting wedding shower for a member of the office, when I noticed that she had rammed into Anthony Bowden as he was talking to his Supervisor, Jeff Baxter. I did not see Elena stop to acknolege what had happened, but continued to move through out the office to complet her task. After a few days had passed, and seeing that Mr Bowden was very upset about what had happened to him, I approched Elena and asked if she would appologize to Tony for ramming into him. From her response, I felt that she did not see it as being that important of an issue to have to apologize to Mr. Bowden. I also went to her Supervisor Susan Ades to see if she could convince Elena talk to Mr. Bowden about that issue, and hopefully to resolve. That did not provide any rusults either

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

SIGNATURE OF PERSON GIVING STATEMENT: *Ernest L Robinson*

16. DATE/TIME ENDED: 5/23/06

17. PAGE ___ OF ___ PAGES

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15: