Tue, Jul 17, 2007 5:51 PM

**Subject: Re: Assault**
**Date:** Wednesday, May 11, 2005 12:23 PM
**From:** BOWDEN, Anthony <BOWDENA@si.edu>
**To:** "Baxter, Jeff" <BaxterJ@si.edu>
**Conversation:** Assault

Hi Jeff

I do not understand why you all are trying to mediate something that has escalated to an Assault and battery. As I told you in my previous e mail that this is not the first time Elena has done this. I perfer that charges be brought up agenst her.

I would like to leave for to day, becuse you all have stressed me out. I am having chest pain, shortness of breath, headaches and dizziness.

