**Subject: Re: Assault**
**Date:** Monday, May 23, 2005 2:03 PM
**From:** BOWDEN, Anthony <BOWDENA@si.edu>
**To:** "Baxter, Jeff" <BaxterJ@si.edu>
**Cc:** "Fillah, Charles M." <FillahC@si.edu>
**Conversation:** Assault


Hi Jeff


I just would like to let you know that I felt very uncomfortable in to days meeeting 5/23/05. I asked you last Monday 5/16/05 for permission not to attend the meeting because of my filling uncomfortable around Elena. After the meeting on 5/16/05 I vomited and felt sick all of that day. Today I did the samething befor the meeting and had to get up befor the second part of the meeting to vomited again. I know that all of this is brought by undue stress.


Thank Tony.

>>>Jeff Baxter 05/09 12:54 pm >>>
Tony,
I just came back into my office from speaking with Susan Ades, who as you know is Elena's Supervisor about this matter. It is my intension that the work environment is a good and comfortable place to work. I will do as much as I can to see that we do have a good and comfortable environment for all to work in. Thanks for your E-mail

Thanks,
J.B.

>>>Anthony BOWDEN 05/09/05 12:07PM >>>
Hi Jeff



I am sending this e-mail as a reminder of what took place at the end of the 10: 00 am meeting when Elena Lopez made physical contact by intentionally ramming me with her shoulder while I was talking to you about a work ticket.I have spoke to you twice about this and nothing was done, you told me that you could not do anything about it unless you saw it happend yourself.  This time you said that you saw my shoulder turn and you saw the look on my face. Jeff for the life of me, I can not understand how you all would let this type of behavior by Ms. Lopez continue. She seem to have a problem getting

along with almost everyone in this office.
I perceive this as assault. I should not have to come to work and feel uncomfortable or threatened.

Thanks for your attention in this matter.


please amend my EEO complaint.