Tue, Jul 17, 2007  5:58 PM

**Subject: Fwd: On June 6**
**Date:** Wednesday, June 8, 2005 12:44 PM
**From:** BOWDEN, Anthony <BOWDENA@si.edu>
**To:** "Sand, Dolph" <SANDDO@si.edu>
**Cc:** "Davis, Suzanne" <DavisS@si.edu>
**Conversation:** On June 6

Hi Mr Sand

Can you help me with this situation. I spoke to both Jeff Baxter and Chuck Fillah and sent e-mails to them that were ignored asking not to attend meetings where Elena Lopez would be present period and as part of my accommodation. I was told by Jeff that he would have to think about it . I spoke to Chuck Fillah about this yesterday, he told me that it was up to Jeff. It is bad enough that management is not taking the appropiate action as far as the assault and battery is concerned. They are not taking this serious. My not being protected I feel is worse.

Thanks Tony.

>>>Anthony BOWDEN 06/07 8:13 am >>>

>

>>>"Tony Bowden" <abowden1214@verizon.net> 06/07 7:59 am >>>

## On June 6, 2005, you and I discussed me not attending any meetings where Elena Lopez would be present. In this meeting I explained to you that being in the presence of her causes me to have anxiety attacks and causes my stress level to elevate.

EXHIBIT 15
CA 05-2202

DEPOSITION EXHIBIT
Baxter #24
9-28-07  SD

Page 1 of 2

As part of my accommodation I requested not to attend meeting where she would be present due to her assault and battery against me.

Needless to say, I am not the only person whom she has assaulted. If it were I who assaulted someone, I would not be allowed to come to work until the investigation had been completed.