Wed, Jul 18, 2007 3:08 PM

**Subject:** Fwd: Arrest Warrant Review
**Date:** Tuesday, June 14, 2005 12:42 PM
**From:** BOWDEN, Anthony <BOWDENA@si.edu>
**To:** "McCready, Robert A." <MccreadyR@si.edu>
**Conversation:** Arrest Warrant Review

Dear Cpt. McCready,

I would like to request a copy of the original paperwork that was submitted to you from the US District Attorney which states that my complaint is not worthy of criminal intent.

Thank you for your cooperation and consideration.

Sincerely,

Anthony Bowden

>>>Robert Mc Cready 06/10 5:07 pm >>>
On 06-02-05 Your complaint was presented to US Attorney Tim Lucas as an request for an Arrest Warrant for Simple Assault.
Mr Lucas reviewed the request and all paperwork and have declined to issue a warrant. Stating not worthy of criminal prosecution no criminal intent.


