Date: 12/17/04
To: Tony Bowden
From: Jeff Baxter
Subject: Confirmation of Counseling

Tony, this is a follow up to our meeting with Chuck Fillah on 12/10/04, in which we discussed your conversation with Sherod Mangum and Grace Lopez, during which Elena Lopez later reported you made a loud comment that she found offensive in nature. During my investigation you told me that you had not made that alleged comment and both Grace Lopez and Sherod Mangum stated that they did not remember hearing that phrase.

This is to state that it was determined that there would be no further action on that report other then to remind all of the staff that we do work in an open office environment and that we need to be mindful of the content and volume of our conversation, including phone conversation.

In the 12/10/04 meeting, we also discussed the incident on 12/09/04, when you called Ms. Lopez a "crazy lady". This outburst in an open office area was witnessed by several staff including Chuck Fillah and another EO supervisor. This conduct is malicious and making vicious statements about another S.I. employee is inappropriate and will not be tolerated.

I view this misconduct seriously. This memorandum documents that you have been counseled on the severity of your misconduct and on proper workplace conduct. Future infraction will not be tolerated and may lead to disciplinary action.

If you believe that a personal problem has contributed to or caused your misconduct, please take advantage of the Smithsonian Institution's Employee Assistance Program (EAP). You may do this by contacting a counselor in the EMPLOYEE ASSISTANCE PROGRAM STAFF: Steve Neslen, 357-4646, neslest@hr.si.edu; Debbie Burney, 786-2858, burnede@hr.si.edu; Karen Howard, 786-2877, howarka@hr.si.edu. SI's Employee Assistance Office is located at: S. Dillon Ripley Center, Room : 3046A, MRC: 711; Telephone: (202) 357-3099: Hours: Monday - Friday 7:30am - 5:00pm. By contacting Karen Howard, you can also arrange to meet with her during her hours on-site at NZP.

They will maintain the confidentiality of any conversation you chose to have with them. If you ask to visit a counselor on work time, I will grant you administrative time for this purpose. The EAP provides initial counseling and referral to faculties geared to assist employees in resolving personal problems or health-related problems.

My decision to counsel you is final. You may respond to this memo in writing. Your response will be filed with this memo in our organization file. **This document and any response will NOT be filed in your Official Personnel Folder.**

EXHIBIT 17
CA 05-2202

EXHIBIT 68