# Smithsonian Institution

03SP-1309

Office of Human Resources

## Vacancy Announcement

24 HOUR DIAL-A-JOB: (202) 287-3102

AN EQUAL OPPORTUNITY EMPLOYER

**OPENING DATE:** August 18, 2003

**CLOSING DATE:** September 02, 2003

| POSITION TITLE/ SERIES AND GRADE | ORGANIZATION | ANNOUNCEMENT NUMBER |
|---|---|---|
| Supervisory Exhibits Specialist GS-1010-12 Salary: $58,070-$75,492 per annum | National Zoological Park Exhibits & Outreach Department | 03SP-1309 |

**DUTY LOCATION:** Washington, DC

**AREA OF CONSIDERATION:** All candidates may apply including individuals with a disability with eligibility under a special appointing authority and veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service. (If a competitive list of eligibles is requested, the applications of non-status candidates who meet the minimum qualification for the position will be referred to the Delegated Examining Unit (DEU) for consideration. Status candidates and candidates eligible under a special appointing authority, who wish to be rated under both merit placement and DEU's competitive procedures, must submit two complete applications. If only one application is received, it will be considered under the merit placement program.) The Smithsonian provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for the application/hiring process, please call (202) 275-1102 (voice) or (202) 275-1110 (TTY).

**NOTE:** THE PERSON SELECTED FOR THIS POSITION MAY BE SUBJECT TO AN 18-MONTH PROBATIONARY PRIOD FOR SUPERVISORS.

**DUTIES:** The incumbent is responsible for providing a variety of services in support of the Production Unit; monitors and inspects the Park and directs work to ensure its signs and exhibits are in excellent condition; evaluates and researches materials and methods as appropriate in exhibits; directs, plans, schedules the work performed by staff, establishes teams to implement projects, utilizes contractors, and other Zoo, or SI staff; directs, manages staff; develops and evaluates staff performance; attends and participates in regular supervisory-and management-level staff meetings; insures that supplies are well stocked and orders specialized supplies as needed as specific jobs; assures that all safety procedures are adhered to and that staff is well informed of requirements; serves as Project Manager and COTR on production, fabrication, installation, maintenance, and repair contracts; incumbent uses federal contracting procedures and guidelines, as well as commonly accepted project management principles; incumbent utilizes project management principles, practices, and procedures to plan and manage the Production Office; carries through product research, studies and reports for the Head of Design and Production, and on assigned projects; provides reports and documentation of decisions, schedules, budgets, meetings and discussions, contracts, negotiations, and other pertinent activities related duties as a project manager; maintains computerized work order system; performs other duties as needed.

**QUALIFICATIONS:** Applicants must have one year of specialized experience equivalent to the next lower grade level. Specialized experience: Experience in the actual type of work for which application is made. Unpaid experience is creditable, provided the work done was of a quality level and demonstrated the ability required for the position.



**Selective Factors:** *(Applicants must meet all of these mandatory requirements in order to be considered qualified to compete for a position.)*

1. Ability to manage and direct a diverse staff.
2. Skill in determining appropriate methods and materials for exhibit fabrication and upkeep.
3. Skill in estimating, budgeting, project management
4. Knowledge of competitive bid process and contracting procedures.

**Quality Ranking Factors:** *(These factors are not mandatory to be considered for a position, but will be used to determine who are the highest qualified candidates among those who meet the selective factors.)*

1. Skill supervising diverse exhibit specialist staff.
2. Skill in defining and determining quality workmanship, materials and methods for exhibit and graphic fabrication, manufacture, and installation, repair, maintenance.
3. Skill in managing complex projects, including tracking budgets, preparing estimates, etc.
4. Skill in administering and overseeing government contracts and directing contractors performance.
5. Skill using software tools such as excel, filemaker, and Quark.

**NOTE: RELOCATION EXPENSES MAY BE PAID AT THE DISCRETION OF THE SMITHSONIAN**

**How to Apply:**

1. The Smithsonian Institution does not require a standard application form, but we need certain information to evaluate your qualifications. You may apply using a resume, the Optional Application for Federal Employment, or any other written application form you choose, including an SF-171, Application for Federal Employment. See page 3 for further instructions. (Note: If you use an SF-171, do not answer questions 38-47. Job finalists will be asked to complete a Declaration for Federal Employment. The information on this form will be used to determine suitability for Federal employment and to authorize a background investigation, if required.)

2. Clearly describe in your resume or application your work experience, education and/or training as it relates to this vacancy. It is very important that you fully address how your work experience and education/training meet both the specialized experience requirement and the selective factors. This information will be used to determine whether or not you are qualified for this vacancy. Selective factors establish qualifications to be eligible to compete for the position. Quality Ranking Factors are not mandatory but are used to determine who are the highest qualified candidates among those eligible to compete for the position. Therefore, it is to your benefit to provide a full description of your experience, education/training relative to the job requirements of this vacancy.

3. **Current Federal employees** should submit a copy of their most recent annual performance appraisal and a copy of most recent complete SF-50.

Applications must be received by the closing date and may be submitted in the following ways:

**Mail:** Smithsonian Institution, Office of Human Resources, P. O. Box 50638, Washington, DC 20091.
**Fax:** 202-275-1114
**Hand Deliver or FEDEX:** 750 Ninth Street, N. W. Suite 6100, Washington, DC 20560.

To obtain information on the Federal Hiring Process, hear about other Smithsonian vacancies, or request vacancy announcements, an Optional Application for Federal Employment (OF-612), or an SF-171, call our automated Jobline on (202) 287-3102 (accessible 24 hours, 7 days a week).

For further information please call (202) 275-1117 (voice) or (202) 275-1110 (TTY).

Page 2, 03SP-1309