Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN, | * |
| Plaintiff, | * |
| | * |
| vs. | *  Civil Action No. |
| | *  05-2022 |
| LAWRENCE M. SMALL, | * |
| Secretary, Smithsonian | * |
| Institution, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The deposition of LYNN DOLNICK took place on Thursday, September 27, 2007, beginning at 10:20 a.m. at Federal District Attorney's Office, 501 North 3rd Street, 4th Floor, Washington, D.C., before Stacey L. Daywalt, Court Reporter.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Reported by:

Stacey L. Daywalt, Court Reporter


EXHIBIT 26
CA 05-2202

Al Betz & Associates, Inc.
www.albetzreporting.com

COPY

```
 1   APPEARANCES:

 2

 3      On behalf of the Plaintiff:

 4      STEVEN SILVERBERG, ESQUIRE

 5      900 17th Street, N.W.

 6      Suite 1250

 7      Washington, D.C. 20006

 8      (202) 785-8499 (Voice)

 9

10      On behalf of the Defendant:

11      MARK NEBEKER, ESQUIRE

12      Federal District Attorney's Office

13      501 3rd Street, N.W.

14      4th Floor

15      Washington, D.C. 20001

16

17

18

19

20

21
```

```
 1                P R O C E E D I N G
 2
 3   Whereupon --
 4                LYNN DOLNICK,
 5   a witness, called for examination, having been
 6   first duly sworn, was examined and testified
 7   as follows:
 8                EXAMINATION BY MR. SILVERBERG:
 9       Q.   Good morning, Miss Dolnick.  I'm Steve
10   Silverberg.  I'm the attorney for Anthony Bowden in
11   the case Bowden v. Smithsonian Institution.  Have
12   you ever been deposed before?
13       A.   No.
14       Q.   Well, I'm sure you talked to Mr. Nebeker
15   about it, but I'm going to be asking you a series
16   of questions.  I'd just ask you to answer them
17   truthfully.  If you don't know a question, an
18   answer, just say I don't know.  If you need a break
19   you can ask for a break, but not between me asking
20   the question -- after the answer is done you can
21   ask for a break.
```

1   Q.   When it wasn't part of exhibit specialist
2   on the first one?
3   A.   Those are different jobs.  That doesn't
4   make them different grades.
5   Q.   Why were both position descriptions given
6   to Mr. Bowden?  Why was he given two different
7   position descriptions?
8   A.   At two different times?  I don't know.
9   Q.   And in fact wasn't he even given other
10  position descriptions?
11  A.   I don't -- was his -- there was a desire,
12  because a number of these position descriptions
13  hadn't been rewritten in years to clarify duties.
14  And so, one of the things that Kathleen was doing
15  was working on rewriting position descriptions and
16  updating performance plans.
17  Q.   Was Mr. Bowden, quote, a leader, I mean
18  according to the technical term?  Was he acting as
19  leader?
20       MR. NEBEKER:  I'm going to object as
21  vague.

1  two of them, one dated August 18th, one closed
2  September 2nd for supervisor exhibit specialist.
3  The second one is opening January 9th, '04, closing
4  26th, '04, supervisor exhibit specialist. The
5  January '04 one announcement number 04 SP 1005.
6  The other one is 03 SP 1309. Is this the position
7  that Jeff Baxter was selected for?
8      A.   Yes.
9      Q.   Why are there two vacancy announcements?
10     A.   Because in the first one if you look at
11 the selective factors there's not enough about
12 production. And so, the people who were going
13 through the selective factors there was way too
14 much emphasis on managing. In fact, I would argue
15 that Tony's skills were much more suited to the
16 second one than the first one, but in specific we
17 wanted to be sure -- we weren't satisfied with the
18 candidates were getting because the selective
19 factors are not done by us. It's just the sieve
20 that personnel does, and those selective factors
21 were not selecting for people who were skilled in

1  production specifically, maintenance, installation

2  and fabrication of indoor and outdoor exhibits.

3  You see that's not in the first one.

4           (Dolnick Deposition Exhibit Number 32,

5  E-mail, for identification.)

6           BY MR. SILVERBERG:

7       Q.   This is an e-mail from you to Scarlitt

8  Proctor, quality ranking factors for, what is it?

9       A.   Supervisor production.

10      Q.   You revised seven selective factors?

11      A.   These are the quality ranking factors.

12 That's different from selective factors.

13      Q.   You revised seven of them?

14      A.   It's not revised.  It's reworded.

15      Q.   It says revised.  Your language, revised

16 as we discussed.

17      A.   I don't know that all seven of them were

18 revised.  We'd have to look and see.  I don't need

19 to go into how you do, what these are?

20      Q.   Did you revise the factors?

21           MR. NEBEKER:  Objection, vague.  You mean

```
1   each factor or any of the factors?
2           BY MR. SILVERBERG:
3       Q.  Any of the factors.
4       A.  Yes.
5       Q.  You did?
6       A.  Yes.
7       Q.  And it was revised -- this is dated
8   1/5/04.  The new announcement was dated
9   January 9th, '04.  So, they were revised in time
10  for the new announcement.  Isn't that true?
11      A.  Correct, and here they are.
12      Q.  Why were the factors revised?
13      A.  I told you, because the first
14  announcement did not emphasize production enough.
15  And so, we weren't rating and ranking the
16  candidates, we weren't getting the candidates that
17  had the qualifications.  There were designers,
18  there were contract managers who had never done
19  production were being rated highly in the first
20  cert.
21      Q.  Didn't Tony make the first?
```

1   A.   He made both certs.

2   Q.   He made both?

3   A.   Yeah.

4   Q.   And your rewriting them had nothing to do
5   with him making the cert?

6   A.   Absolutely not.

7   Q.   He made both certs?

8   A.   Well, in fact I'm going to qualify that
9   because -- correct me if I'm wrong, but my
10  understanding is that he automatically makes the
11  cert because he's federal. I can't remember.
12  There's two different certs. There's a cert of
13  nonfederal employees that you get and there's a
14  cert of federal employees and they're screened
15  differently, and my recollection is the federal
16  cert as I recall he did get. He was on both certs.

17  Q.   He was on both certs?

18  A.   I don't remember the first one, but I
19  know he was on the second one and he was
20  interviewed.

21  Q.   Do you know that during this process

1  true?

2          MR. NEBEKER:  Objection, vague.

3          THE DEPONENT:  I don't understand the
4  question.

5          BY MR. SILVERBERG:

6     Q.   You're saying that the rewrite arguably
7  suited him better than the original?

8     A.   Yes, but he made the cert on both cases.

9     Q.   Well, you're saying it was mandatory,
10 didn't you, that he be on the cert?

11    A.   No.  I'm saying there was a federal one
12 and another one.

13    Q.   But he was on both?

14    A.   I don't remember even if we got a cert on
15 the first one to be honest with you.

16    Q.   Why wasn't he hired if he was on both?

17    A.   Because a more qualified candidate was
18 hired.  That's the whole point of a cert.  You look
19 at the candidate.  You interview them.  You look at
20 their experience and you pick the most qualified.
21 You aren't obliged to pick all of them.

1    Q.   Do you have a list of candidates who made
2  the first cert for the job announcement?
3    A.   As I said, I don't even know if there was
4  a cert. I don't remember.
5        MR. SILVERBERG:  If there is we'd like
6  that.
7        THE DEPONENT:  I corrected myself.  I
8  don't know that.
9        BY MR. SILVERBERG:
10   Q.   Do you know that Mr. Bowden wrote a
11 Freedom of Information Act request asking about the
12 information concerning these job announcements and
13 selection process?
14   A.   No.
15   Q.   So, are you saying he made the cert for
16 the first announcement?
17   A.   I'm saying I don't remember if there even
18 was a cert.  I know we changed the position after
19 examining the, after seeing how the rating and
20 ranking factors were working.
21   Q.   Didn't you say Mr. Baxter was selected

1   because he had more skills as an expert dealing
2   with certain computer programs?
3       A.   Do you want me to go through all the
4   reasons he was selected?  Is that the question?
5       Q.   No.
6            MR. NEBEKER:  I'm going to object as
7   vague because I'm not certain what you're asking.
8            BY MR. SILVERBERG:
9       Q.   Didn't you say he was an expert in
10  dealing with certain computer programs?
11      A.   Did I say to what?
12      Q.   As a reason why he was selected.  Did you
13  say it to Tony -- I'll tell you specifically --
14  that Mr. Baxter was hired over him because he was
15  an expert in FileMaker and Quark?
16      A.   No.
17      Q.   You never said that?
18      A.   There were countless reasons he was
19  selected, and I'd be happy to enumerate them if
20  you'd like.
21      Q.   I hear you want to do that, but I'm not

```
 1   take on that responsibility?
 2        A.   Wasn't able?  No, it's not true.
 3        Q.   Was he still working, Mr. Bowden, with
 4   Capital Exhibits in April '04 with him being the
 5   COTR?
 6        A.   I don't remember when the project got
 7   done.  It was way behind schedule.
 8        Q.   How long did each interview -- did you
 9   interview the candidates for the supervisory
10   exhibit position?
11        A.   Yes.  There was a panel that did.
12        Q.   And you were the head of the panel?
13        A.   Yes.
14        Q.   There are, what, three people?
15        A.   I think it was three.  I can't remember.
16        Q.   Including you?
17        A.   Yes.
18        Q.   How many people were interviewed the
19   first time for the first announcement?
20        A.   I think none.
21        Q.   None were interviewed?
```

```
 1      A.    Right.
 2      Q.    Even though there may have been a cert?
 3      A.    Right.
 4      Q.    There can be a cert without interviews?
 5      A.    Sure.
 6      Q.    How many were interviewed the second
 7   time?
 8      A.    All the ones that made the cert.
 9      Q.    How many were that?
10      A.    I don't remember.
11      Q.    50?  10?  5?
12      A.    More along the line of five, six.
13      Q.    How long was each interview?
14      A.    I don't remember.
15      Q.    Was it approximately the same for each
16   person?
17      A.    I don't remember.
18      Q.    Was each person asked the same questions?
19      A.    Yes.  They were written.
20      Q.    Do you remember telling Mr. Bowden in his
21   interview that you already were aware of what he
```

1  was capable of?

2  A.  I remember saying Tony, we certainly know
3  you.

4  Q.  Are you aware his interview only lasted
5  10 to 15 minutes?  Do you remember that?

6  A.  I didn't keep a stopwatch.

7  Q.  Simple no would have done.  Did you have
8  a meeting, hold a meeting at around March 31st, '04
9  where you asked if anyone knew how to use the
10  FileMaker system, work order system, and no one
11  did?  Does that ring a bell?

12  A.  I don't remember.

13  Q.  Did Mr. Baxter have skills in FileMaker?

14  A.  I don't remember what specific file
15  management program he used.

16  Q.  Did you come to the conclusion that
17  Mr. Baxter had more production knowledge than
18  Mr. Bowden?

19  A.  Production knowledge?  Yes, in addition
20  to supervisory experience and budgeting, project
21  management.