1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY BOWDEN, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No.: |
| | * | 05-2022 |
| LAWRENCE M. SMALL, | * | |
| Secretary, Smithsonian | * | |
| Institution, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The deposition of MARY ROWKER TANNER called for oral examination by Counsel for Plaintiff pursuant to Notice on February 21, 2008, at the offices of Steven Silverberg, 900 17th Street, NW, Washington, D.C., before Oveda V. Hancock, a Notary Public in and for the District of Columbia, beginning at 1:11 p.m., when were present on behalf of the respective parties:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*



EXHIBIT 22
CA 05-2202
COPY

Al Betz & Associates, Inc.
www.albetzreporting.com

2

1   APPEARANCES:

2

3       ON BEHALF OF THE PLAINTIFF:

4       STEVEN SILVERBERG, ESQUIRE

5       900 Seventeenth Street, N.W.

6       Suite 1250

7       Washington, D.C. 20006

8       Telephone:  202.785.8499 (Voice)

9

10      ON BEHALF THE DEFENDANT:

11      MARK NEBEKER, ESQUIRE

12      Federal District Attorney's Office

13      501 Third Street, N.W.

14      Fourth Floor

15      Washington, D.C. 20001

16      Telephone:  703.299.5000

17

18

19

20

21

```
1    APPEARANCES (Continued):

2

3       MILDRED GLOVER, ESQUIRE

4       Associate General Counsel

5       Smithsonian Institution

6       Office of General Counsel

7       1000 Jefferson Drive, S.W.

8       Suite 302

9       Washington, D.C.

10      Telephone:  202.633.5097

11      Facsimile:  202.357.4310

12

13   ALSO PRESENT:

14      ANTHONY BOWDEN, PLAINTIFF

15

16

17

18

19

20

21
```

6

1        P R O C E E D I N G S

2

3   WHEREUPON --

4                MARY RAKOW TANNER,

5   a witness, called for examination, having been

6   first duly sworn, was examined and testified as

7   follows:

8                EXAMINATION BY MR. SILVERBERG

9                BY MR. SILVERBERG:

10       Q.   Could you state your full name for the

11   record, Ms. Tanner?

12       A.   Mary Rakow Tanner.

13       Q.   Where do you work, Ms. Tanner?

14       A.   National Zoo, Smithsonian Institution.

15       Q.   Have you ever been deposed before?

16       A.   Once before.

17       Q.   When was that?

18       A.   Probably in 1997, somewhere around there.

19       Q.   What case was that?

20       A.   It was the case of a woman who had not

21   been selected for a position when we abolished an

73

1    selected for this position.

2    Q.   But did he make it clear to you that
3    since he was acting head of production that
4    something would come out of it, that he would
5    eventually be promoted or something to that effect?

6    A.   No, I don't know that.  I don't know
7    about any supposed promises.

8    Q.   You know that there were two job
9    announcements for this position and one was
10   rescinded?

11   A.   Yes.

12        MR. NEBEKER:  Objection, misstates the
13   earlier testimony and it's vague.

14   Q.   (By Mr. Silverberg)  Do you know why it
15   was rescinded?

16   A.   No.  I did ask them.  They said that as
17   went through it they believed that there were
18   different selective factors that they should use.
19   We often change announcements.  And that's why I
20   wanted to make sure that they explained to staff
21   why they had made the changes and what they were

1  looking for so that everybody would understand.
2  It's not unusual to change them.
3      Q.  Are you aware plaintiff alleges that
4  between the time of the two announcements
5  Ms. Dolnick made the statement to him in November
6  '03 that he will never be a supervisor?
7      A.  I know he told me at some point that, or
8  it was part of the materials.
9      Q.  And what did you do in response to that?
10     A.  It was a statement, you know, part of
11 looking at the overall issues down there that
12 Mr. Beim would have been looking at.
13     Q.  But did you check it out?
14     A.  I don't recall when I learned that, so
15 I'm not sure of the sequence of events.  I don't
16 believe that it was part of the discussion that I
17 had with him in January '03.
18     Q.  Do you know he made the cert for both
19 announcements?
20     A.  No.  I don't see the certs.
21     Q.  Do you know Ms. Dolnick actually said to

## REPORTER'S CERTIFICATE

I, OVEDA V. HANCOCK, Notary Public for the District of Columbia, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me; that the testimony of the witness, the questions propounded, and all objections and statements made at the time of the deposition were recorded by me and were thereafter transcribed and that the foregoing is a true and correct transcript of my stenographic notes so taken. I further certify that I am not a relative or employee of any of the parties, nor financially interested in the action. I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and accurate. Dated this 5th day of March 2008.

_Oveda V. Hancock_
Oveda V. Hancock
Notary Public for the
District of Columbia

My Commission Expires:
June 29, 2008