*CANDIDATE #2*
*COMPLAINANT*

RECEIVED
OFC OF HUMAN RESOURCES

**Anthony Bowden**  2004 JAN 23  AM 8:58   **Vacancy Announcement**

RECEPTIONIST DESK
SMITHSONIAN INSTITUTION

January 26, 2004

Dear: Human Resources Representative,

I'm Interested in the Supervisory Exhibits Specialist GS-12 Position within the **Smithsonian Institute**, National Zoological Park, Exhibits & Outreach Department. Attached you will find the pertinent information required for me to apply for this vacancy announcement.

Sincerely,

*Anthony Bowden*

Anthony Bowden

EXHIBIT 23 CA05-2202

EXHIBIT 86 BOWDEN

Anthony **Bowden**
1415 D Street, N.E.
Washington, D.C. 20002
Business:     202-673-4724
Residence:   202-399-3999

Social Security Number:           ███████
Country of Citizenship:            United States
Veteran's Preference:              No
Highest Grade Held:                GS – 11
Service Comp Date:                 7-9-80
Availability Date:                 Open
Lowest Pay Acceptable:             12

Vacancy Information:

Announcement Number:    04SP-1005
Job Title:              Supervisory Exhibits Specialist
Grades (s) Applying for:   GS-1010-12

Objective:      To obtain a Supervisory Exhibit Specialist position within the National Zoological Park, Exhibits & Outreach Department, which will allow me to further utilize and enhance my expertise, skills and abilities for the operations of the Smithsonian Institution.

Work Experience:

Smithsonian Institution                          Date Employed:  4/99 to Present
National Zoological Park                         Salary:         $56,529.00 per year
Exhibits & Outreach Department                   Grade Level: GS 11 step 6
3001 Connecticut Avenue, N.W.                    Week: 40
Washington, D.C. 20008
Supervisor:  Kathleen Samiy, (202) 673-4919, Contact: Yes

*Exhibits Specialist – Project Leader*

Principle duties involve the inspection of the Exhibits Office elements, graphic element maintenance, time and management of assigned projects and tasks, electromechanical maintenance, safety and housekeeping, inventory and equipment maintenance, establishing customer relations, consulting with vendors in regards to materials and technologies needed for exhibits. Currently serve as acting Head of Productions, supervising (9) private contract vendors including exhibit staff employees. Collaborates with co-workers, higher-level officials and contractors to complete projects in a timely manner, ordering supplies and materials, along with other duties as required.

Anthony Bowden, p. 2

**Smithsonian Institution**  Date Employed: 8/90 to 4/99
**National Museum of Natural History**  Salary: $49,286.00 per year
**10th & Constitution Avenue, N.W.**  Grade Level: GS-11 step 4
**Washington, D.C. 20002**  Week 40
**Supervisor: Charles Noble, (202) 357-2762, Contact: Yes**

*Exhibit Specialist*

Responsibilities included cabinet making, finishing, installing panels, furniture and priceless artifacts with highly specialized tools. Utilized papier-mâché to cover burlap and build different exhibits decks and cabinets. Fabricated and finished exhibit cases, panels, special supports, model making, foregrounds and other exhibit components using various techniques and materials for public display. Utilized blueprints to determine how panels and cases should be built. Mixed different types of colors/paints such as lacquer, enamel, semi-gloss enamel, conversion varnish and Formica for application to walls and furniture.

**Smithsonian Institution**  Date Employed: 6/79 to 8/90
**National Museum of Natural History**  Salary: $19,760.00 per year
**10th & Constitution Avenue, N.W.**  Grade Level: WG-5 step 4
**Washington, D.C. 20002**  Week: 40
**Supervisor: Anthony Mack, (202) 357-2129,**  Contact: Yes

*Forklift Operator*

As forklift operator, I independently serviced power equipment, assembled and moved stock, exhibit components and artifacts for the Exhibit Department. Operated automatic and manual transmission forklifts (propane, electric, diesel or gasoline powered), which were capable of lifting loads weighing less than 10,000 pounds. Drove forklifts over wood, carpet, concrete and similar type floors in confined areas such as trucks, vans, and cars to unload museum specimens.

**Education:**
Theodore Roosevelt Senior High, June 1979
Washington, D.C.

**Technical Training Completed in the following areas:**
Contracting Officers Technical Representative Class (COTR)-2000, Environmental Safety-1998, Stress Management-1997, and Faux Finishing, Maryland Institute of Arts-1994. Fire Science and Photography – 1980 Montgomery College.

Anthony Bowden, p. 3

**Knowledge of Computer Software:**
Microsoft Word 97 through Word 2000, WordPerfect version 6.0 through 10, excel 97 and 2000, Microsoft PowerPoint, Quark, Filemaker, and Netscape.

**Awards:**
2003 Time-Off Award
2003 Outstanding Award
2002 Outstanding Award
2002 On the Spot Award
2001 Time Off Award
1999 Time-Off Award
1981 Special Achievement Award

**Reference:**
Brenda Ellis-General
Department of the Treasury/FMS
3700 East-West High, Room 6B21
Hyattsville, MD 20782
(202) 874-8933

Tammy Hester
Environmental Protection Agency
Washington, D.C.
(202) 723-2523

James Bland
Smithsonian Institution
National Museum of History
10th & Constitution Avenue, N.W.
Washington, D.C.
(202) 357-2129

*Supervisory Exhibits Specialist, GS -1010-12*
*Vacancy Announcement Number: 04SP-1005*

*Anthony Bowden*

**Ranking Factors:**

1. **Ability to supervise in support of EEO goals, executing and performance plans, evaluating performance and conduct of employees.**

As Acting Head of Production for over a year, I've gained experience in supervising co-workers and outside contractors. This included people with various ethnic backgrounds and skill levels. I've also had classes in diversity training, sexual harassment and stress management. In addition, I assisted in putting together a performance plan for out latest incumbent, Exhibit Specialist GS-7. I've also written a complete performance plan for Exhibit's temporary intern.

As Team Leader/Acting Head of Production, I provide leadership, direction and assistance to Exhibit staff members, several private contract vendors which include welders, scale personnel, Capital Exhibits, Pemier (signs organization) etc...along with troubleshooting any errors encountered during the preparation of signs, exhibit materials, construction, renovation, repair and maintenance of the Zoo's animal exhibits – both interior and exterior.

As a team member of the National Zoological Park Exhibits and Outreach Division, I have the responsibility of ensuring that objectives and deadlines are accomplished in a timely fashion with regards to the development and implementation of the production of Zoological Exhibits. Serving as a liaison to upper management and private contractors, I provide outstanding customer assistance that requires the establishment of effective oral and written communication with contractor representatives and staff members. This ensures the exhibit preparations are in compliance with the Smithsonian Institution, ADA rules and regulations.

While serving in the capacity of Acting Head of Production I also had to write up a Disciplinary Action on a staff member on behalf of my former Supervisor in his absence.

2. **Knowledge of government contracting that includes developing fabrication estimates, scopes of work, evaluating technical proposals and fees for best value, executing contracts, and scheduling and overseeing the work of fabrication contractors.**

I'm responsible for coordinating and overseeing the workflow of employees and contract vendors assigned to exhibits projects. I prepared the scope-of-work for the Audio Visual Department, the Renewal Signs for the lion and tiger exhibits, the animal ID signs and interactives in areas needing restoration within the Zoological

*Supervisory Exhibits Specialist, GS-1010-12*
*Vacancy Announcement Number: 04SP-1005*

*Anthony Bowden*

Park. I have also assisted with the determining the private contract vendor that was awarded the overall contract for the installation of the audiovisual components.

I have obtained a working knowledge of the competitive bid process and contracting procedures by utilizing the Smithsonian Institution policies, Exhibit Production procedures, along with utilizing the Contracting Officer Technical Representative (COTR) rules and regulations.

3. **Skill with interactive elements, such as fabrication, installation and maintenance of indoor and outdoor interactive exhibits, both electronic and mechanical, including assessing infrastructure requirements.**

As COTR over Capital Exhibits, I have the responsibility of assessing the infrastructure of various interactives. This includes electronics and mechanical for both interior and exterior use. As Team Leader in the Exhibit Office, I am required to install and maintain all interactive exhibits inside and outside. As an Exhibit Fabricator when I was employed with the National Museum of Natural History, I played a major role in building and fabricating The Life of the Ancient Sea, The Insect Zoo and the New Gem Hall. In addition, I've built modes for the Insect Zoo by using plastered cast materials to construct various objects.

4. **Skill in directing others in performance of maintenance, fabrication, and detailing of indoor and outdoor exhibits.**

As Acting Head of Production/Team Leader/COTR I provide leadership, direction and assistance to Exhibit staff members, several private contract vendors which include welders, scale personnel, Capital Exhibits, Pernier (signs organization) etc...along with troubleshooting any errors encountered during the preparation of signs, exhibit materials, construction, renovation, repair and maintenance of the Zoo's animal exhibits – both interior and exterior.

I have expert knowledge of fabrication through various projects completed such as The Ancient Sea, The Insect Zoo and The New Gem Hall located in the National Museum of Natural History, as well as projects at the Smithsonian's National Zoological Park such as Eagles and Panda House to name a few.

5. **Skill in developing and managing budgets using Filemaker, excel or similar software.**

I supply estimates for jobs that will be performed for the Production side of Exhibits out of the overall budget. I have obtained various software skills through hands-on

*Supervisory Exhibits Specialist, GS-1010-12*
*Vacancy Announcement Number: 04SP-1005*

*Anthony Bowden*

experience, while working closely with others in the department (Writers, Designers). The overall premise of most software use is the same. I have built on my current skill set, Windows, Word; I have also obtained some knowledge on Filemaker and Quark by working with others in my environment.

*Note: The overall budget is done by the Administrative Staff as a rule.

It would seem that these elements have been added to block me from obtaining this position. No manager in this Exhibit Department is required to supervise or manage Filemaker and Quark Express. This system is still being developed and is not yet operational.

6. **Skill with materials for high-visitation outdoor exhibits.**

On a daily basis, I continuously work with the Design Department, Audio Visual, Photography, Editors/Writers, Facilities, Curators, Animal Keepers, Upper Management and outside contractors to determine the appropriate methods and materials to use such as wood, plastic; aluminum, stainless steel, embedded materials from folia, silk screen, Gerber, UV screening, vinyl, back screening on plexiglass, non glare plexiglass, visual and fiberglass embedment, etc. for exhibit fabrication by determining if the exhibit is safe and complies with ADA standards for interior and/or exterior use. I also use scaled down drawings, sketches and blueprints to determine how an exhibit should be prepared for completion. As Safety Officer and Fire Officer for Exhibits and Outreach, I also monitor materials to be used prior to an exhibit going into production.

7. **Ability to manage and track graphic signs and files for the purposes of reprinting, using Filemaker and Quark Express.**

I have obtained various software skills through hands-on experience, while working closely with others in the department (Writers, Designers). The overall premise of most software use is the same. I have built on my current skill set, Windows, Word; I have also obtained some knowledge on Filemaker and Quark by working with others in my environment.

We have designers equipped to perform these tasks. No production personnel is required to use Quark Express nor are there any production supervisors required to manager Quark Express. This software is used by designers.

It would seem that these elements have been added to block me from obtaining this position. No manager in this Exhibit Department is required to supervise or manage

*Supervisory Exhibits Specialist, GS-1010-12*
*Vacancy Announcement Number: 04SP-1005*

*Anthony Bowden*

Filemaker and Quark Express. This system is still being developed and is not yet operational.

*Supervisory Exhibits Specialist, GS -1010-12*
*Vacancy Announcement Number: 04SP-1005*

*Anthony Bowden*

**Selective Factors:**

1. **Skill in maintenance, installation and fabrication of indoor, outdoor and interactive exhibits, both, electronic, mechanical, and print**

   I have served as an Exhibit Specialist for over 10 years and have acted in the capacity of Head of Production for more than a year. As such I have become a professional builder and finisher, my hands-on experience has given me expert knowledge in determining the quality of good workmanship. Good workmanship is done with upfront planning; quality materials, and safety in mind. As a professional, I determine which materials are needed for each job, based on environment and exhibit type. If the environment is exterior (outdoor), the materials will included UV protection to prevent fading, wood must be pressure treated, exterior paint or powder coated. Interior (indoor), the materials can be most any wood, interior paint, or sign materials. I also use Gerber, silk screen and Cam for print. My duties also include repairs and installations on electronic interactives and on Audio Visual components. Considerations are made as it regards to the safety of the animals people, electrical, moving parts, and if the exhibit is around water. Many considerations are made before an exhibit is production ready. I utilize blueprints, scale down drawings and sketches to assist in the manufacture and installation of exhibits. Repairs and maintenance are on-going in order to preserve exhibits and their presentation to visitors of the Zoo.

2. **Skill in budgeting, contracting and managing large and complex exhibit fabrication projects.**

   I have had several complex projects at one time, this means that I had to be multitasking. I created scopes of work where I had to communicate with various groups to gather needs requirements. Researched the cost of equipment needed for the fabrication shop, tracked the cost to make sure we stayed within budget and purchased equipment for the fabrication shop, worked with other Exhibit Specialist to set up equipment, ensure it was properly and safely installed to allow us to build cabinets and frames, do installations and make repairs. I oversee the work of other Exhibit Specialist and Interns as well as Contractors in addition repair monitoring as well as doing hands-on repair, maintenance and installation. I am responsible for doing cost based analysis to provide estimates to Upper Management for labor and material costs of various jobs needed at the Zoo.

3. **Ability to manage graphic production files using Filemaker and Quark express.**

   I have obtained various software skills through hands-on experience, while working closely with others in the department (Writers, Designers). The overall premise of most software use is the same. I have built on my current skill set, Windows, Word; I have also obtained some knowledge on Filemaker and Quark by working with others in my environment.

*Supervisory Exhibits Specialist, GS-1010-12*
*Vacancy Announcement Number: 04SP-1005*

*Anthony Bowden*

I feel that this element has been added to block me from obtaining this position. At present no manager in this Exhibit Department is required to supervise or manage Filemaker and Quark Express. This system is still being developed and is not yet operational.

4. **Skill in directing others in performance of maintenance, fabrication, and detailing of indoor and outdoor exhibits including contractors and staff.**

As COTR and Acting Head of Production, I oversee contractors and give direction of the work that needs to be completed. In addition I monitor the job to ensure that the work meets the standards of the Smithsonian Zoological Park rules and regulations pertaining to safety and ADA guidelines to fit the needs of the Exhibit and Outreach Division. I am also responsible for obtaining permits when necessary for various environmental needs.

As a Team Leader I work with people of various races, skills, and disciplines. I work with and oversee the work of interns, other Exhibit Specialist and have served as Project Leader on different task that involved Designers, Photographers, Exhibit Specialist and Writers. As Project Leader, I ensured that everyone stays on task in order to complete projects in a timely manner and within budget.