## Application Documentation Record

Page : 1

04SP-1005
Supervisory Exhibits Specialist
GS - 1010 - 12
    date:   01/09/2004  Closed date: 01/26/2004      From 01/23/2004 To 02/02/2004

| Q | NAME | 662 | ST | Non/ST | INELIGIBLE (reason) | Q | HQ | BQ | DEU |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | ▓▓▓▓▓▓▓ | X | ✓ | | | ✓ | | | |
| ✓ | BOWDEN, ANTHONY | | ✓ | | | ✓ | | | |
| ✓ | ▓▓▓▓▓▓▓ | | | ✓ | SF 1, 4 | | | | |
| | ▓▓▓▓▓▓▓ missing | | | | | | | | |
| ✓ | ▓▓▓▓▓▓▓ | | | ✓ | SF. 1 | | | | |
| ✓ | ▓▓▓▓▓▓▓ | | | ✓ | SF 1,3 | | | | |
| ✓ | ▓▓▓▓▓▓▓ | | ✓ | | | ✓ | | | |
| ✓ | ▓▓▓▓▓▓▓ | | | ✓ | | ✓ | | | |
| ✓ | ▓▓▓▓▓▓▓ | | | ✓ | SF 1,2,3,4 | ✓ | | | |
| ✓ | ▓▓▓▓▓▓▓ | | ✓ | | | | | | |
| ✓ | ▓▓▓▓▓▓▓ | | | ✓ | 1,2,3,4 | | | | |
| ✓ | ▓▓▓▓▓▓▓ | | | ✓ | 1,2,3,4 | | | | |
| ✓ | ▓▓▓▓▓▓▓ | X | ✓ | | | ✓ | | | |

TOTAL APPS :  13

2/5 Apps to Zoo

3/3/04 Panel

EXHIBIT 24
CA 05-2202

Q - Qualified    HQ - Highly Qualified
BQ - Best Qualified    ST - Status
Non/st - Non status    X - Post marked by closing date
** - Duplicate