# REFERRAL CERTIFICATE for FEDERAL POSITION
## Office of Human Resources

Date Issued: February 27, 2004
Supplement:
Amendment:

| POSITION: | ORGANIZATION: | ANNOUNCEMENT #: 04SP-1005 |
|---|---|---|
| Supervisory Exhibits Specialist GS-1010-12 Washington, DC | National Zoological Park Exhibits & Outreach Department | REQUEST #: |

Please see reverse for information and instructions about interviewing, obtaining references, making selections, and completing this form. If you have questions about this referral list or the selection process, please call: Scarlitt Proctor, OHR Specialist, Telephone: (202) 275-1008.

| NAME OF CANDIDATE | NAME OF Interviewer | DATE OF Interview | IN PERSON/ RESULTS By Phone |
|---|---|---|---|

**Status**



Bowden, Anthony — selected

\# Candidate with eligibility for Federal status consideration under the SI Merit Placement Program.

\* Non-status candidate whose eligibility must be certified by the SI Delegated Examining Unit (DEU) before selection may be finalized.

\*\* Non-status candidate whose eligibility must be certified by the SI DEU and who is entitled to veteran's preference. Unless you have valid objection to this candidate, s/he must be selected before any non-veteran non-status candidate.

Check one:
{✓} All candidates have been considered. I have selected the candidate(s) I believe best qualified for the position.
{ } All candidates have been considered and no selection made.

SIGNATURE of SELECTING OFFICIAL _____
DATE 4/15/04

EXHIBIT 25
CA 65-2002

OHR FORM rev 1427A 9/98