
S.S.#: ███


CANDIDATE #1
(SELECTEE)

| | |
|---|---|
| OBJECTIVE: | Exhibition Designer for a major art museum |
| SUMMARY: | More than eighteen years experience in planning, designing, and detailing for permanent and temporary exhibitions |

**PROFESSIONAL HISTORY:**

1/98 to 8/03     CLEVELAND MUSEUM OF ART; Cleveland, Ohio
<u>Head of Exhibition Design and Production</u>

- <u>Promoted to Department Head</u>

  Responsible for planning and designing permanent and temporary museum exhibitions, developing public spaces, prepare schedules and estimates, supervise and coordinate staff and outside contractors: Also coordinate and monitor construction of permanent and temporary exhibitions by contractors and in-house staff

- Develop original designs for exhibitions to display works of art that meet exhibition objectives, conservation requirements and Americans for Disabilities Act (ADA) guidelines

- Develop design and construction drawing packages, specifications, schedules and estimates for bid by contractors and for production of museum exhibitions by contractors and in-house staff

- Knowledge of Auto Cad R-14, R-2000, Word, Filemaker, Micro Projects; member of Museum Accessibility Committee

- Former Ohio representative for National Association for Museum Exhibitions (NAME)

6/97 to 12/97     CLEVELAND MUSEUM OF ART; Cleveland, Ohio
<u>Senior Exhibition Designer</u>

- Assist the Design Department Head in planning, designing and implementing permanent and temporary museum exhibitions, public areas, preparing schedules and estimates


EXHIBIT
26
CA 05-2202


EXHIBIT
87
BOWDEN
2-20-08

| | |
|---|---|
| 2/88 to 5/97 | Arthur M. Sackler Gallery & Freer Gallery of Asian Art<br>SMITHSONIAN INSTITUTE; Washington, D.C.<br><u>Design Detailer - Department of Design</u> |

- Assist the Design Department Head in planning, designing and implementing permanent and temporary museum exhibitions, public areas, prepare schedules and estimates

- Develop design and construction drawing packages, specifications, schedules and estimates for bid by contractors and for production of museum exhibitions by contractors and in-house staff

- Supervise the production of drawings by interns, contractors and staff members; also coordinate and monitor construction of permanent and temporary exhibitions by contractors and in-house staff

- Develop original designs for exhibition cases to display works of art that meet exhibition objectives, conservation requirements and ADA guidelines

| | |
|---|---|
| 1984 to 1988 | DESIGN AND PRODUCTION; Lorton, Virginia<br><u>Exhibit Detailer</u> |

- Produced detail drawing packages for interactive exhibits, trade shows, casework and millwork for a variety of clients (clients consisted of Epcot Center, Aramco Oil, Colonial Williamsburg, Defex Sa, Occidental Restaurant and others)

| | |
|---|---|
| OTHER SKILLS: | Prepare mounts for objects when necessary<br>Sculptor<br>Jewelry |
| EDUCATION: | California University; California, Pennsylvania<br>Sept. 1977 - May 1981<br>B.A. in Art with emphasis on Studio Art, Communications and Theater Arts |
| PERSONAL: | Birth Date: February 27, 1956<br>Married, two children<br>Willing to relocate |
| REFERENCES: | Available upon request |
| SALARY: | Negotiable |

Standard Schedule and Staff for Exhibitions
at the Cleveland Museum of Art

Special Exhibitions - North Gallery -- 8,000 sq. ft.
3 Major Exhibitions per year

Special Exhibitions - South Gallery -- 3,000 sq. ft.
4 Exhibitions per year

Photo Gallery (G-105)
5 Exhibitions per year

Photo Gallery (G-103/104)
4 Exhibitions per year

Object in Focus (G-201)
6 Rotations per year

Asian Galleries (G-113--122) -- 9,000 sq. ft.
4 Rotations per year

Permanent Galleries
Loans, rotations and maintenance of collection

Design, Production and Installation staff for the Cleveland Museum of Art consists of the following:

Director of Design and Architecture (1)

DESIGN:
(1) Head of Design and Production (Exhibition Designer),
(1) Graphic Designer, (2) Graphic Coordinators, (1) Lighting Designer

PRODUCTION:
(1) Finisher, (2) Cabinet Makers

INSTALLATION:
(9) Art installers/mount makers
TOTAL:    17 Exhibition staff members



# RESPONSES TO SELECTIVE FACTORS
# IN ADDITION TO THE ATTACHED RESUME

**Response to Selective Factor #1- Skill in Maintenance, Installation and Fabrication of Indoor, Outdoor and Interactive Exhibits, both Electronic, Mechanical, and Print:**

As an Exhibit Detailer at Design and Production and as a Designer/Detailer at the Freer and Sackler Galleries of Art, Smithsonian, it was my responsibility to design, detail, and coordinate indoor, outdoor, and interactive exhibits (both electronic, mechanical and print) for fabrication, installation and maintenance. As Head of Design and Production at the Cleveland Museum of Art, it was my responsibility to design, detail and supervise the fabrication/construction of exhibitions located in galleries and public spaces. This included producing construction drawing packages for demolition, new construction and finishing. It also included designing, detailing and supervision for the fabrication, installation and maintenance of all casework and the coordination of the installation and maintenance of exhibition interactives.

**Response to Selective Factor #2: Skill in Budgeting, Contracting and Managing Large and Complex Exhibit Fabrication Projects:**

As a Designer/Detailer at the Freer and Sackler Galleries of Art, Smithsonian, and as Head of Design and Production at the Cleveland Museum of Art, it was my responsibility to estimate costs for large and complex exhibition fabrication projects to produce contract documents for bidding and construction and to develop fabrication schedules to award contracts and to supervise/manage the fabrication of projects from start to completion.



### Response to Selective Factor #3: Ability to Manage Graphic Production Files Using Filemaker and Quark Express:

As Designer/Detailer at the Freer and Sackler Galleries of Art, Smithsonian, and as Head of Design and Production at the Cleveland Museum of Art, it was my responsibility to manage exhibition production files. Production-managing software with which I am familiar with are Excel, Filemaker, Auto Cad, Quark Express and others.

### Response to Selective Factor #4: Skill in Directing Others in Performance of Maintenance, Fabrication, and Detailing of Indoor and Outdoor Exhibits Including Contractors and Staff:

As an Exhibition Detailer at Design and Production, it was my responsibility to detail casework, interactive and site modifications and to coordinate their fabrication, installation and maintenance with in-house staff and contractors. As a Designer/Detailer at the Freer and Sackler Galleries of Art, Smithsonian, it was my responsibility to supervise the detailing, fabrication, installation and maintenance of casework, interactives and gallery modifications by in-house staff, other Smithsonian staff and contractors. As Head of Design and Production at the Cleveland Museum of Art, it was my responsibility to supervise the design, detailing, fabrication, installation and maintenance of casework, interactives and site modifications by in-house staff and contractors.



## RESPONSES TO QUALITY RANKING FACTORS
## IN ADDITION TO THE ATTACHED RESUME

**Response to Quality Ranking Factor #1: Ability to Supervise in Support of EEO Goals, Executing and Performance Plans, Evaluating Performance and Conduct of Employees:**

As a Designer/Detailer at the Freer and Sackler Galleries of Art, Smithsonian, it was my responsibility to supervise my staff in accordance with EEO goals, executing and performance plans, evaluating performance and conduct of employees. As Head of Design and Production at the Cleveland Museum of Art, it was my responsibility to supervise museum production staff in accordance with Federal, state and museum standards. This would include setting and executing performance plans with staff and evaluating performance and conduct within established standards of performance plans.

**Response to Quality Ranking Factor #2: Knowledge of Government Contracting That Includes Developing Fabrication Estimates, Scopes of Work, Evaluating Technical Proposals and Fees for Best Value, Executing Contracts, and Scheduling and Overseeing the Work of Fabrication Contractors:**

In my position as Designer/Detailer at the Freer and Sackler Galleries of Art, Smithsonian, it was my responsibility to evaluate and develop projects and exhibitions for government contracting. This would include developing the projects' scope of work, construction bid documents, fabrication/construction estimates, evaluating technical proposals, review contractors' bids for best value, executing contracts and schedules and overseeing work by contractors from award of contract to completion. In my position as Head of Design and Production at the Cleveland Museum of Art, it was my responsibility to evaluate and develop projects and exhibitions. This would include developing the projects' scope of work, construction bid documents, fabrication/construction estimates, evaluating technical proposals, review contractor bids for best value, executing contracts and schedules and overseeing work by contractors from award of contract to completion.



### Response to Quality Ranking Factor #3: Skill With Interactive Elements, Such As Fabrication, Installation and Maintenance of Indoor and Outdoor Interactive Exhibits, Both Electronic and Mechanical, Including Assessing Infrastructure Requirements:

As an Exhibit Detailer for Design and Production and as Designer/Detailer at the Freer and Sackler Galleries of Art, Smithsonian, it was my responsibility to design and detail interactive units for fabrication, installation and maintenance for both electronic and mechanical units. This would include assessing infrastructure requirements.

### Response to Quality Ranking Factor #4: Skill in Directing Others in Performance of Maintenance, Fabrication, and Detailing of Indoor and Outdoor Exhibits:

As an Exhibit Detailer for Design and Production and as a Designer/Detailer at the Freer and Sackler Galleries of Art, Smithsonian, it was my responsibility to design and detail interactives for fabrication. This would include the coordination and direction of others in the performance of detailing, fabrication and maintenance of interactives.

### Response to Quality Ranking Factor #5: Skill in Developing and Managing Budgets Using Filemaker, Excel or Similar Software:

As Designer/Detailer at the Freer and Sackler Galleries of Art, Smithsonian, and as Head of Design and Production at the Cleveland Museum of Art, it was my responsibility to develop, manage and track budgets for multiple projects using Filemaker and Excel.



Response to Quality Ranking Factor #6:  Skill With Materials for High Visitation Outdoor Exhibits:

As an Exhibit Detailer at Design and Production, Designer/Detailer at the Freer and Sackler Galleries of Art, Smithsonian, and as Head of Design and Production at the Cleveland Museum of Art, it was my responsibility to design, detail, and specify materials used in the fabrication for high visitation exhibits.

Response to Quality Ranking Factor #7:  Ability to Manage and Track Graphic Signs and Files for the Purposes of Reprinting, using Filemaker and Quark Express:

As a Designer/Detailer at the Freer and Sackler Galleries of Art, Smithsonian, and as Head of Design and Production at the Cleveland Museum of Art, I have the ability to manage and track production files for the purpose of re-use.  This would include Auto Cad, Filemaker and Quark Express.