

# SMITHSONIAN INSTITUTION

### REPORT OF INVESTIGATION IN THE COMPLAINT OF ANTHONY BOWDEN

### CASE NUMBER 04-16-080604

### VOLUME I – COPY 5

EXHIBIT
27
CA 05-2202

# SMITHSONIAN INSTITUTION
Report of investigation in the Complaint
of
Anthony Bowden
Case Number: 04-16-080604

## I. DESCRIPTION OF COMPLAINT

**Title, Grade and Location of Complainant's Position**
Exhibits Specialist, GS-1010-11
National Zoological Park
Exhibits and Outreach Department
3000 Connecticut Avenue, NW
Washington, DC 20008

**Complainant's Information**
Mr. Anthony Bowden
1415 D Street, NE
Washington, DC 20002
(202) 673-3999

**Complainant's Representative**
Mr. Steven J. Silverberg, Esq.
1819 L Street, NW, Suite 700
Washington, DC 20036
(202) 785-8499

**Name and Location of Agencies and Units Involved in the Complaint**
Smithsonian Institution
National Zoological Park
Exhibits and Outreach Department
3000 Connecticut Avenue, NW
Washington, DC 20008

**Failure of Action, Decision or Condition Giving Rise to the Complaint**
Mr. Anthony Bowden alleges that: (1) he has been subjected to discrimination which created a hostile work environment; (2) he was informed that he was not selected for the position of Supervisory Exhibits Specialist, Vacancy Announcement No. 04SO-1005; (3) he received a "Fully Successful" performance rating; and (4) his position description does not accurately reflect the number and level of the duties he performs.

### Kind of Discrimination Alleged

| | |
|---|---|
| Race: | African American |
| Color: | Black |
| Sex: | Male |
| Religion | Non-Jewish |
| Disability: | Mental (panic/anxiety disorder and depression) |
| Reprisal: | Previous EEO Complaint |

### Identity and Title of Officials Alleged to be Responsible for the Actions Giving Rise to the Complaint

Ms. Lynn Dolnick, Associate Director for Exhibits and Outreach (former)
Ms. Kathleen Samiy, Supervisory Graphic and Production Manager (former)
Ms. Mary Tanner, Deputy Director
Mr. Jeff Baxter, Supervisory Graphics and Production Manager

### Relief Sought by the Complainant

Mr. Bowden requests that this complaint be resolved with the following concessions:

1. "[A retroactive] promotion to Grade 12, with back pay and benefits to the date [Mr. Bowden] started working in a supervisory capacity and [performed] higher [grade] duties [or alternatively], ... retroactive to mid-April 2004...."

2. "Restoration of leave that [Mr. Bowden took] because of work-related stress."

3. "Restoration of leave that [Mr. Bowden] did not receive ...pursuant to the settlement agreement in [his] prior discrimination case, Anthony *Bowden* v. Ira *Mich Heyman*, Secretary, Smithsonian Institution, Civil Action No. 97-0505, JR (D.D.C., 1999)."

4. "Administrative leave ... for [the] time ... [Mr. Bowden took] for work-related stress."

5. A raise in Mr. Bowden's 2004 performance appraisal level from "Satisfactory" to "Outstanding."

6. A "transfer."

7. Granting of "all reasonable accommodations requests" related to [Mr. Bowden's disability].

8. "[Three Hundred Thousand Dollars] $300,000.00 in compensatory damages for pain and suffering caused by the Agency's discriminatory/retaliatory treatment of [Mr. Bowden]."

9. "All expenses incurred in this matter, including attorney's fees and costs [be paid by the Smithsonian Institution.]."

10. "All other relief as required in the interest of justice." **(Exhibit 5 and attachments)**

## II. DESCRIPTION OF INVESTIGATION

**Identity of Investigator:**
Mr. James S. Gee
500 Millrace Court
Capitol Heights, MD 20743-3424
(301) 350-6344

**Date Case was Received by the Investigator**
September 30, 2004

**Date Report of Investigation was Submitted to the Office of Equal Employment and Minority Affairs (OEEMA)**
January 18, 2005

## III. ISSUES ACCEPTED FOR INVESTIGATION

Whether the Complainant was subjected to discrimination based on race (African American), color (black), sex (male), religion (non-Jewish) and/or disability (mental) and/or reprisal, when the following took place:

A. From October 2003 to the present, Complainant has been subjected to discrimination which created a hostile work environment;

B. On April 22, 2004, Complainant was informed that he was not selected for the position of Supervisory Exhibits Specialist, Vacancy Announcement No. 04SO-1005;

C. In or around May 2004, Complainant received a "Fully Successful" performance rating; and

D. His position description does not accurately reflect the number and level of the duties he performs. **(Exhibit 3)**

## IV. INTRODUCTION

A. Mr. Bowden has been an employee of the Smithsonian Institution (SI) since 1979. When the incidents of this complaint occurred, Mr. Anthony Bowden was an Exhibits Specialist, GS-1010-11, at the National Zoological Park's Exhibits and Outreach Department. Mr. Bowden states—"I started working at the Zoological Park in April 1999. I was sent there pursuant to an agreement reached with the Agency settling a discrimination complaint filed in federal court. I was hired as an Exhibits Specialist, General, GS-11." **(Exhibit 5)**

When the events of the subject complaint occurred, Mr. Bowden's immediate supervisor was Ms. Kathleen Samiy, Supervisory Graphics and Production Manager and his second-level supervisor was Ms. Lynn Dolnick, Associate Director for Exhibits and Outreach. **(Exhibit 5)**

Subsequently, Ms. Samiy's employment at National Zoological Park (NZP) ended in March 2004 and her position was filled by Mr. Jeffery Baxter on June 1, 2004, who then became the Complainant's immediate supervisor. In August 2004, Ms. Lynn Dolnick's employment at the NZP also ended and Ms. Mary Tanner, Deputy Director, National Zoological Park became Mr. Bowden's second-level supervisor. **(Exhibits 5 and 7)**

The Complainant alleges—"In 2001 I was asked to take on the responsibilities of my... supervisor, Mr. Rick Hyder [white, male, religion unknown, now deceased], who was a Supervisory Exhibits Specialist, GS-12. ... I was required to continue to do the job of a supervisor after Mr. Hyder transferred to a different position. I applied for his [Mr. Hyder's] position in or about January [2002] ... [and] Kathleen Samiy was hired to replace [Mr. Hyder]." **(Exhibit 5)**

Mr. Bowden declares—"In September, 2002, I received a letter from Kathleen Samiy indicating that I was to be Acting Head of Production for 120 days. This responsibility lasted for over one and a half years... I was never compensated for the added responsibilities or promoted." **(Exhibit 5)**

Mr. Bowden states—"My responsibilities continually are above what I'm paid for. I've been given titles such as Exhibits Specialist/General, Exhibits Specialist/Leader, Head of Production and Project Manager.... I met with [Scarlitt] Proctor and Kathleen Samiy. Kathleen stated that it did not appear that I was working above my job level." To resolve the disagreement concerning Mr. Bowden's grade-level duties, Mr. Bowden and Ms. Samiy met with Ms. Scarlitt Proctor, SI's human resources specialist on or about June 25, 2003. **(Exhibit 5)**

Mr. Bowden says that he requested that a Desk Audit be conducted to determine if he was performing duties above his grade level and Ms. Samiy complied by ordering the audit. Mr. Bowden concludes that the Desk audit was conducted on October 17, 2003, and that the auditor "did not find that [Mr. Bowden's] grade should be higher." Mr. Bowden alleges that the auditor "did not include many of [Mr. Bowden's] duties in [the audit] report." **(Exhibit 5)**

Mr. Bowden alleges that he was harassed and subjected to a hostile work environment by Ms. Kathleen Samiy and Ms. Lynn Dolnick; that he told Ms. Mary Tanner, the Deputy Director, what was happening to him and that nothing was done to correct the situation and, that after his meeting with Ms. Tanner "the harassment only got worse." **(Exhibit 5)**

On December 3, 2003, Mr. Bowden's performance was rated "Fully Successful." Previously, Mr. Bowden's 2001 and 2002 performances were rated as "Outstanding." **(Exhibits 2 and 21)**

On January 9, 2004, Mr. Bowden applied for the Supervisory Exhibits Specialist, GS-1010-12 position posted under Vacancy Announcement No. 04SP-1005. Mr. Bowden was found to be eligible for selection however, Mr. Bowden he was not selected to fill the position. On April 15, 2004, Ms. Lynn Dolnick, the selecting official, selected Mr. Jeffery Baxter to fill the vacancy. **(Exhibits 5 and 24)**

B. On April 29, 2004, Mr. Bowden contacted Ms. Shadella Davis, SI's EEO Counselor and was initially interviewed on June 9, 2004. Attempts to resolve Mr. Bowden's complaint through the counseling process were unsuccessful. Thereafter, Ms. Davis issued the Notice of Right to File a Discrimination Complaint on July 22, 2004. On August 6, 2004, Mr. Bowden filed a formal Complaint of Discrimination. The complaint was accepted for investigation on September 3, 2004. **(Exhibits 1 - 3)**

## V. SURVEY OF THE GENERAL ENVIRONMENT

The National Zoological Park's Exhibits and Outreach Department (from June 2001 to June 2003) had an average staff of 33 employees, in a variety of positions including—Exhibits Specialist, Visual Information Specialist, Energy Equipment Operator, Program Specialist and Management Analyst. In 2001, there was a staff of 31 employees. In 2002 there were 30 employees and in 2003 the number of employees increased to 38. The bases of the subject complaint are: race, color, sex, religion, disability and reprisal. Exhibit 17 presents a staff profile for the Exhibits and Outreach Department from June 2001 to June 2003. Following is the distribution of the Exhibits and Outreach Department staff by race, sex and disability status, as of June 2003:

A. The racial composition of the Exhibits and Outreach Department staff was:
Caucasian -                24.0 or 77.0 percent
Asian -                    3.0 or 2.5 percent
African American -         11.0 or 16.0 percent
Hispanic -                 2.0 or 4.5 percent

B. The Exhibits and Outreach Department was composed of males and females in the following proportions:
Males -                    22.0 or 58.0 percent
Females -                  16.0 or 42.0 percent

C. The number of Exhibits and Outreach Department employees who were disabled was six:
Caucasian Male -           1
Caucasian Females -        2
African American Males     3

D. The agency was unable to provide information on the color and religion of Exhibits and Outreach Department employees. **(Exhibit 17)**

## VI. DISCUSSION AND ANALYSIS

A. Mr. Bowden alleges that he was discriminated against when: 1) he was subjected to discrimination which created a hostile work environment; 2) he was informed that he was not