EVALUATION STATEMENT

References:

(1) Position Classification Standard for the Exhibits Specialist Series, GS-1010, WCPS-2, August 2002.

(2) Grade Evaluation Guide for Visual Arts Work, WCPS-2, August 2002.

Series Determination:

The Exhibits Specialist Series, GS-1010, as described in Reference (1), includes positions which supervise or perform work involved in planning, constructing, installing, and operating exhibits, the preparation of gallery space for exhibits, the preservation of historic buildings, or the restoration or preparation of items to be exhibited. The work requires a combination of artistic abilities, technical knowledge and skills, and the ability to understand the subject matter concepts which assigned exhibits and projects are intended to convey.

The incumbent of this position performs specialized work in the area of construction, installation and repair of exhibits at the National Zoo. The work requires artistic ability, technical knowledge, and an understanding of the purposes of the various exhibits. This type of work belongs in the GS-1010 Series.

Background:

A request was submitted for a review of the position encumbered by Mr. Anthony Bowden in the Division of Exhibit Interpretation, National Zoological Park. His position is currently classified as an Exhibits Specialist, GS-1010-11. The request appears to have been based on Mr. Bowden's belief that he is performing higher level duties, that he is a supervisor, and that he has assumed duties previously performed by a higher level employee. The position was audited on 17 October 2003. A subsequent telephone conversation was held with Ms. Kathleen Samiy, the employee's supervisor, on 20 October 2003. The assistance and cooperation of Mr. Bowden and Ms. Samiy very much appreciated. The result of the audit and position evaluation did not result in a recommendation for a higher grade. Following is an evaluation of the position based on comparison with applicable position classification guidance.

Grade Level Determination:

Reference (1) directs the application of Reference (2) to determine the grade of positions in the GS-1010 Series. There are nine factors to consider.

Factor 1, Knowledge Required by the Position: Level 1-7, 1250 pts.
    At this level the work requires a knowledge of the subject matter area that is thorough enough to



EXHIBIT
28
LA 05-2202



EXHIBIT
88
BOWDEN
8-07-2

plan visual products that interpret subject matter content information provided with the assignment. Employees develop original designs, concepts, etc. for publications, exhibits or presentation materials. They transform spoken or written descriptions of items, processes, issues or events into visual representations, and perform other similar project work.

The incumbent of this position performs a variety of duties involved in planning, constructing, installing and repairing exhibits at the National Zoo. The employee applies a knowledge of the subject matter to be depicted in order to plan and lay-out the work in a manner that satisfies the requestor. The employee finalizes designs for exhibits based on preliminary discussions, rough sketches, models, or other information furnished by the requestor or the supervisor. The employee usually determines the size, materials, construction methods, etc. Projects are frequently of such scope that assistance of another specialist or contractors is required. The incumbent provides technical direction to one exhibits specialist on a part-time basis and performance evaluation information to the supervisor as requested. This is consistent with Level 1-7.

Factor 2, Supervisory Controls: Level 2-4, 450 pts.

At this level the supervisor provides broad objectives and resource limitations of the project.    The employee consults with the supervisor or client to develop specific ideas on the appearance and contents of the product (e.g., specific photos, illustrations, typography, color scheme, lighting effects, placement of artifacts, or number of views to be illustrated). The employee plans and carries out the work, solves most technical problems, and coordinates the work with others as needed. Completed work is evaluated in terms of effectiveness in meeting overall objectives.

The incumbent of this position receives assignments in terms of broad objectives and constraints. The employee consults with the supervisor, designers, conservators and other exhibit staff with regard to time and cost issues, object safety and security, scheduling and feasibility. The incumbent plans and completes assignments independently, solving problems as they arise and coordinates work with other team members. Level 2-4 is assigned.

Factor 3, Guidelines: Level 3-3, 275 pts.

At this level the subject matter is well-defined. Guidelines consist of previous examples, sketches to be followed, etc. The employee uses judgment to transform these ideas into the finished product.

The incumbent's guidelines are set by standard and accepted practices and through consultation with the supervisor, designers, curators and other specialists and professionals. The employee uses judgment in transforming ideas into finished products that achieve the desired effect. Level 3-3 is appropriate.

Factor 4, Complexity: Level 4-4, 225 pts.

At this level the work involves varied projects requiring the application of a wide range of methods, techniques, materials, or art media. The emphasis is on planning, research, and collaboration with persons knowledgeable in the subject matter to be depicted. The work requires decisions on how best to present the product.

This employee's work involves varied projects requiring the application of a wide range of methods, techniques and materials. The work requires decisions on how best to make a presentation. The incumbent is required to technically and creatively communicate exhibition design and subject concepts

and translate these into exhibition elements and components. Level 4-4 is warranted.

Factor 5, Scope and Effect: Level 5-3, 150 pts.

The purpose of the work at this level is to plan the details of developing a variety of conventional visual products. They are conventional in that similar products have been made in the past. The work supports the adequacy of activities such as public information, training, developing publications, etc.

The incumbent's work is to produce physical exhibits, signage, etc. for the National Zoo. The work is conventional in that there is no indication that there are novel or unusual aspects to the assignments. The work contributes to the effectiveness of zoological presentations. This is consistent with Level 5-3.

Factors 6 & 7, Personal Contacts and Purpose: 2b, 75 pts.

The incumbent has contacts with various Zoological personnel, personnel at other Museums, others outside the immediate organization, and with vendors, suppliers and contractors. These contacts are for the purpose of coordinating the work, clarifying requirements, etc. Level 2b is proper.

Factor 8, Physical Demands: Level 8-2, 20 pts.

The work requires some physical exertion, the ability to perform moderate lifting and moving heavy objects and components. Level 8-2 is appropriate.

Factor 9, Work Environment: Level 9-2, 20 pts.

The incumbent is exposed to noise, dust and fumes from power equipment and other sources and must use personal protective equipment. Level 9-2 is assigned. (Refer to the note in Factor 8, above.)

2465 points have been credited which is within the range for GS-11 (2355-2750).

Title Determination:

Reference (1) prescribes the title of Exhibits Specialist.

Conclusion:

This position is correctly classified as an Exhibits Specialist, GS-1010-11.

James Lewis
10-20-03

Note: This employee provides technical direction to one Exhibits Specialist, GS-7. The target grade for this position has not been determined at this time. However, another employee in the same organizational element also utilizes the services of this same employee in carrying out projects. Consequently, Mr. Bowden only directs the work of this employee on a part-time basis. There are no elements in the position occupied by Mr. Bowden that would support comparison with the General Schedule Supervisory Guide or with the General Schedule Leader Evaluation Guide. Sufficient credit

has been assigned in Factor 1 in the above evaluation for the type of direction that Mr. Bowden exercises over the employee who assists in carrying out certain projects.