Attached is an evaluation of the position, Exhibits Specialist, at the National Zoological Park (NZP), currently encumbered by Mr. Anthony Bowden. Based on a desk audit with the incumbent, Mr. Bowden, conducted by an outside contractor on October 17, 2003, and with supervisor, Ms. Kathleen Samiy, on October 20, 2003, we have found this position supportable at the grade 11 level.

As you will note, upon review of this report, the position was graded by comparison with the Office of Personnel Management Position Classification for Grade Evaluation Guide for Visual Arts Work. It is our judgment that the extent of Mr. Bowden's work in the areas of construction, installation and repair of the exhibits meet the criteria described at the 11 level.

EXHIBIT 30
CA 05-2302

EXHIBIT 39
BOWDEN