Wed, Jun 13, 2007 11:10 AM

**Subject:** Fwd: Bowden
**Date:** Sunday, December 28, 2003 2:50 PM
**From:** BOWDEN, Anthony <BOWDENA@si.edu>
**To:** "Tanner, Mary" <TannerM@si.edu>
**Conversation:** Bowden

This is a fraction of what I've been doing for over a year and a half.

---

**From:** Scarlitt Proctor <ProctorS@HR.si.edu>
**Date:** Tue, 28 Oct 2003 08:24:30 -0500
**To:** "BOWDEN, Anthony" <BOWDENA@si.edu>
**Subject:** Fwd: Bowden

FYI

>>> <MickeyLew@aol.com> 10/21/03 08:01AM >>>
Desk audit with incumbent done last Friday. Spoke by phone yesterday with the supervisor (not available Friday). Eval attached.

Jim


