November 6, 2003

Associate Director
Smithsonian National Zoological Park
Washington, DC

Dear Lynn Dolnick;

**RE: Desk Audit**

I am gravely concerned that the desk audit was not professionally done. Initially I was told by Mrs. Proctor that the desk audit should take roughly 2 hours. Yet the auditor only spent half an hour speaking with me and was not interested in the answers that I provided for the questionnaire I was given. I was shocked to learn that management did not clearly outline the duties that I have and am providing.

For the record I have completed COTR training. I have been acting Head of Production for more than a year. I maintain contact with customers, clients and vendors. I have acted in the capacity of the COTR, prepared scope of work, developed plans for day to day operations, trained other exhibit specialist, researched and ordered supplies, supervised exhibit specialist and interns, I have shown new approaches and ideas to exhibit staff, clients, customers and supervisors. Also, I take pride in maintaining the look and feel of the park, do installation repairs and maintenance of exhibit components, interactives, cabinets and signs. Collaborate with contractors, curators, and keepers.

In my performance plan Kathleen clearly commented on the things that I do outside of the scope of my current job description that she would like me to continue doing. Yet I'm stressed out by the fact that Kathleen believes that she is working within the system by omitting the actual details of what I do in the desk audit. My performance appraisals have been outstanding for the past two years, yet I'm not being compensated for my hard work. The desk audit was requested to show my worth to this organization and yet I'm being penalized because I'm seeking a promotion.

Below is a list of areas that were omitted from the desk audit:
- Lead projects
- Lead, direct and assist team members
- Supervise exhibit specialist/interns
- Develop plans as necessary to show other exhibit specialist, clients, customers and supervisors related approaches and ideas
- Write specs and communicate with outside contractors and Office of Facilities
- Prioritize work load
- Ensures that Exhibit staff member take on more independent responsibilities
- Acting Head of Production
- Organize, supervise production shop operations
- Monitor supplies and tools and place orders as needed

Page 1




- Investigate new materials and tools
- Attend meetings with Office of Facilities COTRs, vendors, contractors and customers
- Make final decision on which materials and methods are best used
- Ensure that installations comply with SI and ADA guidelines
- Leads installation and de-installation of signs, animal ID's, banners, graphics, information signs, and safety signs through out the park
- Directs exhibit specialist and others on proper installation, hanging and the placement of signs
- Proactively performs regular inspections
- Conflict resolution
- Develops positive relationships both inside and outside of the Zoo to meet the Zoo's intended results
- Research and locates appropriate vendors, contractors, creative staff, gathers competitive bids, evaluates proposals, makes recommendations for best selection
- Tracks contracts and purchase orders
- Input on exhibit specialist performance appraisal and performance plan
- Safety Officer for Exhibit Office ( hazardous waste removal, chemical data sheets)
- Fire Officer for Exhibit Office
- Prepare scope of work
- COTR
- Train exhibit specialist and interns
- Prepare sole source justification
- Wrote up disciplinary action
- Half of my work assignments are referred straight to me from various clients with-in the Zoo
- I make adaptations where errors in plans or specifications are noted or substitute materials to minimize waste without consultation
- Maintain contact with construction companies while demolition is being done by the Office of Facilities
- Follow projects through from conception to completion with other exhibit specialist and outside contractors
- Leads projects collaboratively with other exhibit staff
- Ensures that team is clear on manufacture direction and design direction and keeps them informed of progress
- Investigates, initiates and acts to update equipment and skills by attending workshops/classes
- Provide technical expertise to writer/editor/designers and photographers to determine materials, methods, best fabrication and method of installation when preparing designs
- Supervise contractors and vendors
- Organize and supervise production shop operations

Since the desk audit is based on a point system my score does not realistically describe my effort. By the desk audit being skewed it affects my opportunity for career advancement because in affect it makes my resume look untruthful. In photography and the editor/writer's office two

Page 2

white employees were promoted to GS-12 to lead their respective groups and I've worked very hard for the same opportunity yet I've been denied.

Kathleen met with me and Mrs. Proctor to discuss my performance plan. During the meeting she outlined the things I'm currently doing and she still wants me to do, however she has now stated that she has to rewrite the performance plan. At that time they realized all of the things I was doing that were outside of my job description. They asked if I would continue to perform my current duties, my response was yes if they would do a desk audit and compensate me based on equal work equal pay. Unfortunately, this has caused me stress and anxiety. I thought that by working hard and taking pride in my job I would be able to reach my career objectives, now it appears that is not the case. I feel that I'm being discriminated against.

After creating Scope of Work documents that I did not receive credit for, I'm still being tasked with being the COTR, leading outside contractors and vendors with repair and installation. I have also been asked to write other Scope of Work documents. I have no problem doing this or any job I'm requested to do, I simply want equal pay for equal work.

Sincerely

Anthony Bowden

Cc: Kathleen Samiy
Scarlett Proctor