PD# 46058

# FEDERAL POSITION DESCRIPTION COVER SHEET

| REASON FOR THIS POSITION | | | |
|---|---|---|---|
| 1. NEW | 2. IDENTICAL ADDITION TO THE ESTABLISHED PD NUMBER | 3. REPLACES PD NUMBER | |
| X | | | |

## RECOMMENDED

| 4. TITLE | 5. PAY PLAN | 6. SERIES | 7. GRADE |
|---|---|---|---|
| EXHIBITS SPECIALIST - | GS | 1001 | 11 |

| 8. WORKING TITLE (OPTIONAL) | 9. INCUMBENT (OPTIONAL) |
|---|---|
| | BOWDEN |

## OFFICIAL

**10. TITLE:** Exhibits Specialist (General)

| 11. PP | 12. SERIES | 13. FUNC | 14. GRADE | 15. DATE (MONTH/DAY/YEAR) | 16. I/A | 17. CLASSIFIER |
|---|---|---|---|---|---|---|
| GS | 1010 | | 11 | 03/19/04 | YES ☐  NO ☒ | Scarlett Proctor |

### 18. ORGANIZATIONAL STRUCTURE (AGENCY/BUREAU)

| | |
|---|---|
| 1st: Smithsonian Institution | 5th: |
| 2nd: National Zoological Park | 6th: |
| 3rd: Exhibits & Outreach Department | 7th: |
| 4th: | 8th: |

## SUPERVISOR'S CERTIFICATION

I certify that this is an accurate statement of the major duties and responsibilities of the position and its organizational relationships and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds and that false or misleading statements may constitute violations of such statute or their implementing regulations.

| 19. SUPERVISOR'S SIGNATURE | 20. DATE | 22. SECOND LEVEL SUPERVISOR'S SIGNATURE | 23. DATE |
|---|---|---|---|
| [signature] | 02/19/04 | [signature] | 02/19/04 |
| 21. SUPERVISOR'S NAME AND TITLE: KATHLEEN SAMIY, HEAD, DESIGN & PRODUCTION | | 24. SECOND LEVEL SUPERVISOR'S NAME AND TITLE: LYNN DOLNICK, ASSOC. DIRECTOR EXHIBITS & OUTREACH | |

## FACTOR EVALUATION SYSTEM

| FACTOR | 25. FLD/BMK | 26. POINTS | FACTOR | 25. FLD/BMK | 26. POINTS |
|---|---|---|---|---|---|
| 1. Knowledge Required | 1-7 | 1250 | 6. Personal Contacts | 2 | |
| 2. Supervisory Controls | 2-4 | 450 | 7. Purpose of Contacts | b | 75 |
| 3. Guidelines | 3-3 | 275 | 8. Physical Demands | 8-2 | 20 |
| 4. Complexity | 4-4 | 225 | 9. Work Environment | 9-2 | 20 |
| 5. Scope and Effect | 5-3 | 150 | 27. TOTAL POINTS | | 27. 2465 |
| | | | 28. GRADE | | 28. 11 |

RANGE (2355-2750)

## CLASSIFICATION CERTIFICATION

I certify that this position has been classified as required by Title 5, US Code, in conformance with standards published by the OPM or, if no published standard applies directly, consistently with the most applicable published standards.

| 29. SIGNATURE | 30. DATE |
|---|---|
| Scarlett Proctor | 03-19-04 |

**31. NAME AND TITLE:** SCARLETT A. PROCTOR, HR SPECIALIST

**32. REMARKS:** OPM PCS for Exhibits Specialist, GS-1010 (TS-103) DTD 08/91. PCS for Grade Evaluation Guide for Visual Arts Work (TS-103) DATED 11-91. NO KNOWN PROMOTION POTENTIAL

**33. OPM CERTIFICATION NUMBER**

EXHIBIT 34
C.A. 05-2202

Exhibit Specialist – General – GS 1010 - 11

Introduction

This position is located in the Production Unit of the Exhibits & Outreach Office, Smithsonian's National Zoological Park. This Office has the responsibility of developing exhibit interpretation, design, and production of indoor and outdoor animal exhibits. This office also leads and collaborates with many zoo offices to fulfill the Zoo mission: "Celebrate, study, and protect the diversity of animals and their habitats." The office works toward enhancing the visitor experience, unifying and expressing the Park and exhibit graphic identities (look and feel), and expand education messages of local and world-wide zoo science and conservation efforts.

The Production Unit has the responsibility to perform maintenance, repair, renovation, and installation of exhibit graphics: animal and plant identifications, sign series, banners, exhibit inter-actives (mechanical and electronic), emergency, safety, building, parking, concessions, traffic and visitor way-finding signs. The unit also has the responsibility to produce, or make, temporary and emergency signs, FONZ event graphics, and temporary exhibit graphics. The unit also collaborates with Zoo curators and keepers, and on-site SI Facilities Maintenance staff (OFEO) to coordinate the renovation of some exhibits–this zoo staff collaboration includes zoo painters, welders, electricians, contractors, and project managers. Other duties and responsibilities of the unit include: reporting, record keeping and inventory, product and material research, purchasing of materials and supplies, evaluation of vendor bids and services. Administration of the work to be done includes: determination of best methods, materials, vendors, services, and equipment and tools used to build, make, produce, fabricate, repair, maintain, install exhibits and their components, including carpentry, finishing, structures, substrates, electronics, mechanical components, and welding.

Under the supervision of the Head Design and Production, and the Production Manager, the incumbent performs specific tasks to make, install, repair, maintain, research, purchase, update sign, exhibit, and graphic inventories, and/or coordinate work assignments. Assignments also include directing or overseeing contractors, vendors, or fabricators engaged in fulfilling exhibit work, such as sign printing, sign or frame making, preparation of exhibit devices, carpentry, detailing, construction, welding, inter-actives—mechanical and electronic, and renovation of the Zoo's animal exhibits-interior and exterior. New requirements and responsibilities are developing and a wider diversity of production requirements are anticipated, as the Zoo undergoes renewal. To meet this requirement, the Production Division may undergo organizational and physical growth.

Major Duties

As a member of the Production Unit, Exhibits & Outreach Department, Smithsonian's National Zoological Park, under the general direction and supervision of the Head of Design & Production, and Production Manager. The incumbent participates with complete technical independence to solve production problems, make, install, repair,

maintain, prepare, hang, and implement assigned exhibit production tasks. Tasks include research of best methods and materials, ordering and cut-lists of supplies and materials, maintaining inventory of signs and graphics, installing signs, repairing inter-actives (mechanical and electronic), and exhibit graphics production. Requirements include: carpentry skills, dexterity with hand tools; assembly of signs, vinyl, frames, sign structures, and; use of drills, equipment, solvents, paint for touch-up and repairs; banner application and assembly; maintain equipment, materials and parts; sign, graphics, equipment inventory; and set up of Production Shop work areas.

Day to day work includes: sign installations; repair of exhibit graphics; preparing digital art and files for reprinting and fabrication; layout and application of vinyl sign graphics; lamination application; lifting, moving and installing signs, banners, exhibit interactives; coordination with vendors or suppliers. Preparation includes adhering to zoo exhibit quality standards, precise specification and attention to details and finishing; accurate cutting lists of materials needed such as wood, plastics, metal, glass, etc. in the production and fabrication of exhibit components, identification labels and their installation on site. Requires innovative approaches, appropriate research, and techniques to accommodate animal needs, environmental conditions, and the production and upkeep of the visual part of the Zoo's visitor's experience. Must have expert skills in the areas of production such as computer signmaker, digital art file record keeping, panel fabrication and other related areas of exhibit production to assure the quality and high standards of "museum-quality" exhibits production.

Duties also include: reading and following design instructions and drawings, collaboration with Zoo and Exhibit office colleagues engaged in selecting sign and graphic locations, design styles, look and feel of the exhibits, and exhibit graphic design. Duties require—Coordination and collaboration with other Exhibits Specialists assigned to the project; or,- leading other production staff in a task or series of tasks to complete a production project. Teamwork, coordination, planning, scheduling, recording, and preparation of tasks, milestones, results, specifications, scopes of work, purchasing requirements for production materials, parts, vendors, fabricators is a requirement of this position. Other duties as assigned.

**Factors**

### 1. Knowledge Required by the Position:

Must have excellent working knowledge of the operational, detailing, mechanical, computer, technical and hand-skills required for exhibit production. Must have hands-on knowledge to repair exhibits, knowledge of museum-quality standards of exhibit production, knowledge of inner-workings of exhibit inter-actives (mechanical and electronic) and knowledge of the processes and procedures to fabricate and install exhibits-indoors and outdoors. Knowledge of all phases of exhibit production, planning, production and installation, and the methods and materials appropriate to execute museum-quality workmanship. Ability to juggle priorities, keep projects on task, hold

vendors accountable, meet and adjust production timetables and schedules, follow up and follow-through to bring closure to tasks, projects, and work assignments.

Ability to solve problems, adapt to differing project criteria, research appropriate solutions to challenging animal exhibit situations. Ability to develop and produce projects for exhibits from verbal instruction, drawings and blueprints. Must have expert knowledge required for building, constructing, and decorating animal exhibits and natural habitats. Must possess expert knowledge of the wide diversity of exhibits, and graphics production and fabrication techniques, processes and materials, mounting, hanging, and display methods and materials. Must have working knowledge of the use of exhibits materials and the various tools required to work them. Ability and knowledge to maintains the Exhibit Office vehicles (3) used for hauling, moving, transporting exhibits, signs, or production related materials.

Incumbent must possess working knowledge to direct, train, oversee, coordinate and evaluate the work of exhibit production personnel (of lower grade), contractors hired to facilitate work assigned, vendors providing services to the production group, production specialists assigned to give advise or expertise. Must possess the ability to work cooperatively with contractors, curators, designers, supervisors and other staff members. Needs working knowledge required for advising supervisor in the areas of personnel dispositions, evaluations and resolution of employee problems.

## 2. Supervisory Controls

Assignments are given by the Supervisor, Head Design & Production, or Production Manager, Exhibits & Outreach Department, in the form of either written or oral directions, sometimes accompanied by drawings, blueprints or sketches of the desired end product. Quality standards, techniques, as well as efficiency in production are set by supervisors, jointly established based on criteria for each assignment, or based on pre-determined Exhibit Office standards of production and fabrication. Assignments are also received in the form of email, work orders, via a production record keeping software, or from curators and keepers, and other zoo staff—with the approval of the supervisor—and instructions and criteria for production. All work is performed in accordance with S.I. Policies and exhibit production procedures and best practices, Zoo and SI safety standards. Incumbent works with complete technical independence, processes, methods, and materials, are generally left to the discretion of the incumbent. Assignments require initiative, innovative approaches and techniques, inter-personal and problem solving skills. Responsible for coordinating and overseeing the work of other exhibits specialists assigned to the project, including vendors and contractors assigned to assist in production and fabrication. The incumbent is responsible to take initiative, follow through, meet the deadlines, coordinate and facilitate assignments, juggle priorities, keep abreast of multiple assignments, prepare weekly reports/lists of tasks assigned and completed. Critical stages of work are reviewed by the supervisor for approval, adequacy and timeliness of results obtained.

## 3. Guidelines

Guidelines include S.I. Policies, Exhibit Production Procedures, where applicable. Incumbent can make adaptations where errors in plans or specifications are noted or substitute materials to minimize waster after proper consultation with Supervisor, Graphics & Production, Exhibits & Outreach.

### 4. Complexity

Assignments cover a wide range of production shop functions and differing product criteria: from the operation of a sign making equipment, to wood working, lifting and moving of exhibit graphics, to zoo graphics, sign, and exhibit interactive installations and repairs. Installation of completed work in the Park may range from, installing sign frames, mounting, affixing vinyl sign graphics and lettering to sign blanks, mounting posts in concrete, assembling sign structures, affixing plexiglas exhibit cases and cabinetry to metal platforms or walls. Incumbent works with technical independence on the preparation of exhibits for exotic, live animal collections. Requires innovative approaches and techniques, problem solving, to accommodate unique exhibit, and animal needs and environmental conditions. As tasked, is responsible for coordinating and overseeing the work of other exhibit specialists assigned to the project. Coordinates and facilitates work in conjunction with the Smithsonian's Office of Facilities Management (OFEO) Shop Units, and Project Management Division; Animal Programs; and FONZ to facilitate and collaborate on overlapping projects to promote prompt and accurate exhibits production. Maintains the Exhibit Office vehicles (3) used for hauling, moving, transporting exhibits, signs, or production related materials.

Maintains a follow up reporting system of assignments (in Filemaker software) reports to supervisors in verbal and written form, and follows up with "zoo clients." Insures timeliness is achieved, milestones met, and priorities established, and completion of projects and tasks for zoo renewal results. Tasks and assignment should be on schedule and must discuss delays and problems with the supervisor, and takes action to expedite production, and helps find solutions to problems or complexities encountered.

### 5. Scope and Effect

Responsible to collaborate, communicate, and team up with Exhibit staff assigned to like projects or tasks, and work to find collaborative solutions, while meeting deadlines and project criteria. Responsible for coordination and follow up with team, zoo keepers and curators, zoo staff in collaborating departments and divisions of which work is collaborative. Oversees the work of junior exhibit specialists assigned to like tasks in the Exhibits Production Unit. Maintain the quality of the exhibit structures and exhibit components used to display the NZP's valuable specimens to their best advantage and to ensure performance and artistic standards as required by the supervisor. The work contributes to the overall visual impact of the zoo and its image to the visiting public.

### 6. Personal Contacts

Contacts are with the Supervisor Design & Production, or Production Manager, co-workers, and OFEO staff members, FONZ personnel, Animal Programs staff, as well as members of other NZP offices. Contacts extend to production vendors and fabricators engaged by the Exhibit Production Unit to print, build, fabricate, repair signs, exhibits, graphics, interactives. Assists Exhibits & Outreach in the training of new employees (volunteers, fonz trainees, junior staff) in procedures, methods, processes, production standards for Zoo exhibit production unit. Demonstrates quality standards of production by demonstrating the various processes and explaining all standard operational policies when required by the supervisor. Represents Exhibits & Outreach at meetings, seminars and on all phases of exhibits production and personnel as assigned by the supervisor, Graphics and Production, Exhibits & Outreach.

### 7. Purpose of Contacts

Contacts are made to coordinate and receive assignments, assure timely completions of assignments and receive information about the desired production methods of exhibits items in NZP buildings and public areas, to assure a wide range of production preparations in the construction of high quality exhibits. Meets with the supervisor, Graphics and Production, to report on production schedules and the completion of exhibits and areas. Contacts with similar interest groups to keep current with new technology and innovative procedures.

### 8. Physical Demands

Works in tiring positions for prolonged periods requiring frequent standing, bending, stooping, crouching and arm movement. Frequently lifts and carries items weighing up to approximately 45 pounds and may lift heavier items with assistance. Drives Exhibits & Outreach vehicles as needed.

### 9. Work Environment

Work is conducted in the NZP buildings, grounds, halls, offices, graphics lab, fabrication shop, production area, and own office/work area. Wearing of safety glasses and respirators is enforced. Observing and enforcing of the safety rules as stated in the Federal Safety Standard is required.