Mon, Jul 16, 2007  4:05 PM

**Subject: Re Desk Audit**
**Date:** Wednesday, November 12, 2003 10:02 AM
**From:** BOWDEN, Anthony <BOWDENA@si.edu>
**To:** <DOLNICKL@OM.NZP>
**Conversation:** Re Desk Audit

Hi Lynn

I do not think that it would be a good idea or fair for me to have to do the desk audit all over again. I feel that I have given the auditor all of the info that was needed for him to make a clear and accurate assessment of what my job is. However, due to false info that was given to him by management the audit was not fact-based.

    We need to talk.

