

U.S. Department of Justice

United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St. N.W.
Washington, D.C. 20001

August 27, 1999

Alan Banov, Esq.
Alan Banov and Associates
1899 L Street, N.W., Suite 1250
Washington, D.C. 20036-3805
FAX: 822-6392

       Re: <u>Bowden v. Heyman</u>
           Civil Action No. 97-0545 (JR) (D.D.C.)

Dear Mr. Banov:

    This is a follow-up to the conversation with your office this week regarding your letter of August 19, 1999, which was not received in our office until August 23, 1999 (only page 2 of the letter came through via fax). In any event, as I advised your associate, your letter has been forwarded to the client for consideration.

    As I mentioned in the conversation with Maria Morocco, with regard to the payment for the three days' suspension, as noted on the enclosed tracking form, this was processed in Mr. Bowden's regular pay check via the usual electronic transfer of his pay. The amount of net pay was $294.87 for restoration of 27 hours. Please have your client look at his pay stubs for pay periods 14, 15 and, possibly, 16. This should resolve this matter.

    With regard to the matter of leave restoration, as we previously stated, the chart that has been provided does not provide "objective" evidence sufficient to restore the leave requested. You had asked whether the Smithsonian had any dispute as to certain portions of the total amount of leave sought, i.e., those portions of leave taken identified on the chart as being to attend a doctor's appointment. I have attempted to obtain a response within the two days you requested, between Wednesday and today. Unfortunately, due to summer vacations, the appropriate personnel are out. We are unable to respond until their return. We will respond as soon as I am able to meet with them on this matter.



EXHIBIT 38
CA 05-2202

This should clarify the outstanding matters we discussed. Should you have any questions, please call me at 202/305-4742.

Sincerely,

WILMA A. LEWIS
United States Attorney

By: DARIA J. ZANE
Assistant United States Attorney

cc: James D. Douglas, Esq.
357-4310

- 2 -