**From:** Lynn Dolnick
**To:** Anthony BOWDEN
**Date:** 8/28/03 4:32PM
**Subject:** reply to your memo

Hi Tony,

This is in reply to your memo about Vacancy Announcement 03SP-1309.

We have no notes regarding applicants or resumes because the applications go to OHR, not to me or Kathleen. The position has not closed so I have not seen who applied for it.

Scarlitt will be in touch with you regarding your request for other vacancy announcements and position descriptions.

And as for your question about the requirement for Quark Express, Microsoft Excel and Filemaker Pro, briefly, Quark express is the program that is used in the digital files that we print. Thus this position requires familiarity with it in order to reprint existing signs and to ensure that the archived digital files are complete - two functions that will be the responsibility of Production. Excel is the program that we use for tracking many of our reports and budgets, and Filemaker is the program we will be using to track our work orders. We will be implementing that very soon.

I understand from Scarlitt, that as of her last report you have not applied for the position, and I encourage you to do so, since you have expressed an interest in it.

Lynn

Lynn Dolnick
Exhibits and Outreach
National Zoo
3001 Connecticut Ave
Washington, DC 20008

202 673.4863
fax 202 673.4892
dolnickl@nzp.si.edu

**CC:** Kathleen Samiy;  Scarlitt Proctor



EXHIBIT 40
CA 05-2202

Bowden
EXHIBIT NO. 18
CJB 12/4/07