UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ANTHONY BOWDEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2202 (RBW) |
| | ) | |
| **CRISTIAN SAMPER,** | ) | |
| **ACTING SECRETARY,** | ) | |
| **SMITHSONIAN INSTITUTION,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION FOR
ENLARGEMENT OF TIME TO FILE OPPOSITION
TO DEFENDANT'S DISPOSITIVE MOTION**

COMES NOW the Plaintiff, Anthony Bowden, by and through his attorney, Steven J. Silverberg, and hereby moves pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), and Local Rule 7 of the United States District Court for the District of Columbia, for an enlargement of time to file his Opposition to Defendant's dispositive motion.  Attorney for Defendant, Assistant United States Attorney W. Mark Nebeker, consents to this Motion.  Plaintiff's Opposition is currently due on June 2, 2008.

1. Defendant filed his Motion for Judgment on the Pleadings on or in the Alternative for Summary Judgment on April 17, 2008.  The Memorandum in Support of the Motion is 45 pages long and the Statement of Material Facts as to Which There is no

Genuine Dispute is 18 pages long.   Defendant filed 41 exhibits to his Motion on April 23, 2008.

    2.    This is a very complex case involving two amended court complaints, five Equal Employment Opportunity complaints, and six deposition witnesses.   Thus , it is taking a long time to write the Opposition to Defendant's Motion.

    3..    Attorney for Plaintiff has been extremely busy.   In addition to his work schedule, Attorney for Plaintiff has had difficulties with his 16 year old son.   Because of behavioral problems, Attorney for Plaintiff's son resided in a therapeutic residential school from July 2005 to July 2007.   He has lived home since July 2007 and goes to a special school.   Unfortunately, he has presented many behavioral problems, particularly recently, which has consumed much of Attorney for Plaintiff's time and energy.

    4.    Plaintiff now requests that the time to file his Opposition to Defendant's Motion be extended for 30 days, from June 2, 2008 until July 2, 2008.   He also respectfully requests that the time for Defendant to file his Reply to Plaintiff's Opposition also be extended for 30 days, from June 24, 2008 to July 24, 2008.   This schedule will not interfere with the scheduling in this case as the next scheduled event in this case is a pretrial conference set for October 1, 2008.   No trial date has yet been set in this case.

    5.    Pursuant to LCvR 7(m), Attorney for Plaintiff has contacted Attorney for Defendant, Assistant United States Attorney W. Mark Nebeker, and he has indicated that he consents to this Motion.

6. This is Plaintiff's first motion to extend the time in which to file his Opposition to Defendant's Dispositive Motion. Defendant has filed six motions to enlarge the time that he has to file a dispositive motion. All of these motions have been consented to or were unopposed by Plaintiff.

WHEREFORE, Plaintiff prays that his Consent Motion for Enlargement of Time to file his Opposition to Defendant's Dispositive Motion be granted, and that the time to file his Opposition be extended until July 2, 2008, and the time to file any reply thereto be extended until July 24, 2008.

Respectfully submitted,

May 20, 2008

/s/
_____
Steven J. Silverberg
D.C. Bar # 377376
Attorney for Plaintiff
900 17th Street N.W.
Suite 1250
Washington, D.C. 20006
Tel: (202) 785-8499
Fax: (202) 785-8470
E-Mail: sjsilverberg@erols.com

# CERTIFICATE OF SERVICE

    I hereby certify that service to counsel for Defendant of the foregoing Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Dispositive Motion, Points and Authorities and proposed Order, has been made through the Court's electronic transmission facilities on this 20th day of May, 2008.

Respectfully submitted,

/s/

_____

Steven J. Silverberg

D.C. Bar # 377376
Attorney for Plaintiff
900 17th Street N.W.
Suite 1250
Washington, D.C. 20006
Tel: (202) 785-8499
Fax: (202) 785-8470
E-Mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2202 (RBW) |
| ) | |
| **CRISTIAN SAMPER,** ) | |
| **ACTING SECRETARY,**   ) | |
| **SMITHSONIAN INSTITUTION,** ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFF'S CONSENT MOTION
FOR ENLARGEMENT OF TIME TO FILE
<u>OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION</u>**

1. Federal Rules of Civil Procedure 6(b) and 7(b).

2. LCvR 7 of the United States District Court for the District of   Columbia.

3. The inherent power of this Court.

4. The record herein.

                          Respectfully submitted,

                          /s/
May 20, 2007               _____
                        Steven J. Silverberg
                        D.C. Bar # 377376
                        Attorney for Plaintiff
                        900 17th Street N.W., Suite 1250
      Washington, D.C. 20006                  Tel: (202) 785-8499
                        Fax: (202) 785-8470
                        E-Mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CRISTIAN SAMPER,** )<br>**ACTING SECRETARY,** )<br>**SMITHSONIAN INSTITUTION,** )<br>)<br>**Defendant.** ) | Civil Action No. 05-2202 (RBW) |

## **ORDER**

This matter having come before the Court on Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Dispositive Motion, it is by the United States District Court for the District of Columbia, on this _____ day of May, 2008, be and hereby is granted; and it is

FURTHER ORDERED, that the time which Plaintiff may file an Opposition to Defendant's Dispositive Motion be and is hereby enlarged up to and including July 2, 2008, and it is further ordered that the time which Defendant may file his Reply to Plaintiff's Opposition be and is hereby enlarged up to and including July 24, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record via ECF