UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ANTHONY BOWDEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2202 (RBW) |
| | ) | |
| **CRISTIAN SAMPER,** | ) | |
| **ACTING SECRETARY,** | ) | |
| **SMITHSONIAN INSTITUTION,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION FOR
ENLARGEMENT OF TIME TO FILE OPPOSITION
TO DEFENDANT'S DISPOSITIVE MOTION**

COMES NOW the Plaintiff, Anthony Bowden, by and through his attorney, Steven J. Silverberg, and hereby moves pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), and Local Rule 7 of the United States District Court for the District of Columbia, for an enlargement of time to file his Opposition to Defendant's dispositive motion. Attorney for Defendant, Assistant United States Attorney W. Mark Nebeker, consents to this Motion. Plaintiff's Opposition is currently due on July 2, 2008.

1.  Defendant filed his Motion for Judgment on the Pleadings, or, in the Alternative, for Summary Judgment on April 17, 2008. The Memorandum in Support of the Motion is 45 pages long and the Statement of Material Facts as to Which There is no Genuine Dispute is 18 pages long. Defendant filed 41 exhibits to his Motion on April 23,

2008.

2.  This is a very complex case involving two amended court complaints, five Equal Employment Opportunity (EEO) complaints, and eight deposition witnesses, (including Plaintiff, whose deposition lasted two days). There is also an enormous amount of paperwork in this case (including three EEO Reports of Investigation). Thus, it is taking a long time to write the Opposition to Defendant's Motion.

3.  Attorney for Plaintiff's work schedule has been extremely busy. He had to send out discovery requests in an Equal Employment Opportunity Commission (EEOC) matter by June 6, 2008, and filed two motions in another EEOC matter by June 9, 2008. He also had to file a pre-compliant narrative in a third EEOC matter by June 13, 2008, and had a mediation that lasted approximately four hours in a fourth EEOC matter on June 18, 2008. He currently has discovery responses due in an EEOC matter by July 2, 2008, and expects that three depositions will be held in July 2008 in that matter. He also has to propound discovery requests in another EEOC matter by July 7, 2008, and he has to answer discovery requests in that matter by July 16, 2008. He expects to have three depositions held in July 2008 in this matter. He also may have to file an appeal in the D.C. Office of Employee Appeals by June 26, 2008.

4.  Attorney for Plaintiff has had continuous difficulties with his 16 year old son which have consumed much of Attorney for Plaintiff's time and energy. Because of his son's behavioral problems, Attorney for Plaintiff's son resided in a therapeutic residential school from July 2005 to July 2007. He has lived home since July 2007 and

attended a special school. Sadly, because of Attorney for Plaintiff's son's current behavioral problems, Attorney for Plaintiff may have to enroll and transport his son in a different therapeutic residential school near Boston as soon as this week (June 23-27, 2008), or sometime in July 2008.

5.     Attorney for Plaintiff has a medical procedure scheduled at Sibley Hospital on July 21, 2008 to remove a kidney stone.

6.     The attorney who is working for Plaintiff on drafting the Opposition will be out of town with her family from June 29, 2008 through July 6, 2008.

7.     Plaintiff now requests that the time to file his Opposition to Defendant's Dispositive Motion be extended for 30 days, from July 2, 2008 until August 1, 2008. He also respectfully requests that the time for Defendant to file his Reply to Plaintiff's Opposition also be extended for 30 days, from July 24, 2008 to August 25, 2008. This schedule will not interfere with the scheduling in this case as the next scheduled event in this case is a pretrial conference set for October 1, 2008. No trial date has yet been set in this case.

8.     Pursuant to LCvR 7(m), Attorney for Plaintiff has contacted Attorney for Defendant, Assistant United States Attorney W. Mark Nebeker, and he has indicated that he consents to this Motion.

9.     This is Attorney for Plaintiff's second motion to enlarge the time in which to file his Opposition to Defendant's Dispositive Motion (the first motion was granted by the Court). Attorney for Defendant has filed six motions to enlarge the time that he had

to file his dispositive motion. All of these motions were consented to or were unopposed by Plaintiff, and were granted by the Court.

    WHEREFORE, Plaintiff prays that his Consent Motion for Enlargement of Time to File his Opposition to Defendant's Dispositive Motion be granted, and that the time to file his Opposition be extended until August 1, 2008, and the time to file any Reply by Defendant thereto be extended until August 25, 2008.

                                       Respectfully submitted,

                                       /s/

June 23, 2008                                _____
                                       Steven J. Silverberg
                                       D.C. Bar # 377376
                                       Attorney for Plaintiff
                                       900 17th Street N.W.
                                       Suite 1250
                                       Washington, D.C. 20006
                                       Tel: (202) 785-8499
                                       Fax: (202) 785-8470
                                       E-Mail: sjsilverberg@erols.com

## CERTIFICATE OF SERVICE

I hereby certify that service to counsel for Defendant of the foregoing Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Dispositive Motion, Memorandum of Points and Authorities and proposed Order, has been made through the Court's electronic transmission facilities on this 23rd day of June, 2008.

Respectfully submitted,

/s/

_____
Steven J. Silverberg
D.C. Bar # 377376
Attorney for Plaintiff
900 17th Street N.W.
Suite 1250
Washington, D.C. 20006
Tel: (202) 785-8499
Fax: (202) 785-8470
E-Mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) Civil Action No. 05-2202 (RBW) |
| | ) |
| **CRISTIAN SAMPER,** | ) |
| **ACTING SECRETARY,** | ) |
| **SMITHSONIAN INSTITUTION,** | ) |
| | ) |
|     **Defendant.** | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFF'S CONSENT MOTION
FOR ENLARGEMENT OF TIME TO FILE
OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

1. Federal Rules of Civil Procedure 6(b) and 7(b).

2. LCvR 7 of the United States District Court for the District of Columbia.

3. The inherent power of this Court.

4. The record herein.

                                      Respectfully submitted,

                                      /s/

June 23, 2007                        _____
                                      Steven J. Silverberg
                                      D.C. Bar # 377376
                                      Attorney for Plaintiff
                                      900 17th Street N.W., Suite 1250
                                      Washington, D.C. 20006
                                      Tel: (202) 785-8499
                                      Fax: (202) 785-8470
                                      E-Mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2202 (RBW) |
| ) | |
| **CRISTIAN SAMPER,** ) | |
| **ACTING SECRETARY,** ) | |
| **SMITHSONIAN INSTITUTION,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter having come before the Court on Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Dispositive Motion, it is by the United States District Court for the District of Columbia, on this _____ day of June, 2008,

ORDERED, that the said Motion be and hereby is granted; and it is

FURTHER ORDERED, that the time which Plaintiff may file an Opposition to Defendant's Dispositive Motion be and is hereby enlarged up to and including August 1, 2008, and it is further ordered that the time which Defendant may file his Reply to Plaintiff's Opposition be and is hereby enlarged up to and including August 25, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record via ECF