UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN,<br><br>Plaintiff,<br><br>v.<br><br>CRISTIÁN SAMPER, Acting Secretary,<br>Smithsonian Institution,<br><br>Defendant. | Civil Action No. 05-2202 RBW |

ORDER

UPON CONSIDERATION of Defendant's Motion For Judgment on The Pleadings or, In The Alternative, For Summary Judgment, the grounds stated therefor, and for good cause shown upon the entire record, it is this ___ day of _____, 2008, hereby

ORDERED that Defendant's Motion should be and it hereby is Denied in its entirety; and it is,

FURTHER ORDERED that this cause be set for trial.

_____
UNITED STATES DISTRICT JUDGE

Cc: Counsel of Record via ECF