# PLAINTIFF'S EXHIBIT 5

Bowden December 4, 2007 Deposition Excerpts—pp. 69-70, 75-77, 79, 81, 118, 147-49, 150-56, 160-65, Deposition Exhibit 15

Page 1

1               UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF COLUMBIA

3  ANTHONY BOWDEN,                    *

4                    Plaintiff,       *   CIVIL ACTION NO.:

5  vs.                                *   05-2202 (RBW)

6  CHRISTIAN SAMPER, ACTING           *

7  SECRETARY, SMITHSONIAN             *

8  INSTITUTION,                       *

9                    Defendant.       *   Pages 1 - 215

10

11

12            Deposition of Anthony Bowden

13                  Washington, D.C.

14            Tuesday, December 4, 2007

15

16

17

18

19

20

21  Reported by:  Carla J. Briggs, RPR-RMR-CRR

22  Job No. 184035

# Anthony Bowden

Page 66

1  be specific.
2      From the time you came to work at the zoo,
3  have you always been in Exhibits?
4   A   Yes, sir.
5   Q   And when you worked under Mr. Hider's
6  supervision, how many employees were in Exhibits?
7   A   I would say probably anywhere from 15 to
8  20 or something like that.
9   Q   Within Exhibits, were there different
10 offices under Mr. Hider's supervision?
11  A   Yes.
12  Q   How did they break down? What were the
13 offices?
14  A   We had Photography, Editor/Writers, you
15 had the Designers and Production.
16  Q   And which of those were you in?
17  A   I was in Production.
18  Q   When you worked under Mr. Hider's
19 supervision, what was the number of employees in the
20 Production area?
21  A   It was three of us. Four. My mistake.
22  Q   And can you tell me their names?

Page 6

1  Mr. Hider?
2   A   I mean, her duties were basically the same
3  as ours.
4   Q   Did she ever go out under Mr. Hider's
5  supervision and work in the park clearing snow?
6   A   Clearing snow off the signs, yes.
7   Q   And did Grace Lopez under Mr. Hider's
8  supervision lift heavy objects on a routine basis at
9  the zoo?
10  A   She assisted with it, yes, sir.
11  Q   Can you identify any heavy objects that
12 she assisted in lifting with Mr. Hider's
13 supervision?
14  A   I mean, you know, large components from
15 Exhibits, signs that needed to be put in the ground,
16 things of that nature.
17  Q   And how much do you believe -- would you
18 estimate Grace Lopez to weigh during the time that
19 she worked with you at the National Zoo?
20      MR. SILVERBERG: Objection. Calls for
21 speculation.
22  A   Estimate?

Page 67

1   A   It was Ernest Long, Levi Murrell, Grace
2  Lopez and myself.
3   Q   At that time was Grace Lopez doing most of
4  the vinyl sign work?
5   A   At that time, no. I think, you know, we
6  were doing some of it. You know what I mean? She
7  probably was doing most, but we were doing a lot of
8  it I'd say.
9   Q   Do you believe that 80 percent of her work
10 in Production under Mr. Hider was spent with her
11 doing the vinyl sign production?
12  A   No.
13  Q   What percentage -- well, first of all,
14 were you in a position to observe how much of her
15 work involved using the vinyl machine?
16  A   Yes, I was.
17  Q   Okay. Can you give an estimate then of
18 what percentage of her work was working with the
19 vinyl sign-making machine?
20  A   I would say probably 30 percent or
21 something. About 30 percent.
22  Q   What other duties did she have under

Page 6

1   Q   Yes.
2   A   Maybe 110. Something like that.
3   Q   And how much do you weigh?
4   A   How much do I weigh?
5   Q   Yes.
6   A   At this point now?
7   Q   We'll start with right now.
8   A   Right now I'm about 165, 170. Somewhere
9  in that area.
10  Q   And has that -- has your weight changed
11 over your time with the National Zoo?
12  A   Yeah. Actually, it went up at this time.
13  Q   How much did you -- would you estimate you
14 weighed or do you recall weighing when you were --
15 let me start over again.
16      How much did you weigh when you started
17 working at the National Zoo in April of '99?
18  A   Probably about 145, 150.
19  Q   Am I to understand that you -- one way to
20 stay in shape is to ride your bike to work?
21  A   Not now, no.
22  Q   Was there a time when you rode your bike

18 (Pages 66 to 69)

**Page 70**

1 to work?
2  A  Right.
3  Q  And does that change with the seasons or
4 did that change as you grew older?
5  A  It changed because of the depression.
6  Q  Okay. When did you -- well, let me ask
7 this: When you showed up at the zoo in April of
8 '99, were you riding your bike routinely to work?
9  A  No, not when I first showed up.
10  Q  When did you begin riding your bike to
11 work routinely?
12  A  I think probably in 2001 or something like
13 that.
14  Q  And when did you stop riding your bike to
15 work, if any?
16  A  I would probably say back in 2004, 2005.
17 Somewhere along there.
18  Q  Do you ride your bike on the weekends?
19  A  No.
20  Q  Under Mr. Hider's supervision, what period
21 of time would you say Grace Lopez spent working in
22 the lower shop area?

**Page 71**

1  A  Can you ask that again?
2  Q  Uh-huh. When Mr. Hider was supervising
3 Grace Lopez, how much -- what percentage of her
4 workday did Grace Lopez typically spend in the lower
5 shop area?
6  A  I don't think her -- at that time her
7 working in the lower shop was too much different
8 from the time that we worked. It wasn't too much
9 different from, you know, the time that we worked in
10 it. I mean, everybody was in and out, so --
11  Q  So when Grace Lopez worked under
12 Mr. Hider, she worked in the shop about the same
13 amount of time as when Grace Lopez worked under
14 later supervisors? Is that what you're saying?
15  A  Right. I would say maybe a little less,
16 but about the same.
17  Q  And what was it about the work that Grace
18 was doing under Mr. Hider that made it so she didn't
19 spend as much time in the lower shop?
20  A  Nothing that I know of. I mean --
21  Q  What were the types of duties that Grace
22 Lopez was doing under Hider?

**Page 72**

1  A  Basically, the same thing we were doing, I
2 guess, about as much -- she didn't have as much
3 experience probably in -- you know, she probably
4 didn't build anything, but she assisted a lot of
5 times with us building things, you know.
6  Q  Has that changed over time -- over her
7 time with the National Zoo since you've been there?
8  A  You mean as far as her experience?
9  Q  Her work.
10  A  Yeah, it did change.
11  Q  Okay. How did Grace Lopez's work change
12 after -- over time?
13  A  She was more so -- she had a cushy job
14 more so at, you know, the time; that she'd just
15 spend a lot of time in -- like we had, like, an
16 upper shop/office space which she spent most of her
17 time, you know.
18  Q  Were there times under Mr. Hider's
19 supervision that you observed Grace Lopez helping to
20 lift items that you could have lifted by yourself?
21  A  That I could have lift by myself?
22  Q  Yes.

**Page 73**

1     MR. SILVERBERG: Objection. Calls for
2 speculation.
3  A  I'm not understanding that.
4  Q  Sure. Grace Lopez -- you outweigh Grace
5 Lopez by 50 percent, right, almost?
6  A  No.
7  Q  You were -- oh, I'm sorry. You're 150 now
8 and she's 110; is that right?
9  A  You say I'm 150 now?
10  Q  Isn't that what you said?
11     MR. SILVERBERG: No.
12  Q  Oh, no. I'm sorry. 165 to 70 now?
13  A  Right.
14  Q  Okay. When you were working with Grace
15 Lopez under Mr. Hider's supervision, you were 145 to
16 150, right?
17  A  Right.
18  Q  Okay. And is it fair to say that you have
19 greater upper body strength than Miss Lopez does?
20     MR. SILVERBERG: Objection. Calls for
21 speculation.
22  A  I would say yes.

## Anthony Bowden

Page 74

1  Q   You believe you do have greater upper body
2  strength than Miss Lopez?
3  A   But not lower body strength.
4  Q   Is that because of your back?
5  A   Back, knees.
6  Q   Do you lift weights?
7  A   No.
8  Q   What do you do to stay in shape?
9  A   What do I do to stay in shape?
10 Basically --
11     MR. SILVERBERG: I'm going to object as to
12 relevance.
13 A   I mean, I coach high school kids.
14 Q   In what sport?
15 A   Track and field.
16 Q   Do you run as part of that?
17 A   Light jog a little bit behind them or
18 something, but I can't run as much as I used to
19 because I had surgery on both knees.
20 Q   Okay. When did you have the surgery?
21 A   Back in the '90s or something like that.
22 Q   Before you came to the zoo?

Page 75

1  A   Yeah, before I came to the zoo. I think I
2  had -- did I have surgery after I came to the zoo?
3  I think I may have had surgery on one knee after I
4  came to the zoo. I'm not sure.
5  Q   What did the surgery entail?
6  A   I had torn cartilage.
7  Q   Was this arthroscopic surgery?
8  A   Right. I had 30 percent of my cartilage
9  removed in one knee and I think maybe 20 percent
10 removed in the other.
11 Q   Has the use of the vinyl sign that -- the
12 vinyl sign machine that Grace Lopez tends to use,
13 has that increased over your period of time at the
14 National Zoo or has it been constant?
15 A   I'm not understanding that one.
16 Q   There's a machine that makes the vinyl for
17 signs, right?
18 A   Uh-huh.
19 Q   Was it there in 1999 when you showed up?
20 A   Sure.
21 Q   And is it there today?
22 A   It's there.

Page 76

1  Q   Okay. What I'm trying to figure out is
2  has it been used pretty much the same amount through
3  the whole time you spend at the zoo?
4  A   Yes, I believe so.
5  Q   Who was using the vinyl sign machine
6  mostly when you first showed up at the National Zoo
7  in 1999?
8  A   When I first showed up, it was Ernest
9  Long, Grace Lopez, Levi Murrell, and I was just
10 basically being introduced to it at that time.
11 Q   Did you ever use it?
12 A   Yes, I used it, but I mean, you know, back
13 then, I didn't really have the experience to use it,
14 you know, because I was fresh coming in, so --
15 Q   What kind of training did it take for you
16 to be able to use it?
17 A   I mean, you know, just basically working
18 along with the guys, you know what I mean, and they
19 basically showed me exactly what needed to be done,
20 so -- it's on-the-job training.
21 Q   So did Grace Lopez's -- is she good with
22 using the machine?

Page 77

1  A   Is she good?
2  Q   Was she good when she was working?
3      MR. SILVERBERG: Objection. Calls for an
4  opinion.
5  A   I think everybody was good.
6  Q   Did you ever have any complaints with her
7  work when she used the machine?
8  A   No, I didn't have any complaints with her
9  work when she used it.
10 Q   When she used the vinyl sign machine and
11 she -- if I understand correctly, the machine would
12 punch out the letters for a particular sign,
13 correct?
14 A   I'm going to say cut them out.
15 Q   Cut them out?
16 A   Yes.
17 Q   And then would that sign -- would the
18 person who used the vinyl sign machine to cut the
19 letters out then take those letters and apply them
20 to something or would they pass them off to someone
21 else in Production to apply to a sign?
22 A   If I was the one that, you know, did the

20 (Pages 74 to 77)

Page 78

1 actual processing of the letters, then I would apply
2 them myself to a sign or board or whatever.
3    Q   Were there things that -- what was in the
4 lower shop?
5    A   Junk.
6    Q   Was there any equipment in the lower shop?
7    A   No, not when I first arrived there.
8    Q   No tools?
9    A   No. Maybe, you know, pliers and wrenches
10 and stuff like that.
11    Q   Did there come a time when more equipment
12 started arriving or was placed into the lower shop?
13    A   Yes.
14    Q   And when was that?
15    A   I'd say around 2002.
16    Q   What equipment showed up in 2002 that went
17 in the lower shop?
18    A   You mean what equipment did I order?
19    Q   Are you the one that ordered all the
20 equipment for the lower shop?
21    A   Well, the majority of it, I ordered.
22    Q   What did you order for the lower shop?

Page 79

1    A   A table saw, handsaw, jigsaw. It's a few
2 machines.
3    Q   And who decided that you should order
4 these saws for the lower shop?
5    A   I decided.
6    Q   And what was the task that you could
7 perform with this equipment that you couldn't
8 perform before?
9    A   Well, we wasn't able to actually cut wood
10 and, you know, build our own signs and stuff like
11 that within our own shop itself.
12    Q   I see. Would you have to go to someone
13 else's shop?
14    A   Yeah.
15    Q   At the time that you ordered that
16 equipment for the lower shop, were you the safety
17 officer?
18    A   Was I the safety officer?
19    Q   Yes.
20    A   No.
21    Q   Who was the safety officer?
22    A   I think Rick Hider was the safety officer

Page 80

1 then and then he passed it on to me as well.
2    Q   When did Rick Hider leave?
3    A   He left I think in probably -- let's say
4 late 2001, early 2002. Somewhere around that area.
5    Q   And what was your understanding when
6 Mr. Hider left of who was going to take his
7 position?
8    A   My understanding was that I was going to
9 take on his duties and responsibilities which he
10 told me by me taking on those responsibilities, he
11 said it would be more moolah.
12    Q   More money?
13    A   Right.
14    Q   And when he initially handed off these
15 responsibilities to you, did you do it on an acting
16 basis?
17    A   I would say I don't know if it would be an
18 acting basis or something, but it's more sort of
19 like a -- I guess you would call it an acting basis
20 because we didn't have anybody really, you know, to
21 fill in the gaps, whatever, or responsibilities
22 which was his job.

Page 81

1    Q   Did he tell you it would be permanent?
2    A   No. He just told me that it would be more
3 money more so.
4    Q   Did there come a time when you were
5 offered the option of some time off or a sum of
6 money as a reward for your hard work at the zoo?
7    A   No.
8    Q   Did there come a time when you were told
9 that you would have an option to have either some
10 time off or an award of money while at the National
11 Zoo?
12    A   Ask that again.
13    Q   Surely. Were you ever told that you had
14 an option of having a sum of money or a time off
15 award as a result of your work at the National Zoo?
16    A   Yes.
17    Q   When was that?
18    A   That was when I had got an "outstanding"
19 on my appraisal.
20    Q   And had you been the acting head of the
21 Production shop for a period of time then?
22    A   Yes.

Page 116

er there to
table saw?
, I think around
ike everything
so --
ere when the
that were put in

me.
question so that
thing down.
ncrated and put
er production shop,
luction?

t yet?
ure.
if Mr. Hider was
and bolts together

Page 118

1   mean, within the shop.
2   Q   Who would have said that?
3   A   This would have been said by Lynn Dolnick
4   and, you know --
5   Q   Kathy Samiy?
6   A   I'm saying Lynn Dolnick. I don't know
7   about Kathleen Samiy, but I can remember her saying
8   that we were shorthanded and that -- you know, and I
9   asked if anyone wanted to volunteer time to kind of
10  help, you know what I mean, in Production at some
11  point, so I think that's how --
12  Q   And so it was you and Ernest Robinson that
13  put together the saws in the lower shop?
14  A   Right.
15  Q   And installed the saws?
16  A   You said installed them?
17  Q   Yes. Put them in the lower shop.
18  A   I mean, we put them together, you know
19  what I mean, but we never got a chance to actually
20  finish what needed to be done.
21  Q   How many saws were there?
22  A   Two that I can recall.

Page 120

1   know what I mean? Some maybe 2x4s or something like
2   that.
3   Q   Did you ever cut plywood with it?
4   A   No.
5   Q   And so you'd use -- if you got a 2x4,
6   would you use the band saw or would you use a table
7   saw?
8   A   To cut a 2x4, you would probably use a
9   table saw.
10  Q   Do you actually remember using the band
11  saw to cut anything?
12  A   Not much. I don't think so.
13  Q   Do you remember anything at all?
14  A   No.
15  Q   What percentage of time when you were
16  working the lower production shop were you using one
17  of the saws after they were installed?
18  A   Well, not much because I complained about
19  the unsafety of the saws, you know, not having the
20  proper ventilation, exhaust, you know what I mean,
21  stuff like that, so --
22  Q   So at that point, you didn't work that

Page 117
een the type of
is position at the

t the nuts and
the saws to put
p?
nd -- maybe me

inson in Design

k he was
at time.
al permission
ou put the saw

?
l to get special
t the saws
ated that
, you know what I

Page 119

1   Q   Okay. And did Mr. Robinson help you with
2   both of them?
3   A   I think he did.
4   Q   Did you get them to the point where they
5   would run?
6   A   Yeah, we got them to the point where they
7   would run.
8   Q   And was there some problem with not having
9   the saws bolted down to the floor that made them, in
10  your view, a safety hazard?
11  A   Right.
12  Q   Did you recognize that right away?
13  A   Yes.
14  Q   Were they on wheels?
15  A   No.
16  Q   What size wood would you typically cut
17  with the saws?
18  A   We couldn't really cut anything big
19  because they wasn't really industrial saws or
20  machinery.
21  Q   So it was fairly small wood?
22  A   Yes. Just small pieces or something, you

Page 121

1   much in the lower shop?
2   A   Not as far as cutting wood, no.
3   Q   Okay. What else did you do in the lower
4   shop, if anything?
5   A   I mean, you know, we assembled signs and
6   stuff like that. You know what I mean?
7   Q   And assembling the signs, that didn't
8   involve using -- putting a lot of sawdust in the
9   air; is that correct?
10  A   The signs were made of metal.
11  Q   Right. So there wouldn't be any sawdust
12  in the air from assembling a sign that was metal
13  rather than cutting it, correct?
14  A   Correct.
15      MR. NEBEKER: Let me ask that we mark this
16  as Exhibit 7.
17      (Bowden Deposition Exhibit Number 7 was
18  marked for identification.)
19      BY MR. NEBEKER:
20  Q   Mr. Bowden, can you identify for us what
21  Exhibit 7 is?
22      (Witness reviews the document.)

Page 137

1  wrote. But I don't know exactly what her day-to-day duties
2  are, you know what I mean.
3    Q  So have you seen any documents showing how Jesse
4  Cohen got promoted to a GS-12?
5    A  No, but I mean --
6    Q  Have you seen any documents showing how Aaron
7  Ferster got promoted to a GS-12?
8    A  No.
9    Q  Have you seen any documents showing how Susan Ades
10 got promoted to a GS-12?
11   A  No.
12   Q  Have you seen any documents showing how Judy Tasse
13 got promoted to a GS-12?
14   A  No.
15   Q  And has Jesse Cohen or anyone as a supervisor at
16 the smithsonian or the zoo explained to you how it was that
17 Jesse Cohen got promoted to a GS-12?
18   A  Yes.
19   Q  Who said -- who told you how Jesse Cohen got
20 promoted to a GS-12?
21   A  Well, to cut through it, to try to cut through
22 this, I've spoke to Lynn about it because I felt that I was
23 doing extra work myself. And Lynn told me that they were
24 doing extra work, you know, that they --
25   Q  They, Cohen, Ferster, Ades and Tasse?

Page 138

1    A  Exactly.
2    Q  Okay. And so did Lynn tell you that, by virtue of
3  them doing the extra work, they got promoted without applying
4  for a promotion?
5    A  Exactly.
6    Q  Okay, and she said that for Cohen, Ferster, Ades
7  and Tasse?
8    A  Exactly.
9    Q  And was Cohen, Ferster, Ades or Tasse working in
10 production at the zoo?
11   A  No. But each one of them was like more so the lead
12 person in their particular part of the division.
13   Q  Okay. Had you yourself ever done any performance
14 evaluations for any of your -- the people that you worked
15 with in production?
16   A  I worked on Levi Marell's when he was there.
17   Q  And did you draft up a performance evaluation for
18 Levi?
19   A  I wouldn't say that I draft it up, but I had a lot
20 of input into what was going on.
21   Q  Was it verbal input to his supervisor?
22   A  It was something that I had wrote down and passed
23 on to Kathleen.
24   Q  Did you type it or did you write it by hand?
25   A  I think I probably just typed it and just gave it

Page 139

1  to her or something like that.
2    Q  How long was it?
3    A  How long was what?
4    Q  The document that you gave to her?
5    A  Probably about a page or two.
6    Q  All right, now, can we go to Exhibit 43?
7    A  Sure.
8    Q  And this is a two-page document. The second page
9  has a January 12, 2004, date on it and is signed. Do you see
10 that?
11   A  Yes.
12   Q  And did you present this to Mary Tanner on or about
13 January 12, 2004?
14   A  No.
15   Q  Do you know if it was presented to Mary Tanner on
16 or about January 12, 2004?
17   A  Yes.
18   Q  And do you -- who do you believe presented it to
19 Ms. Tanner?
20   A  I think that -- I think that Aaron presented it to
21 her, because I'm pretty sure that he was the one that typed
22 either one or the two of these documents.
23   Q  Do you know how much time elapsed between the
24 typing of the first page of Exhibit 43 and the typing of the
25 second page of Exhibit 43?

Page 140

1    A  No, not really. Probably within a day or two.
2    Q  Do you agree with the information that's contained
3  in Exhibit 43?
4    A  Yeah.
5    Q  Can we go to Exhibit Number 44? Can you tell us
6  what Exhibit number 44 is?
7    A  This is a document from Al Bane to me.
8    Q  And is this information contained in Exhibit 44
9  accurate?
10   A  No.
11   Q  What is inaccurate in Exhibit Number 44? Let's do
12 it the quick way. Already highlighted in the exhibit --
13   A  The thing --
14   Q  Let me suggest this. The exhibit you currently
15 have has some highlighting on the first page; is that
16 correct?
17   A  Correct.
18   Q  Let me ask that we switch it out and I'll give you
19 one that doesn't have any highlighting on it yet and I'll ask
20 you if you'd just highlight the inaccuracies on Exhibit 44.
21      MR. NEBEKER: Can we do that, Counsel?
22      MR. SILVERBERG: Yeah.
23      MR. NEBEKER: Would you put a sticker on this then?
24      THE REPORTER: The next number?
25      MR. NEBEKER: No, we'll make this Exhibit 44 and

Page 146

1  A  Without having the position description, I
2  can't say.
3  Q  Let me ask you to look at what we'll mark
4  as Exhibit 11.
5     (Bowden Deposition Exhibit Number 11 was
6  marked for identification.)
7     BY MR. NEBEKER:
8  Q  Does Exhibit 11 refresh your recollection
9  about when the vacancy announcement was open?
10 A  Uh-huh.
11 Q  Was it the fall of 2003?
12 A  That I applied for this?
13 Q  Yes.
14 A  It looks like summer.
15 Q  Okay. And let me ask you to look at
16 Exhibit 12.
17    (Bowden Deposition Exhibit Number 12 was
18 marked for identification.)
19    BY MR. NEBEKER:
20 Q  What's Exhibit 12, Mr. Bowden?
21 A  It looks like my resume.
22    MR. SILVERBERG: Mr. Bowden. Did you call

Page 147

1  him Mr. Robinson?
2     MR. NEBEKER: No. I don't think so.
3     MR. SILVERBERG: Then I'm very sorry. My
4  mistake then.
5  Q  So you indicated that you had applied for
6  two vacancy announcements; is that correct?
7  A  Actually, three.
8  Q  Okay. And is this the first one that you
9  applied for, this Exhibit 12?
10 A  This is the second one.
11 Q  Okay. What was the first one?
12 A  The first one was Kathleen Samiy's job.
13 Q  Okay.
14 A  The job she received.
15 Q  All right. And then what's the third one?
16 Is that after the litigation was ongoing?
17 A  Say that again.
18 Q  You said there were three.
19 A  Right.
20 Q  So there was one for Samiy's job?
21 A  Yeah, which was a 12/13.
22 Q  Okay. One that's reflected in Exhibit 12;

Page 148

1  is that right?
2  A  You said is reflected in Exhibit 12?
3  Q  Yeah.
4     MR. SILVERBERG: What is reflected in
5  Exhibit 12?
6  Q  Is this a vacancy announcement you applied
7  for or is this your application?
8  A  This is my application.
9  Q  Okay. So Exhibit 12 is the second job you
10 applied for a promotion in at the zoo, correct?
11 A  Yes.
12 Q  And tell me about the third one.
13 A  And the third one was the one that
14 Mr. Baxter received.
15 Q  Okay. And this second one that you
16 applied for, was this position ever filled, to your
17 knowledge?
18 A  The second one?
19 Q  Correct.
20 A  No.
21 Q  Okay. So they withdrew this vacancy
22 announcement and substituted one that later on

Page 149

1  Mr. Baxter got; is that correct?
2  A  They called me and told me that I was
3  going to be -- that I was going to be interviewed.
4  Q  Is that for the 03SP1309 position, the one
5  reflected in Exhibit 12, or was that for the one
6  that Mr. Baxter ultimately was selected for?
7  A  That was the one that they withdrew. I
8  was supposed to have been interviewed for the one
9  that they withdrew.
10 Q  Okay. And that's Exhibit 12, right?
11 A  Right.
12 Q  Okay. Can you give me every fact upon
13 which you relied to support the conclusion that the
14 reason to withdraw the position reflected in the
15 vacancy announcement 03SP1309 was based upon either
16 discrimination or retaliation?
17 A  Sure. I can give you the facts on when I
18 was doing the job, I think we ended up doing a desk
19 audit and a lot of things were omitted from that,
20 you know what I mean, and --
21 Q  Anything else?
22 A  Illegal interviewing practices that they

Page 150

1 were having.
2  Q  Tell me about the illegal interviewing
3 practices.
4  A  They interviewed a guy by the name of
5 Lance I think, like, two or three times without the
6 job being posted.
7  Q  And what facts do you rely on for that
8 conclusion?
9  A  Because I had spoke to him. He ended up
10 being one of the contractors that bidded on the --
11 on one of the jobs that I was COTR on.
12  Q  And when did you talk to him about the
13 number of times he interviewed?
14  A  You said when?
15  Q  Yes.
16  A  I think it was -- I don't know the
17 approximate date, but I know that me and
18 Mr. Robinson had a conversation with him, and he
19 said that they had interviewed him quite a few
20 times, but he felt as though the money wasn't right.
21  Q  Was it after Mr. Baxter's position --
22 after Mr. Baxter was hired?

Page 151

1  A  No. This is before -- this was before
2 this -- before his job was even posted, which is
3 Exhibit 12.
4  Q  Before Exhibit 12 was posted --
5  A  Right.
6  Q  -- Mr. -- somebody named Lance --
7  A  Right.
8  Q  Do you remember Lance's last --
9  A  This probably was back in 2002 I would
10 say, and then there was a Becky Dominic -- or
11 someone like that -- that they had interviewed.
12  Q  And how do you know that?
13  A  I think I had an E-mail that was given to
14 me, you know what I mean, that showed that, you
15 know, that she had had some conversation and was,
16 you know --
17  Q  Have you produced that for discovery in
18 this case?
19  A  It's in some of those documents.
20     MR. SILVERBERG: What exactly are you
21 asking?
22     MR. NEBEKER: He saying there's an E-mail

Page 152

1 reflecting that someone named Becky --
2  Q  What's her last name?
3  A  Dominic or something like that.
4  Q  How do you spell it?
5  A  I don't know. I know it was on the
6 E-mail.
7  Q  Donalik?
8  A  Dominic, Donalik, or one of the two.
9     MR. SILVERBERG: Dominic?
10  A  I can't remember the name, but I know it
11 was a Becky somebody. The E-mail was given to me by
12 Melissa Gaulding, and she had told me how they
13 had -- were interviewing her for the same position
14 that I was currently doing.
15  Q  Was that the position that Kathleen Samiy
16 ultimately got?
17  A  No. What was happening was I think at
18 that time, they were trying to have a Design
19 supervisor and a Production supervisor.
20  Q  So you weren't applying for the Design
21 supervisor, were you?
22  A  I applied for the -- well, Kathleen was.

Page 153

1 hired as Design and Production supervisor at that
2 time. I applied for that position, too.
3  Q  And had you had any experience in Design?
4  A  I had a little experience, but I wouldn't
5 say that I was a full-fledged designer, no, but I
6 felt as though that hey, you know, I mean you got
7 50 percent Production here, 50 percent Design, you
8 know what I mean?
9  Q  You knew half the job?
10  A  Right. I mean, you can go either way with
11 it, so I applied for it. I wasn't even interviewed
12 for that position.
13  Q  And is it your understanding that Becky
14 and Lance were interviewed for the position?
15  A  No, not for that position, because
16 Kathleen and Lynn had interviewed Becky and Lance.
17  Q  Kathleen Samiy and Lynn Dolnick
18 interviewed Becky and Lance?
19  A  Right.
20  Q  For a position you never applied for?
21  A  Well, for the position that I was
22 currently working in because remember, I was acting

Page 154

1 head of Production.
2  Q  Right. Becky and Lance were applying for
3 Production or for Design?
4  A  For Production.
5  Q  You think?
6  A  I'm pretty sure they were. It's
7 Production because --
8  Q  Who told you that?
9  A  -- Kathleen was doing what's to be the
10 Design part of the job, and this job was supposed to
11 have been posted just for Production.
12  Q  Okay. That's Exhibit 12?
13  A  Right.
14  Q  Okay. And is that Exhibit 12 posted for
15 Production?
16  A  You say is it posted?
17  Q  Yeah. Was it posted to fill the
18 Production position?
19  A  Well, later on I think after I complained
20 about the illegal -- you know, the illegal practices
21 of interviewing people without announcing the job,
22 then I think they decided okay, well, maybe we need

Page 155

1 to post it.
2  Q  So, I'm confused. Are you saying that
3 Lance and Becky were interviewed for the position
4 that's reflected in Exhibit 12?
5  A  Right.
6  Q  And that that's a Production position?
7  A  Right. It was a Production position.
8  Q  And you believe that Lance and Becky were
9 interviewed multiple times --
10  A  I know that Lance was interviewed multiple
11 times.
12  Q  And how do you know that?
13  A  I've seen him when he came in and then by
14 me speaking to him.
15  Q  And who was he --
16  A  He is a contractor.
17  Q  Who was he interviewing with?
18  A  He was interviewing with Kathleen and
19 Lynn.
20  Q  On the same day?
21  A  What do you mean "on the same day"?
22  Q  Was he interviewed by them once at -- by

Page 156

1 both of them at the same time?
2  A  Yeah.
3  Q  Were you in on the interview?
4  A  I wasn't in on it, but I -- you know, we
5 discussed it, I talked to him about it, and he said
6 that he was interviewed. And I think everybody
7 within the Exhibits Department knew this guy was
8 being interviewed for the position. It wasn't no
9 secret.
10  Q  And had you applied for the position when
11 you talked to Lance about his interviews?
12  A  There was no announcement. That's what
13 made it illegal.
14  Q  So Lance and Becky were interviewed for a
15 position that didn't yet exist?
16  A  Exactly.
17  Q  Okay.
18  A  Exactly.
19  Q  And they weren't selected for it, correct?
20  A  They weren't selected because of me
21 complaining and saying that, "You-all are doing
22 things that are illegal." You can't possibly

Page 157

1 interview somebody, you know what I mean, for a
2 position without giving other people an opportunity
3 such as myself, you know what I mean, to apply for
4 it. I mean, I felt it was illegal because of the
5 fact that, you know, while -- you know, I think I
6 looked at it more so because of the fact that I was
7 already doing the position, but I think the thing
8 is, is that management just didn't want anybody
9 black, you know what I mean, to be a part of
10 management.
11  Q  What facts do you have to support that
12 conclusion?
13  A  Well, I mean if you look through the
14 history of the zoo, okay, how many blacks have they
15 hired so far in a management position? Zero.
16  Q  Are you aware of any African-American or
17 black managers at the zoo?
18  A  Not in Exhibits.
19  Q  Any at the zoo at all?
20  A  I mean, you've got some that are over top
21 of the Custodial Department, but they're like what?
22 WS2s or 3s. These guys might be making 25, $30,000

Page 158

```
 1  a year.
 2  Q  These are supervisors?
 3  A  Yeah, they're supervisors.
 4  Q  What are their names?
 5  A  I mean, you've got somebody like -- what's
 6  her name?  Miss Anderson or whatever.  Her name is
 7  Ann Anderson or whatever.
 8  Q  Anybody else?
 9  A  I mean, that's all I can recall.  I mean,
10  people that are over top of maintenance more so, you
11  know what I mean, removing trash and stuff like
12  that, but in order -- I mean, if I was to get this
13  position here, okay, then that would mean that I
14  would have direct contact with the white folks.
15  Q  You work with white folks today, right?
16  A  Right.
17  Q  Okay.  And you've supervised white folks,
18  have you not?
19  A  Supervised white folks?
20  Q  Haven't you?
21  A  No.
22  Q  Have you ever worked with Mr. Krebs?
```

Page 159

```
 1  A  Have I worked with him?
 2  Q  Yes.
 3  A  I worked with him, but he's not a part of
 4  Production.
 5  Q  Okay.  And Ferster.  Have you worked with
 6  him?
 7  A  Ferster is a writer.  He's not a part of
 8  Production.
 9  Q  Have you ever worked on any projects that
10  Mr. Ferster or Mr. Krebs got pulled to work with you
11  on because of a lack of staff?
12  A  No.
13  Q  Okay.
14  A  Not at all.  They wouldn't -- they
15  didn't -- it wasn't a thing that -- I mean, they
16  didn't -- they wouldn't ask white folks to do what
17  you would call work that -- "the broad shoulders" is
18  what they called us blacks.  They wouldn't ask white
19  folks to do that kind of work.  They wouldn't ask
20  them to lift anything, no.
21  Q  Would you say that you do have broad
22  shoulders?
```

Page 160

```
 1  A  I would say that it's a racist comment,
 2  you know what I mean, and I don't like it, you know
 3  what I mean, that --
 4  Q  Saying that you have broad shoulders is
 5  racist?
 6  A  Well, I mean the way that the contents
 7  that they used it was.
 8  Q  Who used that word?
 9  A  You know what I mean?
10  Q  Who used that phrase?
11  A  It was between Lynn in a conversation with
12  Melissa.
13  Q  Okay.  Melissa said you had broad
14  shoulders?
15  A  I think between the two of them, you know
16  what I mean, the comment was made, and I didn't like
17  it.
18  Q  Did Lynn make it or did Melissa make it?
19  A  They both did.
20  Q  They both at the same conversation used
21  that language?
22  A  Right.  "The broad shoulders."  They would
```

Page 161

```
 1  say sort of using their fingers more so and say "the
 2  broad shoulders."
 3  Q  What were the words they used?
 4  A  Well, I think Melissa was arguing -- kind
 5  of, like, arguing the fact that blacks were being
 6  made to do, you know, the heavy work of lifting
 7  furniture.  I wasn't hired in a position to lift
 8  furniture.
 9  Q  Is Melissa black?
10  A  No.  She's white.
11  Q  Okay.  And was Melissa saying that you
12  shouldn't have to lift furniture?
13  A  I think that she was saying that it wasn't
14  fair to have us doing that, yes.
15  Q  Okay.  And she was saying this to Lynn
16  Dolnick?
17  A  Right.
18  Q  When did that happen?
19  A  I don't exactly know the date, but I think
20  it's something in that stack that, you know,
21  reflects to that being said, but I mean, it was no
22  secret.
```

Page 162

1  Q  Isn't it a fact that your shoulders are
2  broader than Grace Lopez's?
3  A  It may be a fact that my shoulders are
4  broader than Grace Lopez's. And by the way, I did
5  used to work out at a gym years ago, but I had
6  people that came in, you know what I mean, that were
7  probably, you know, maybe a hundred pounds or
8  110 pounds that probably could outlift me, so I
9  mean, it's not the thing of how you're built that
10  makes you stronger.
11  Q  Do you think Grace Lopez was one of those
12  people?
13  A  I don't know. You know what I mean? It's
14  nobody that I would challenge. I think Grace Lopez
15  was in good shape. She rode a bike to work every
16  day, and she still does.
17  Q  Was there a time that you were concerned
18  about a comment made about you having your biking
19  clothes on at the office?
20  A  You said that I was concerned?
21  Q  Yes. Did that ever bother you when
22  someone commented that you had your biking clothes

Page 163

1  on at the office?
2  A  Yeah, it bothered me because I mean, I
3  kind of -- you could have construed that as the same
4  thing as a woman coming in, you know what I mean,
5  with a dress that may be cut short or something. I
6  don't know. You know what I mean? So it shouldn't
7  make a difference about me wearing my bike clothes.
8  They didn't complain about Grace having hers on.
9  Why would they complain about me having mine on?
10  Q  When you biked to work, you did have
11  biking clothes, correct?
12  A  Yeah, for the most part.
13  Q  Okay. And then when you got to work,
14  would you change your clothes?
15  A  At some points. Sometimes I would and
16  sometimes I wouldn't. It just depends on, you
17  know --
18  Q  Describe the biking clothes that you would
19  typically wear to work.
20  A  I would probably have on -- what do you
21  call it? The pants that are tight to your skin?
22  They were biking pants.

Page 164

1  Q  Are they shorts or long pants?
2  A  They would be -- I mean they were long
3  pants and shorts depending on the time of year.
4  Q  Obviously biking clothes, though, correct?
5  A  Right.
6  Q  Did they have the padded seat?
7  A  They had the padded seat, but it's also I
8  kept a long shirt on over top of that, so I don't
9  understand why that was an issue.
10  Q  And was there a -- would you wear a biking
11  jersey?
12  A  A jersey? No. More so a T-shirt.
13  Q  And when you were working at the zoo, was
14  there a particular uniform you were supposed to
15  wear?
16  A  No. We didn't have any dress code.
17  Q  What percentage of the time would you say
18  you biked to work and then changed clothing into
19  something that didn't include biking shorts, for
20  instance?
21  A  Probably maybe 50 percent of the time.
22  Q  So half the time, you would change your

Page 165

1  clothes, correct?
2  A  Right.
3  Q  When you would come in to change your
4  clothes, would you tend to do it right after you got
5  to work?
6  A  Yeah, I would do it right after I got to
7  work.
8  Q  Was there a room for you to change in?
9  A  You just go in the restroom.
10  Q  All right. And there was a men's room and
11  a ladies' room, I assume, right?
12  A  Right.
13     MR. SILVERBERG: We'll stipulate to that.
14  A  I mean, well, why didn't they have a
15  problem with Mr. Ferster? He rode a bike every
16  day -- and still does -- and he wore the same type
17  of clothes.
18  Q  Is it Mr. Forrester you're saying?
19  A  Ferster.
20  Q  Oh. Ferster.
21  A  They didn't have a problem with him doing
22  it.

42 (Pages 162 to 165)

To: Melissa Gaulding
From: Katie Maccarthy
Subject: Re: the Brogan and Quinn Show
CC:
Date Sent: Friday, August 29, 2003 2:28 PM

Vanna:

A neighbor/friend of mine, Becky Donnely, spoke to Kathleen and Lynn about a position -- production manager, I think? Anyways, she's great -- very down to earth and calm. I've never worked with her, but my husband and I have had many great dinners with her and her spouse, Matt (who is a hoot and a half). I should call her and get the scoop.

Keep me up to date on the happenings. All's poopy and squeaky here in babyland. The boyz send a big shout out to you, Herman and the whole cool Zoo gang. In a month or so, I might even venture over to General Services for an in-person visit! But you and Susan must come here to meet them sooner.

Milky Mamasita


>>> Melissa Gaulding 08/26/03 09:08 AM >>>
Aw, so adorable! I am so proud of you Katie! And Tom, too!

Outdoors?! You are getting bold!

Say, help me out: didn't an aquaintance of yours with a business background talk to Kathleen about working here? What was her name? She may be "coming on line"...

Vanna Poohands



Page 210

1 I was in his office. I think the thing is, is that
2 if -- in order for you to get this program running,
3 it would take -- in other words, you would have to
4 work with other people -- with everyone within
5 inside our office. It can't be something that you
6 just solely do alone, you know what I mean, and
7 nobody knows about it. It just can't be done that
8 way.
9   Q   You don't think he could do a test run
10 with the computer program?
11      MR. SILVERBERG: Objection. Calls for
12 speculation.
13   A   Unless he's test running it to others and
14 not to me, but I don't -- it's not happening. I
15 mean everybody already knows it. We're aware that
16 this is something that's not happening.
17   Q   It didn't work, right?
18   A   Right. It would not work.
19   Q   Filemaker program didn't work?
20   A   Right. And it still doesn't work.
21   Q   But you don't know if Mr. Baxter spent
22 time trying to get it working and wasn't able to, do

Page 211

1 you?
2   A   I mean, I was told by Miss Dolnick that he
3 was an expert, so it shouldn't be a thing of him
4 trying. You know what I mean? It should be a thing
5 that if he's an expert, it should be running.
6 That's my feelings.
7   Q   Do you know whether he tried to get it
8 running?
9   A   No, I don't know.
10   Q   Okay.
11      MR. NEBEKER: I'm sorry. We went 'til
12 4:15. I apologize. Off the record.
13      (Brief discussion off the record.)
14      (Reading and signing requested.)
15      (Deposition recessed at 4:15 p.m.)
16
17
18
19
20
21
22

Page 212

1       ACKNOWLEDGMENT OF DEPONENT
2 I hereby certify that I have read and examined the
3 foregoing transcript, and the same is a true and
4 accurate record of the testimony given by me.
5 Any additions or corrections that I feel are
6 necessary, I will attach on a separate sheet of
7 paper to the original transcript.
8
9
10
11
12
13 Date                Anthony Bowden

Page 213

1 CERTIFICATE OF REPORTER/NOTARY PUBLIC
2 DISTRICT OF COLUMBIA, to wit:
3      I, CARLA J. BRIGGS, a Notary Public of the
4 District of Columbia, do hereby certify that the
5 within-named witness personally appeared before me
6 at the time and place herein set out, and after
7 having been duly sworn by me, according to law, was
8 examined by counsel.
9      I further certify that the examination was
10 recorded stenographically by me and this transcript
11 is a true record of the proceedings.
12      I further certify that I am not of counsel
13 to any of the parties, nor in any way interested in
14 the outcome of this action.
15      As witness my hand and notarial seal this
16 10th day of December, 2007.
17
18
19        · Carla J. Briggs, RPR-RMR-CRR
                Notary Public
20
21
22 My commission expires: October 31, 2011