# PLAINTIFF'S EXHIBIT 6

Report of Investigation, Case No. 04-16-080604--Affidavit of Grace Lopez, Tab 12

## AFFIDAVIT

City of:      Washington         )
                                 )
                                 )
                                 )
District of:  Columbia           )

I, A. Grace Lopez, am being first duly sworn on oath make the following statement freely and voluntarily to James S. Gee who has identified himself to me as an investigator assigned by the Smithsonian Institution to perform this investigation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who has an official interest.

This affidavit is given in relation to the complaint of discrimination filed by Anthony Bowden, on August 6, 2004, SI Case NO.: 04-16-0080604.

Q. What is the name of the agency for which you worked the organizational unit to which you were assigned and the address of your duty station at the time of the alleged discrimination (October 2003 to May 2004)?

A. Smithsonian National Zoological Park/ 3001 Connecticut Avenue NW DC 20008 Exhibits and Outreach Department

Q. What were your position title, series and grade at the time of the alleged discrimination? How long did you hold this position?

A. Exhibits Specialist GS-1010, Grade 11, step 2. I have held this position since July 2003.

Q. During this period, who were your immediate and second-level supervisors?

A. Kathleen Samiy (immediate) Lynn Dolnick (higher level)

Q. How long had you been employed by the Smithsonian Institution? What positions have you held over the past 10 years?

A. I have been employed at the Smithsonian Institution since July 1993, in this same position but at lower grades.

Q. Do you have a mental or physical disability that substantially impacts a major life activity, if so, what is your disability claim?

A. I do not have a mental or physical disability that substantially impacts a major life activity.

Initials _AL_                                                          Page 1 of 5 Pages

Q.  What are your race, color, sex and religion?

A.  I am Asian American (Filipino), female, brown-skinned, no current religious affiliations. 

Q   Please indicate whether you have ever been involved in any prior EEO activity and describe the nature of your involvement (e.g., sought counseling, filed formal complaint, participated as witness, identified as responsible official).

A.  I have not been involved in any prior EEO activity (other than speaking with the Ombudsman of the Smithsonian a few times earlier about the oppressive situation in the department during and shortly before the time period in question).

Q.  Did you know Anthony Bowden, the Complainant? If so, for how long and in what capacity did you know him?

A.  Yes, I have known Anthony Bowden for around five years or so as a co-worker in the exhibit production department.

Q.  To your knowledge, did Mr. Bowden engage in any formal or informal EEO activity? If so please explain what you understood about his EEO activity, and when and how you became aware of it.

A.  When he arrived at the zoo, we were aware that he was transferred from the Smithsonian Natural History Museum to the zoo as a settlement for a previous EEO complaint.

Q.  To your knowledge did Mr. Bowden have a mental or physical disability that substantially impacts a major life activity, if so, what was his disability?

A.  As a co-worker, I was made aware that he takes medication for a mental health condition--I am not sure of the specifics, whether it is for anxiety and/or depression.

1.  **Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when from October 2003 to the present, he has been subjected to discrimination which created a hostile work environment.**

Q.  Explain what knowledge you have of the circumstances surrounding this allegation, your awareness of what transpired--why and how events unfolded.

A.  During the time period in question, October 2003 until May 2004, the work environment had reached a level of hostility toward the employees that was pervasive and oppressive. I was aware of many mistreatments which I perceived first as gender-related bias, then racial bias.

Q.  Did you or someone else you know, experience similar treatment? If so, when and what were the circumstances? Please elaborate.

Initials     Page 2 of 5 Pages

A. During this time period, most all the employees in the department were subjected to poor treatment, especially the men. There was an employee (a woman) who was brought in by Ms. Samiy who was treated much more favorably than the rest because of a previous work affiliation. In general, however, the atmosphere in the office at that time period suffered greatly, due to miscommunication, mismanagement, and the inability of the management to empathize with their staff.

2. **Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when on April 22, 2004 he was informed that he was not selected for the position of Supervisory Exhibits Specialist, Vacancy Announcement No. 04SO-10051.**

Q. What knowledge do you have of the selection process for the position of Supervisory Exhibits Specialist, Vacancy Announcement No. 04SO-10051? Please explain if you were involved and what actions you took.

A. I do not have specific knowledge of every step involved in the selection process.

Q. What knowledge do you have that bears directly on the nonselection of the Complainant for the position in question? Please elaborate.

A. I do not have knowledge of this.

Q. Do you believe that the Complainant was discriminated against on the basis of race, color, sex, religion and/or disability and/or reprisal when he was not selected for the Supervisory Exhibits Specialist position? Explain.

A. Since I am not familiar with the other candidates in the running I do not feel I have knowledge of this.

3. **The Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when in or around May 2004, he received a "Fully Successful" performance rating.**

Q. What knowledge do you have of the process, procedures and outcomes in the official performance evaluation in question?

A. I have not read the specific performance evaluation.

Q. To the best of your knowledge, were normal operating procedures adhered to in conducting the evaluation?

A. Since the performance evaluation in question took place when most of the the employees in the department were subject to mismanagement and a hostile work environment, it is likely that this situation contributed to a biased employee evaluation, placing Anthony Bowden at a distinct disadvantage.

Initials _____                                              Page 3 of 5 Pages

Q. Do you have any information bearing on the fairness of the official performance evaluations of Mr. Bowden, compared to those of similarly situated employees? Explain how they were the same or different. Were you evaluated properly and fairly?

A. I do not know how others were rated, only my own. I was given a rating consistent with what I had previously received and felt that it was deserved.

Q. What was Mr. Bowden's official rating for the evaluation period in question? To your knowledge, was lowering his performance ratings for the period in question from his ratings of prior periods justified?

A. Mr. Bowden's work is very consistent and I do not see the reason for a lowering of the performance rating from previous periods.

Q. Do you believe that the Complainant was discriminated against on the bases of race, color, sex, religion and/or disability and/or reprisal when he was rated fully successful for the performance evaluation period in question? Please explain.

A. I believe that the gender issue affected the evaluation. The management at the time was hostile toward men. The race issue was another factor putting the Complainant at a disadvantage also.

4. **The Complainant allege that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, because his position description does not accurately reflect the number and level of the duties he performs.**

Q To your knowledge does the Complainant's position description (PD) accurately reflect the number and level of the duties he performs? If not, please explain when and how you were made aware of the differences between his PD and the duties he performs and if, to your knowledge, this practice conforms to Smithsonian policies and rules.

A. Since I have not read the PD in question I am not able to answer this question fairly.

Q. Is the congruency between the Complainant's PD and the duties he performs unique or do other, similarly situated, employees have duties that are outside of those set forth in their PDs. If so, who are they, what are the differences between their PDs and the duties they perform, their race, color, sex, religion, disability status and whether they have been involved in EEO activities. Are the duties you perform only those set forth in your PD?

A. I do not have specific knowledge of the many PDs in our office. I only have my own as reference. I am aware that the re-writing of PDs is something that the department has struggled with in the past. During the time period in question, I worked with the management at that time to revise my PD and went through several drafts. It was my understanding that my PD was a document that was liquid and would change yearly in order to accurately capture all my responsibilities.

Initials                                                     Page 4 of 5 Pages

Q    Is there anything more you wish to add to your statement? If so, please explain.

A.   I have nothing more to add to the record.

I have read this statement consisting of 5 pages and I have made all necessary corrections and additions, and have initialed every page.

I hereby declare under penalty of perjury that the forgoing statement is true, correct, and complete to the best of my knowledge and belief.

Signature of Affiant: _A. Grace Hope_

Date: 12/21/04

Subscribed and sworn to before me this 21st day of December, 2004:

_____
Signature of EEO Investigator or Notary Public

Initials _AH_                                                                                                  Page 5 of 5 Pages