# PLAINTIFF'S EXHIBIT 8

Report of Investigation, Case No. 04-16-080604--Affidavit of Herman Krebs,   Tab 9

AFFIDAVIT

City of:     Washington        )
                               )
                               )
                               )
District of: Columbia          )

I, Herman Krebs, am being first duly sworn on oath make the following statement freely and voluntarily to James S. Gee who has identified himself to me as an investigator assigned by the Smithsonian Institution to perform this investigation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who has an official interest.

This affidavit is given in relation to the complaint of discrimination filed by Anthony Bowden, on August 6, 2004, SI Case NO.: 04-16-0080604.

Q.   What is the name of the agency for which you worked the organizational unit to which you were assigned and the address of your duty station at the time of the alleged discrimination (October 2003 to May 2004)?

A.   During the period mentioned (October 2003 to May 2004) I worked in the Division of Exhibits & Outreach at the Smithsonian Institution's National Zoological Park, 3001 Connecticut Ave. NW, Washington DC.

Q.   What were your position title, series and grade at the time of the alleged discrimination? How long did you hold this position?

A.   I am the senior graphic designer at the National Zoo. I have been a GS-1084-11 since 1987. I have been a GS-1084 at the National Zoo since December 1983.

Q.   During this period, who were your immediate and second-level supervisors?

A.   During the period from October 2003 to May 2004 Kathleen Samiy was my immediate supervisor and Lynn Dolnick was my second-level supervisor. However, Kathleen Samiy stopped reporting to work in March 2004 and cleaned out her office, although she remained on the payroll through September 2004.

Q.   How long had you been employed by the Smithsonian Institution? What positions have you held over the past 10 years?

A.   I have been a GS-1084 at the National Zoo since December 1983. I have been a GS-1084-11 at the Zoo since 1987.

Q.   Do you have a mental or physical disability that substantially impacts a major life activity, if so, what is your disability claim?

Initials HK                                                   Page 1 of 7 Pages

A.   No.

Q.   What are your race, color, sex and religion?

A.   I am Caucasian/white, male, and Congregationalist/Protestant. 

Q   Please indicate whether you have ever been involved in any prior EEO activity and describe the nature of your involvement (e.g., sought counseling, filed formal complaint, participated as witness, identified as responsible official).

A.   I have previously given "notice of intent" to file an EEO complaint. In that case, which occurred early last year (2004), the Zoo's EEO counselor conducted interviews and ultimately, many of my concerns were addressed and rectified.

Q.   Did you know Anthony Bowden, the Complainant? If so, for how long and in what capacity did you know him?

A.   I have known Mr. Bowden as a co-worker since he began working at the National Zoo several years ago. We've worked in the same office since he started at the National Zoo.

Q.   To your knowledge, did Mr. Bowden engage in any formal or informal EEO activity? If so please explain what you understood about his EEO activity, and when and how you became aware of it.

A.   Mr. Bowden was part of the group of individuals, including myself, that gave the "notice of intent" to file an EEO complaint in early 2004, mentioned above. I believe he was also involved in an action at his previous Smithsonian job, which resulted in his being reassigned to the National Zoo.

Q.   To your knowledge did Mr. Bowden have a mental or physical disability that substantially impacts a major life activity, if so, what was his disability?

A.   It's my understanding that Mr. Bowden is under a physician's care and is taking medication. Although he has been very open in discussing this, I don't really know any more details than that.

1.   **Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when from October 2003 to the present, he has been subjected to discrimination which created a hostile work environment.**

Q.   Explain what knowledge you have of the circumstances surrounding this allegation, your awareness of what transpired--why and how events unfolded.

Initials HK                                                                 Page 2 of 7 Pages

A. This office had been managed atrociously for at least ten years up until August of 2004. Lynn Dolnick created an atmosphere of suspicion, unfairness, favoritism, prejudice and incompetence. There were different rules for different people. Promotions were given almost exclusively to staff members of Jewish origin. Performance Ratings were based on how "comfortable" Ms. Dolnick felt with staff members rather than any professional considerations… and she felt uncomfortable both with men and with African Americans. When Kathleen Samiy was brought on board in July 2002, the situation became drastically worse. Ms. Dolnick was able to continue to foster her own brand of unfairness while using Ms. Samiy as a "buffer" to insulate herself from personnel actions. This was indeed a hostile work environment for many of us.

Q. Did you or someone else you know, experience similar treatment? If so, when and what were the circumstances? Please elaborate.

A. Yes, most men in the office received similar treatment through March 2004, when Kathleen Samiy left. There is at least one other EEO complaint against Kathleen Samiy and Lynn Dolnick that I'm aware of that rose out of this period. Several of us were threatened with official reprimands, denied comp time, denied leave, etc. That was the gist of the EEO complaint we had given "notice of intent" to file in January 2004. As a result of the "notice of intent," Kathleen Samiy and Lynn Dolnick no longer work at the National Zoo or the Smithsonian Institution. Ms Samiy left in mid-March (although she remained on the payroll until September 30) and Ms Dolnick left in late August 2004. The atmosphere in this office has improved enormously since then. I believe the field has been leveled a bit, although that remains to be seen.

2. **Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when on April 22, 2004 he was informed that he was not selected for the position of Supervisory Exhibits Specialist, Vacancy Announcement No. 04SO-1005l.**

Q. What knowledge do you have of the selection process for the position of Supervisory Exhibits Specialist, Vacancy Announcement No. 04SO-1005l? Please explain if you were involved and what actions you took.

A. I have very little knowledge of the selection process. I know that this Job Announcement was rewritten and revised several times over several months and may even have been announced and withdrawn several times. It seemed to me that each time the Announcement was rewritten, the revisions seemed to increasingly exclude the Complainant from qualifying for the position. These revisions seemed to mostly involve experience with software that had little to do with the position (QuarkXPress, for example, a publishing program). It's been a long time since I've seen any version of the Announcements, although I had seen at least three during the period discussed, so I don't recall any more detail than that.

Q. What knowledge do you have that bears directly on the nonselection of the Complainant for the position in question? Please elaborate.

Initials HK                                                                 Page 3 of 7 Pages

A. The Complainant was asked to take a "lead" role in the Production Department when Kathleen Samiy became his supervisor. To the best of my knowledge, this was an "unofficial" title, with no credit or compensation. After performing in this role for over a year, the Complainant requested a promotion. I believe that the request was denied and that this was when the previously non-existent position of Supervisory Exhibits Specialist was created.

Q. Do you believe that the Complainant was discriminated against on the basis of race, color, sex, religion and/or disability and/or reprisal when he was not selected for the Supervisory Exhibits Specialist position? Explain.

A. By the time this position was selected, Kathleen Samiy had left the office, so as far as I know, she was not involved in the selection. Lynn Dolnick's intent for this position had clearly changed since the position was announced. In fact, I was assigned to the new Supervisor the day before he started work here.

Besides whatever Lynn Dolnick's intent for this position might have been, the Announcement had been rewritten several times, as I've said. It's possible that by the final Announcement, the Complainant was not the most qualified candidate, but I have no way of knowing this.

The reason the Complainant was not selected could have resulted from any of the factors mentioned above or a combination. As I've already said, Lynn Dolnick seemed to favor staff members of Jewish origin and was uncomfortable both with men and with African Americans. The "notice of intent" to file an EEO complaint that I mentioned earlier was delivered in January 2004 and resulted in Kathleen Samiy leaving in March 2004. The Complainant and I were both part of the group that wrote and delivered that notice. So any of those factors could have affected the selection process, but again, I have no way of knowing this.

3. The Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when in or around May 2004, he received a "Fully Successful" performance rating.

Q. What knowledge do you have of the process, procedures and outcomes in the official performance evaluation in question?

A. I know that the Complainant's immediate supervisor (and mine), Kathleen Samiy, had left the office in March 2004, so this evaluation was conducted by Lynn Dolnick, who had not been supervising the Complainant directly during the performance period.

Q. To the best of your knowledge, were normal operating procedures adhered to in conducting the evaluation?



Initials

Page 4 of 7 Pages

A. Performance Appraisals under Lynn Dolnick were an absolute fiasco that had nothing to do with job performance. I have no idea what "normal" operating procedures are, since I'm sure I didn't see them here. Under her standard operating procedure, there were no signed Performance Plans and there was no mid-year review. PDs and Performance Plans were frequently rewritten without the knowledge of the employee. Performance Appraisals were usually distributed to employees' mailboxes rather than discussed, with the burden placed on the employee to arrange a meeting to discuss their appraisals if they felt the need. As I said above, Performance Ratings were based on how "comfortable" Ms. Dolnick felt with staff members rather than any professional considerations... and she felt uncomfortable both with men and with African Americans.

Q. Do you have any information bearing on the fairness of the official performance evaluations of Mr. Bowden, compared to those of similarly situated employees? Explain how they were the same or different.

A. See my answer to the previous question. Official Performance Evaluations were indeed unfair. Some people benefited from this unfairness and many of us did not. Some people were given promotions and awards, while other individuals who managed larger projects and budgets were given flat (Fully Successful) ratings. I think Mr. Bowden certainly fell into that latter category.

Q. What was Mr. Bowden's official rating for the evaluation period in question? To your knowledge, was lowering his performance ratings for the period in question from his ratings of prior periods justified?

A. I don't know Mr. Bowden's official rating. But I did not see his performance drop during this period, so no, I do not believe lowering his rating was justified.

Q. Do you believe that the Complainant was discriminated against on the bases of race, color, sex, religion and/or disability and/or reprisal when he was rated fully successful for the performance evaluation period in question? Please explain.

A. I believe that the Complainant's lowered rating could have resulted from any of those factors or a combination. As I've already said, promotions were given almost exclusively to staff members of Jewish origin. Lynn Dolnick was uncomfortable both with men and with African Americans. The "notice of intent" to file an EEO complaint that I mentioned earlier was delivered in January 2004 and resulted in Kathleen Samiy leaving in March 2004. The Complainant and I were both part of the group that wrote and delivered that notice. So any of those factors could have affected (and in my opinion did affect) his rating.

4. The Complainant allege that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, because his position description does not accurately reflect the number and level of the duties he performs.

