# PLAINTIFF'S EXHIBIT 12

Report of Investigation, Case No. 04-16-080604--Affidavit of Judy Tasse, Tab 11

## AFFIDAVIT

City of:       Washington           )
                                    )
                                    )
                                    )
District of:   Columbia             )

I, Judy Tasse, am being first duly sworn on oath make the following statement freely and voluntarily to James S. Gee who has identified himself to me as an investigator assigned by the Smithsonian Institution to perform this investigation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who has an official interest.

This affidavit is given in relation to the complaint of discrimination filed by Anthony Bowden, on August 6, 2004, SI Case NO.: 04-16-0080604.

Q. What is the name of the agency for which you worked the organizational unit to which you were assigned and the address of your duty station at the time of the alleged discrimination (October 2003 to May 2004)?

A. During the time between October 2003 and May 2004 I worked for the Smithsonian Institution, at the National Zoological Park, in the Exhibits and Outreach Department.

Q. What were your position title, series and grade at the time of the alleged discrimination? How long did you hold this position?

A. During that time, my position title, series and grade was Interpretive Information Specialist, GS1001-11. I had been in this position since September 2003, and I continue to be in this position.

Q. During this period, who were your immediate and second-level supervisors?

A. During this period, my immediate supervisor was Kathleen Samiiy, and my second-level supervisor was Lynn Dolnick.

Q. How long had you been employed by the Smithsonian Institution? What positions have you held over the past 10 years?

A. Prior to my current position, I had been working as a writer/editor in the Exhibits and Outreach Department at the National Zoo, Smithsonian Institution since November 1997 as a FONZ (Friends of the National Zoo) Senior Trainee. Between 1994 and 1997, I was working as a homemaker.

Initials  JT                                                    Page 1 of 5 Pages

Q. Do you have a mental or physical disability that substantially impacts a major life activity, if so, what is your disability claim?

A. I do not have a mental or physical disability that substantially impacts a major life activity.

Q. What are your race, color, sex and religion?

A. I am a white, Jewish female.



Q Please indicate whether you have ever been involved in any prior EEO activity and describe the nature of your involvement (e.g., sought counseling, filed formal complaint, participated as witness, identified as responsible official).

A. I have participated as a witness in an EEO complaint by Ernest Robinson, also from the Exhibits and Outreach Department.

Q. Did you know Anthony Bowden, the Complainant? If so, for how long and in what capacity did you know him?

A. I have known Anthony Bowden as a co-worker in the Exhibits and Outreach Department since he began here, in 1999.

Q. To your knowledge, did Mr. Bowden engage in any formal or informal EEO activity? If so please explain what you understood about his EEO activity, and when and how you became aware of it.

A. I was aware that Mr. Bowden was filing a formal EEO complaint during the time that Kathleen Samiiy was supervisor. I believe I first became aware of this from another co-worker, but later, Mr. Bowden mentioned it to me.

Q. To your knowledge did Mr. Bowden have a mental or physical disability that substantially impacts a major life activity, if so, what was his disability?

A. I was aware that Mr. Bowden had a disability because when he first began working here, he informed us (at a staff meeting) that he may sometimes get sleepy in meetings due to medication that he was taking for his disability. However, I do not know the nature of his disability.

1. **Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when from October 2003 to the present, he has been subjected to discrimination which created a hostile work environment.**

Q. Explain what knowledge you have of the circumstances surrounding this allegation, your awareness of what transpired--why and how events unfolded.

A. Under the supervisory leadership of Kathleen Samiiy, there was an office environment where certain people, including Mr. Bowden, were treated with less leniency that others, regarding their timekeeping and whereabouts, and were approached with an authoritarian attitude, rather than collegial professionalism.

Q. Did you or someone else you know, experience similar treatment? If so, when and what were the circumstances? Please elaborate.

A. I did not experience this kind of treatment. However, it appeared to me that those people who did experience similar treatment were male, and among those males, the harshest treatment seemed to be given to African Americans.

2. **Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when on April 22, 2004 he was informed that he was not selected for the position of Supervisory Exhibits Specialist, Vacancy Announcement No. 04SO-1005I.**

Q. What knowledge do you have of the selection process for the position of Supervisory Exhibits Specialist, Vacancy Announcement No. 04SO-1005I? Please explain if you were involved and what actions you took.

A. I have no official knowledge about the selection process. In general, the workers in our department were kept uninformed about the entire process by our supervisors. Even when we asked about updates at staff meetings, we were not given any substantial information. However, there was "talk" in the office that the position had been closed and relisted in order to prevent an applicant with veteran status from gaining a higher rating, than another applicant whom the supervisors had decided they wanted.

Q. What knowledge do you have that bears directly on the nonselection of the Complainant for the position in question? Please elaborate.

A. The Complainant told me that prior to his application for the position, he discussed his intention to do so to Lynn Dolnick, at which point she told him he would not "be happy" in that position. The impression I got was that Ms. Dolnick was trying to dissuade Mr. Bowman from applying.

Q. Do you believe that the Complainant was discriminated against on the basis of race, color, sex, religion and/or disability and/or reprisal when he was not selected for the Supervisory Exhibits Specialist position? Explain.

A. I do believe that the Complainant's race could have been a factor against him during the selection of the Supervisory Exhibits Specialist position, due to the institutional racism that appears to prevail in this office. There are no people of

color in supervisory positions in this office, while the Production unit workers are 100% minority.



3. **The Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when in or around May 2004, he received a "Fully Successful" performance rating.**

Q. What knowledge do you have of the process, procedures and outcomes in the official performance evaluation in question?

A. I have no knowledge of this.

Q. To the best of your knowledge, were normal operating procedures adhered to in conducting the evaluation?

A. I have no knowledge of this.

Q. Do you have any information bearing on the fairness of the official performance evaluations of Mr. Bowden, compared to those of similarly situated employees? Explain how they were the same or different.

A. I have no knowledge of this.

Q. What was Mr. Bowden's official rating for the evaluation period in question? To your knowledge, was lowering his performance ratings for the period in question from his ratings of prior periods justified?

A. I have no knowledge of this.

Q. Do you believe that the Complainant was discriminated against on the bases of race, color, sex, religion and/or disability and/or reprisal when he was rated fully successful for the performance evaluation period in question? Please explain.

A. I have no knowledge of this.

4. **The Complainant allege that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, because his position description does not accurately reflect the number and level of the duties he performs.**

Q  To your knowledge does the Complainant's position description (PD) accurately reflect the number and level of the duties he performs? If not, please explain when and how you were made aware of the differences between his PD and the duties he performs and if, to your knowledge, this practice conforms to Smithsonian policies and rules.

A.  I have no knowledge of this.

Q.  Is the congruency between the Complainants's PD and the duties he performs unique or do other, similarly situated, employees have duties that are outside of those set forth in their PDs. If so, who are they, what are the differences between their PDs and the duties they perform, their race, color, sex, religion, disability status and whether they have been involved in EEO activities.

A.  I have no knowledge of this.

Q   Is there anything more you wish to add to your statement? If so, please explain.

No.

I have read this statement consisting of __5__ pages and I have made all necessary corrections and additions, and have initialed every page.

I hereby declare under penalty of perjury that the forgoing statement is true, correct, and complete to the best of my knowledge and belief.

Signature of Affiant: _____

Date: 12/21/04

Subscribed and sworn to before me this 21st day of December, 2004:

_____
Signature of EEO Investigator or Notary Public

Initials                                                                                      Page 5 of 5 Pages