# PLAINTIFF'S EXHIBIT 15

Report of Investigation, Case No. 05-10-031805—Tab G-7, Smithsonian Directive 212, Federal Personnel Handbook, Rule 430-4(j), "Rating official"

**Policy, Training and Development Branch**

- Classification
- Forms
- Duty Hours
- Personnel Handbook
- Leave Administration
- Pay
- Programs
- Training
- OHR Home

# Smithsonian Directive 212

# Federal Personnel Handbook

## Table of Contents

| Chapter | Title |
|---|---|
|  | Introduction |
| 213 | Smithsonian Institution Excepted Service in Panama |
| 334 | Time-Limited Appointments |
| 335 | Merit Promotion |
| 351 | Reduction-In-Force |
| 410 | Training |
| 430 | Performance Management System  (updates |
| 432 | Reduction-in-Grade and Removal Based on Unacceptable Performance |
| 451 | Awards and Honors |
| 511 | Position Classification |
| 530 | Pay Rates and Systems |
| 531 | Within Grade Increases: General Schedule/Wage Grade Employees |
| 550 | Pay Administration |
| 572 | Travel Expenses for Interviews and Payments for New Appointments |
| 575 | Recruitment and Relocation Bonuses and Retention Allowances |

e. <u>Performance</u>. The accomplishment of assigned work as specified in the critical and noncritical elements of an employee's position.

f. <u>Performance plan</u>. The aggregate of all of an employee's written critical and noncritical elements and performance standards.

g. <u>Performance standard</u>. A statement of the expectations or requirements established by management for a critical or a noncritical element at a particular rating level, i.e.,"Fully Successful." A performance standard may include, but is not limited to, factors such as quality, quantity, timeliness and manner of performance.

h. <u>Progress review</u>. A review during the appraisal period of the employee's progress toward meeting his/her performance standards. The progress review is not in itself a rating.

i. <u>Rating of record</u>. The summary rating required at the completion of an employee's appraisal period or at such other times as are specified herein for special circumstances.

j. <u>Rating official</u>. The individual who appraises performance and assigns a summary rating. Normally, this is the employee's immediate supervisor.

k. <u>Reviewing official</u>. The individual, normally the second level supervisor, who reviews proposed appraisals and monitors the operation of the performance appraisal system by subordinate supervisors.

l. <u>Summary rating</u>. The written record of the appraisal of each critical and noncritical element and the assignment of a summary rating level.

4. PERFORMANCE APPRAISAL PROCESS. At the beginning of the appraisal period, the major performance elements are identified for each position and a determination made as to which of these performance elements are "critical." Then performance standards establishing the "Fully Successful" level of performance are prepared for all elements. This listing of elements and standards constitutes the written performance plan that is provided to each employee at the beginning of the appraisal period. It is intended to permit the accurate evaluation of job performance, to the maximum extent feasible, on the basis of objective criteria related to the position.