# PLAINTIFF'S EXHIBIT 18

Report of Investigation, Case No. 06-13-052606—Interrogatory Responses of Sherod Mangum, Tab F6, p.3

# RESPONSE TO INTERROGATORIES

District of Columbia, to-wit:

I, Sherod Mangum, provide the following statement and responses to interrogatories freely and voluntarily to Herbert L. Jackson who has identified himself to me as a Contract EEO Investigator for the Smithsonian Institution, investigating a complaint of discrimination filed by Anthony Bowden ("Complainant") against the Smithsonian Institution, knowing that this statement and responses to interrogatories may be used in evidence. I understand that this statement and responses to interrogatories is not confidential and may be shown to any interested party (those with a legal right to know).

I understand that the Complainant alleges that he was discriminated against on the basis of his race (African American), color (black), sex (male), and/or disability (mental), and/or subjected to reprisal which created a hostile work environment, when, on February 3, 2006, the Complainant received an "Improvement Needed" performance rating.

## INTERROGATORIES:

1. Please provide your current position title; length of time in current position; your race, color, sex, any disability, whether or not you have participated in previous EEO activity (as a complainant, respondent, or witness), your phone number, and your supervisor's name, title and phone number.

Response: Exhibit Specialists. Three years in this title, I am African American, I was hesitant to participate in previous EEO activity as a witness because I wasn't permanent yet and was afraid of loosing my job. My number is 202.633.3583. My supervisor is Jeff Baxter and his number is 202.633.3278

2. What is your business relationship to the Complainant, and how long has this relationship been effective?

Response: Mr. Bowden and I work in the same unit and often are tasked together to complete jobs. It has been in effect for three years

3. The Complainant maintains that his supervisor, Mr. Jeff Baxter, has a problem communicating with his production staff. Do you agree with this statement or are you able to comment on it?

1

Response: I believe that Mr. Baxter does have a problem at times, for whatever reason, communicating with his staff. There have often been jobs and tasks that need to be complete that we have no knowledge about. It seems he would rather run and try to do it himself then delegate the responsibility to someone in his staff. It almost feels like he wants to prove that his way is better. He also likes to give you bits and pieces of jobs instead of the project as a whole. He would rather keep the more "high profile" jobs to himself.

4. The Complainant maintains that his supervisor, Mr. Jeff Baxter, has used on occasion the phrase "you people" and that "he did not trust [you]", referring to African-Americans. Is this true according to your personal knowledge? If so, when and in what context did he make this statement?

Response: Yes he has said the phrase "you people" to me before and he didn't trust us. Mr. Bowden was upset and came to talk to me at one time because he couldn't believe that his supervisor had said that he didn't trust you people to him. I told him maybe he was over reacting or misunderstood. I experienced it myself when Mr. Bowden, Robinson, and myself had a meeting with Mr. Baxter and Mr. Fillah about how we were being treated in the work place. During the meeting Mr. Baxter basically asked, "why should I trust you" and that he didn't trust us and we needed to earn his trust. I can't remember the exact context in which he used you people but it was stated. The people he was addressing were black and I know he was told that he shouldn't use it when referring to a group of people but he did. Mr. Fillah immediately stepped in to try and clean up what took place in the meeting but it was over and too late after those statements were made.

5. The Complainant maintains that his supervisor, Mr. Jeff Baxter, stated that Ms. Mary Tanner had some input into your performance evaluations. Is this true according to your personal knowledge? If so, when and in what context did he make this statement?

Response: Yes, this is true. During my own evaluation Mr. Baxter told me at the end that my evaluation has been reviewed and discussed by Ms. Tanner and Mr. Fillah as well as him. I asked Mr. Baxter what did they have to do with my work and review when I don't even work with them on a day-to-day basis nor do they understand what it takes to complete it. He replied " they have more insight on you job and what goes on around here then you think."

6. The Complainant maintains that he was harassed by a management official, Steve Hodges, yet, neither Mr. Jeff Baxter nor Mr. Chuck Fillah took any actions against Mr. Hodges. Is this true? If so, when did it happen and what happened? Please be specific and explain fully.

Response: Yes, Mr. Hodges harassed him, and I witnessed it. I don't remember the exact date but it was an early workday morning. We got in our vehicle to do some work when we realized we had left some tools we needed in the production shop. We both hopped out of the vehicle, went inside to retrieve the tools and returned to the vehicle. When we came outside Mr. Hodges was looking in the truck. As we approached he said in an angry tone "Don't you know we are in an energy

emergency!" and " You have the truck running with the Air Conditioner!" We didn't reply and when he was finished I said to him he must have had a bad morning. He walked away toward the mechanic shop and then turned to come back. By this time I was in the passenger seat and Mr. Bowden had the car door open about to get in. He got in Mr. Bowdens face and screamed, " Who is your boss, Who is your boss?" I told Mr. Hodges that what he was doing was doing was inappropriate. Mr. Bowden told him "You need to back up out of my face because you don't know me like that." We both told Mr. Baxter what occurred that morning right after it happened. He then told Mr. Fillah. Mr. Fillah told Mary Tanner and the Ombudsman. The only thing they said was that they did all they could do and if we had one more witness then we would definitely have a case against Mr. Hodges.

7. The Complainant maintains that his supervisor, Mr. Jeff Baxter, has "dressed him down" in the presence of visitors at the Panda House walkway. Did this happen according to your personal knowledge? If so, when and what happened or what was said that amounted to a "dressing down?"

Response: Yes, this happened. I can't recall the exact day but it was a workday afternoon. Mr. Bowden and I were discussing a work ticked and decided to be pro-active and take a look at the work we had to do later that afternoon to insure we were prepared. Once we were at the Panda walkway and took a look at the job that needed to be done, we noticed that a part of it did not make sense and then called Mr. Baxter to clarify. He met us at the Panda walkway. When Mr. Baxter arrived he was noticeably agitated and told Mr. Bowden " Didn't I tell you to call me before you came up here." He replied "yes you did but what is the problem with us looking at the work before we meet with you." He said, "I told you I wanted to be here and what would you do if I wasn't at my desk or available?" Mr. Bowden said he would wait for him or go back to his desk. Mr. Bowden told him that he has been trying to be nice to him and Mr. Baxter replied, "yes you have". As this exchange was happening they were in the middle of the Panda walkway and visitors were walking back and forth to try and see the Pandas.

8. The Complainant maintains that his supervisor, Mr. Jeff Baxter, has given him deadlines that are impossible to meet. Additionally, he maintains that Mr. Baxter distributes work ticket unevenly, that is, the Complainant is given upwards of ten (10) work tickets while co-workers receive one or two. Did any of this happen according to your personal knowledge? Please explain what you know of each type of incident.

Response: Mr. Bowden has been given more work tickets then others in the past. I am not sure if it was ten or not but I do know the rest of us had two or three while he had considerably more. Mr. Bowden has been given deadlines that were unreasonable. He was working on a major project Prairie Dogs while given deadlines that need to be completed that day. It has also happened while working with contractors in the park, whom need to be supervised, and being asked to complete other jobs that day as well.

3

9. In your opinion, is the Complainant being treated discriminatorily by his supervisor, Mr. Baxter, as compared to the other staff employees not of the Complainant's protected categories (i.e., race, color, sex, disability, and having filed a prior EEO complaint)? Please explain fully.

Response: in my opinion, at times, his supervisor, Mr. Baxter, has treated Mr. Bowden discriminatorily. He has been asked to perform tasks that others were not asked to complete. One incident that was a clear example was when Ms. Elaina Lopez dumped a bundled rope in front of our building. The rope sat there for a month. Mr. Baxter knew that Ms. Lopez dumped the trash there but asked Mr. Bowden to clean it up. He replied that he doesn't clean up after people and Mr. Baxter said that he didn't want to ask her to do it.

10. Is there any additional information you'd like to provide as relating to the allegations?

Response:

I solemnly swear or affirm that the above information/responses, being provided by me, are true to the best of my knowledge and belief.

_____        Date: 8/31/06
Sherod Mangum

_____
EEO Investigator

4