# PLAINTIFF'S EXHIBIT 20

Report of Investigation, Case No. 04-16-080604--Affidavit of Ernest Robinson, Tab10

# AFFIDAVIT

City of: Washington )
)
)
)
District of: Columbia )

I, Ernest L. Robinson, being first duly sworn on oath make the following statement freely and voluntarily to James S. Gee who has identified himself to me as an investigator assigned by the Smithsonian Institution to perform this investigation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who has an official interest.

This affidavit is given in relation to the complaint of discrimination filed by Anthony Bowden, on August 6, 2004, SI Case NO.: 04-16-0080604.

Q. What is the name of the agency for which you worked the organizational unit to which you were assigned and the address of your duty station at the time of the alleged discrimination (October 2003 to May 2004)?

A. I work for the Smithsonian Institution, National Zoo, Exhibits/Park Management. My duty station is located at 3001 Connecticut. Ave., N.W., Washington, D.C., General Services building.

Q. What were your position title, series and grade at the time of the alleged discrimination? How long did you hold this position?

A. My position title and grade was Visual Information Specialist, GS-11. I had held this position for (10) years.

Q. During this period, who were your immediate and second-level supervisors?

A. Kathleen Samiy, was my immediate supervisor. Lynn Dolneck, Manager, was my second-level supervisor.

Q. How long had you been employed by the Smithsonian Institution? What positions have you held over the past 10 years?

A. I have been employed by the Smithsonian Institution for 18 years; the last (10) years as Visual Information Specialist.

Q. Do you have a mental or physical disability that substantially impacts a major life activity, if so, what is your disability claim?

A. I do not have a mental or physical disability that substantially impacts a major life activity.

Q. What is your race, color, sex and religion?

A. I am African American, my complexion is brown and my sex is male. I do not wish to name a religious affiliation.

Q. Please indicate whether you have ever been involved in any prior EEO activity and describe the nature of your involvement (e.g., sought counseling, filed formal complaint, participated as witness, identified as responsible official).

A. I have filed a complaint against the present office at which I am employed, and I am involved in an (EEO) investigation.

Q. Did you know Anthony Bowden, the Complainant? If so, for how long and in what capacity did you know him?

A. Yes, I knew Anthony Bowden, and have worked along with him as a designer, in the Exhibits Department.

Q. To your knowledge, did Mr. Bowden engage in any formal or informal EEO activity? If so please explain what you understood about his EEO activity, and when and how you became aware of it.

A. I became aware of Mr. Bowden's involvement with EEO, since 2003, after he had applied for a position in the office, acting as the Production Manager/Contracting Officer.

Q. To your knowledge did Mr. Bowden have a mental or physical disability that substantially impacts a major life activity, if so, what was his disability?

A. Yes, Mr. Bowden suffered from depression and anxiety. When Mr. Bowden came into this office, he made everyone aware of his condition during one of the weekly staff meetings, and that he was able to control his condition through medication that would sometime make him drowsy during long meetings.

**1. Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when from October 2003 to the present; he has been subjected to discrimination, which created a hostile work environment.**

Q. Explain what knowledge you have of the circumstances surrounding this allegation, your awareness of what transpired--why and how events unfolded.

A. Mr. Bowden as I understand served as (Acting Production Manager/Contracting officer) in the Exhibit and Production Office under the leadership of Kathleen Samiy, and Lynn

Dolneck, during the month of October 2003, until recently. Mr. Bowden oversaw and coordinated the work for (one) exhibit specialist, and (one) designer, myself and also oversaw contracts from outside contractors. Mr. Bowden performed these duties proficiently and professionally and was very much depended on by his immediate supervisor Kathleen Samiy.

I was present in a meeting with Kathleen Samiy and Lynn Dolneck, when they promised that Mr. Bowden would be promoted for the duties that he was then performing. When a position was announced for (Production Manager/Exhibits), Mr. Bowden applied for that position. At that time, the duties that he had performed as Acting Production Manager/ contracting officer were taken away from him, and it was at that point that I noticed a change in attitude and the way that he was treated by Kathleen Samiy, and Lynn Dolneck. Also to be noted is the fact that Mr. Bowden had received a (highly successful) performance rating for that period.



Q. Did you or someone else you know, experience similar treatment? If so, when and what were the circumstances? Please elaborate.

A. Yes! I was also treated in a similar manner in that I was told that I should no longer work with Mr. Bowden on a project that we had started, (Great Cats) and it would have been totally impossible for ether one of us to finish this scope of work without both our inputs. This was being done by the supervisor Kathleen Samiy and Lynn Dolneck, to allow Mr. Bowden to fail on this project, which would prove that he was not capable of overseeing a scope of work of this size. After the scope of work was completed, the supervisor, Kathleen Samiy asked Mr. Bowden to turn the project over to her so that she could present it to Mary Tanner, Deputy Director, as if Kathleen prepared it. Also to be noted is the fact that Mr. Bowden was able to complete the scope on time, and within budget.

**2. Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when on April 22, 2004 he was informed that he was not selected for the position of Supervisory Exhibits Specialist, Vacancy Announcement No. 04S0-1 0051.**

Q. What knowledge do you have of the selection process for the position of Supervisory Exhibits Specialist, Vacancy Announcement No. 04S0-10051? Please explain if you were involved and what actions you took.

A. I was aware that Mr. Bowden had applied for the position, and did make the certification to qualify. I do remember that the job was posted the first time, and then re-posted a second time after he had applied the first time. It appeared that they posted it a second time with additional duties, which they felt would not allow Mr. Bowden to qualify. I was not involved in the process, and could not take any action.

Q. What knowledge do you have that bears directly on the non-selection of the Complainant for the position in question? Please elaborate.

A. I personally saw on a day-to-day basis, for (two) years, Mr. Bowden perform as Production Manager/Exhibits and I was fully aware that without a doubt he was able to perform the duties in that capacity. The department depended very heavily on his ability and experience while he was acting in that position. Also, again to be noted is the fact that he had received a (Highly successful) performance rating during those two years. Once he applied for the Supervisory Exhibits Specialist position, his performance rating dropped. Using that as a basis, management officials claimed that his performance had declined, which was another reason not to hire him for that position.



Q. Do you believe that the Complainant was discriminated against on the basis of race, color, sex, religion and/or disability and/or reprisal when he was not selected for the Supervisory Exhibits Specialist position? Explain.

A. Yes, I believe he was discriminated against! Mr. Bowden insisted that the department do a desk audit because Mr. Bowden felt that he had performed as Acting Production Manager without proper recognition and compensation. When the desk audit was complete, Mr. Bowden noticed that all of the duties that he had performed were not listed in the audit. This incomplete audit allowed management to further discredit his qualifications for the position.



**3. The Complainant alleges that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, when in or around May 2004, he received a "Fully Successful" performance rating.**

Q. What knowledge do you have of the process, procedures and outcomes in the official performance evaluation in question?

A. Before Mr. Bowden applied for the Supervisory Exhibits Specialist position he had received a "Highly Successful" performance appraisal. Since Mr. Bowden requested a desk audit, which he charged was not complete; his rating was reduced to "Fully Successful".

Q. To the best of your knowledge, were normal operating procedures adhered to in conducting the evaluation?

A. No, normal operating procedures were not adhered to in conducting the evaluation! This department has a history of irregular operating procedures when it pertains to measuring performance. This department used favoritism in who received a good or bad performance appraisal. It was noted in other EEO complaints that were filed that females were given preferential treatment over males throughout this office.

Q. Do you have any information bearing on the fairness of the official performance evaluations of Mr. Bowden, compared to those of similarly situated employees? Explain how they were the same or different.

A. My self, as well as other blacks in the office received poor evaluations.

Q. What was Mr. Bowden's official rating for the evaluation period in question? To your knowledge, was lowering his performance rating for the period in question from his ratings of prior periods justified?

A. No, lowering his performance rating for the period in question from his ratings of prior periods was not justified! It appeared that management lowered his performance rating to justify not selecting him for the Supervisory Exhibits Specialist position.

Q. Do you believe that the Complainant was discriminated against on the bases of race, color, sex, religion and/or disability and/or reprisal when he was rated fully successful for the performance evaluation period in question? Please explain.

A. I believe that the Complainant was discriminated against on the bases of race, color, sex, religion and/or disability and/or reprisal when he was rated fully successful for the performance evaluation period in question. I worked very closely with Mr. Bowden on a variety of projects and his performance was always exceptional, I am unaware that any change occurred in the level and quality of his work during the rating period in question. He did not deserve the "Fully Successful" rating he received.

**4. The Complainant allege that he was discriminated against based on race, color, sex, religion and/or disability and/or reprisal, because his position description does not accurately reflect the number and level of the duties he performs.**

Q. To your knowledge does the Complainant's position description (PO) accurately reflect the number and level of the duties he performs? If not, please explain when and how you were made aware of the differences between his PO and the duties he performs and if, to your knowledge, this practice conforms to Smithsonian policies and rules.

A. Yes, I believe that the Complainant's position description (PO) did not accurately reflect the number and level of the duties he performed. There have been problems with position descriptions within this department since Lynn Dolneck took over this department (18) years ago.

Q. Is the congruency between the Complainant's PO and the duties he performs unique or do other, similarly situated, employees have duties that are outside of those set forth in their POs. If so, who are they, what are the differences between their Pos and the duties they perform, their race, color, sex, religion, disability status and whether they have been involved in EEO activities.

A. Being an African American male in this office, I was also subjected to being asked to perform duties outside of my normal position description, and not credited for it. Others, non-Blacks, in the office did not have these kinds of problems.

Q Is there anything more you wish to add to your statement? If so, please explain.

A. For the (Two) years that ~~Kathleen Samiy, Supervisor~~ was employed, there have been (4) EEO cases filed in this office and (two) th~~at are still~~ pending. Senior management was well aware of the ongoing problems that ~~existed and chose to do nothing about~~ them, which allowed these problems to escalate to this level.

I have read this statement consisting of 6 pages and I have made all necessary corrections and additions, and have initialed every page.

I hereby declare under penalty of perjury that the forgoing statement is true, correct, and complete to the best of my knowledge and belief.

Signature of Affiants: Ernest L. Robinson

Date: 1/4/05

Subscribed and sworn to before me this 4th day of January, 2005

Signature of EEO Investigator or Notary Public