# PLAINTIFF'S EXHIBIT 22

Tanner Deposition Excerpts—pp. 7, 23

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,              *

       Plaintiff,      *

                            *

    vs.                      * Civil Action No.:

                            * 05-2022

LAWRENCE M. SMALL,           *

Secretary, Smithsonian       *

Institution,                 *

       Defendant.       *

* * * * * * * * * * * * * * * * * * * * * * * * *

    The deposition of MARY ROWKER TANNER called

for oral examination by Counsel for Plaintiff

pursuant to Notice on February 21, 2008, at the

offices of Steven Silverberg, 900 17th Street, NW,

Washington, D.C., before Oveda V. Hancock, a

Notary Public in and for the District of Columbia,

beginning at 1:11 p.m., when were present on

behalf of the respective parties:              **ORIGINAL**

* * * * * * * * * * * * * * * * * * * * * * * * *

1    office.

2        Q.    So, was it an EEO case?

3        A.    Yes.

4        Q.    Was it in federal court?

5        A.    I think it was a deposition like this.

6        Q.    Were you named as a responding management

7    official?

8        A.    Yes, mm-hmm.

9        Q.    Well, let me just go over some quick

10   rules.  I'm pretty straightforward.  I just ask you

11   to answer, you know, as accurately as possible.  If

12   you have any questions, please don't hesitate to

13   ask me.  If you need a break, that's fine.  Just

14   say, "I need a break."  Just don't break after I

15   ask a question and before you answer it.

16       A.    Okay.

17       Q.    Don't nod your head or say "mm-hmm" or

18   "uh-uh."  Just say yes or no.  That should be it.

19   What is your current position?

20       A.    Deputy director of the National Zoo.

21       Q.    How long have you been deputy director?

1   A.   I have been notified of the complaints
2   that he filed after I arrived at the National Zoo.
3   Q.   At the Zoo?
4   A.   Right
5   Q.   Do you have any physical or mental
6   disabilities?
7   A.   Not that I'm aware of.
8   Q.   And I should also ask while I'm at it
9   what your race, sex, and religion is?
10  A.   My race is Caucasian, my sex is female,
11  and my religion is Catholic.
12  Q.   Who told you that Mr. Bowden had filed a
13  complaint at Natural History?
14  A.   It would have been one of the labor
15  relations specialists at the Smithsonian.
16  Q.   Now, in the "Affidavit," the second page
17  of the first "Affidavit," at the second to the last
18  "Q," it's near the bottom, it says:
19      "To your knowledge did Mr. Bowden have a
20  mental or physical disability that substantially
21  impacted a major life activity?  If so, did he

                                                                144

1                READING & SIGNING PROCEDURE

2

3            The deposition of MARY ROWKER TANNER,

4    taken in the matter, on the date, and at the time

5    and place set out on the title page hereof.

6            It was requested that the deposition be

7    taken by the reporter and that same be reduced to

8    typewritten form.

9            It was agreed by and between counsel and

10   the parties that the Deponent will read and sign the

11   transcript of said deposition.

12

13

14

15

16

17

18

19

20

21

Al Betz & Associates, Inc.
www.albetzreporting.com