UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOWDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRISTIÁN SAMPER, Acting Secretary, )<br>Smithsonian Institution, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2202 RBW |

### ERRATA

Please note that when Counsel for Plaintiff filed his Opposition to Defendant's Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment yesterday, July 30, 2008, Counsel for Plaintiff inadvertently excluded Exhibit 14. Thus, Counsel for Plaintiff is now filing Exhibit 14. Also note that #14 in the Notice of Electronic Filing, emailed to Counsel for both parties on July 30, 2008, incorrectly says Exhibit #14, when it should say Exhibit #13.

Please also note that in the Notice of Electronic Filing, #20 incorrectly says Exhibit #21, but should say Exhibit #20. Finally, also note that Counsel for Plaintiff's zip code is incorrectly stated at 20036 on the Certificate of Service, but instead should say 20006.

Respectfully submitted,

*/s/ Steven J. Silverberg*

Steven J. Silverberg
DC Bar #377376
Attorney for Plaintiff
900 17th St, N.W. Suite 1250
Washington DC 20006
Phone: 202/785-8499
FAX: 202/785-8470
E-Mail: sjsilverberg@erols.com

**CERTIFICATE OF SERVICE**

I hereby certify that service to Counsel for Defendant of the foregoing Errata, has been made through the Court's electronic transmission facilities on this 31st day of July, 2008.

Respectfully submitted,

/s/ Steven J. Silverberg

Steven J. Silverberg
DC Bar #377376
Attorney for Plaintiff
900 17th St, N.W. Suite 1250
Washington DC  20006
Phone: 202/785-8499
FAX: 202/785-8470
E-Mail: sjsilverberg@erols.com