UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BOWDEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No.: 05-2202 (RBW) |
| | ) |
| **CRISTIAN SAMPER,** | ) |
| **ACTING SECRETARY** | ) |
| **SMITHSONIAN INSTITUTION** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the following new mailing address for the undersigned attorney for Plaintiff, Steven J. Silverberg, effective immediately. Note that Mr. Silverberg's telephone number, fax number, and e-mail address remain the same.

Respectfully submitted,

/s/
Steven J. Silverberg
District of Columbia Bar No. 377376
Attorney for Plaintiff
1090 Vermont Avenue, N.W.
Suite 500
Washington D.C.  20005
Tel: (202) 785-8499
Fax: (202) 785-8470
E-mail: sjsilverberg@erols.com

August 20, 2008
cc:  Counsel of Record via ECF