```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                       )
                                      )
          Plaintiff,                  )
                                      )
     v.                               ) Civil Action No. 05-2202 RBW
                                      )
CRISTIÁN SAMPER, Acting Secretary,    )
 Smithsonian Institution,             )
                                      )
          Defendant.                  )
_____)
```

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of twelve business days within which to file a reply in the above action, up to and including September 11, 2008.  Plaintiff's counsel, Steven J. Silverberg, Esq., has indicated that he does not oppose this enlargement of time.

Defendant regrets that he must seek this enlargement of time,[1] but after agreeing to the enlargement of time most recently sought by plaintiff in the case, undersigned counsel learned that his agency counsel, who was new to the case anyway, was only scheduled to be available to assist in drafting the

---

[1] Undersigned counsel recognizes that the Court had indicated in granting an earlier motion for enlargement of time by Plaintiff that there would be "No Further Extensions." See June 30, 2008 Minute Order.  Defendant believes that the Court's order was not intended to apply all future deadlines by all parties in the litigation, but if the Court intended otherwise, Defendant asks that the Court reconsider that order and allow this first enlargement of time to submit the reply.

reply for four days.  In those four days, he has begun to assist in drafting the required reply, but the document remains far from finalized.  In addition, undersigned counsel has been called upon to complete a complex dispositive motion in an unrelated civil action brought against Federal employees in both their individual and official capacities.  Counsel's efforts in that case, as well as numerous other responsibilities did not afford sufficient time to complete the reply this week.  Although there remain five days before the reply is due, counsel will be away from the office for the rest of this week in order to drive his children to their respective colleges.  Counsel does not believe that he will be able to complete the reply, which will require extensive review of the numerous depositions in the case, on the day he returns to the office, August 25, 2008.

Counsel believes that, notwithstanding this additional delay in filing the reply, the resolution of the issues to be addressed will materially advance the resolution of the issues in the case.

For these reasons, Defendant asks for an additional twelve business days to complete a reply in the case.

                        Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


                                           /s/
_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof has been made through the Court's electronic transmission facilities on this 20th day of August, 2008.

<u>                                        /s/    </u>
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230