```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                    )
                                   )
        Plaintiff,                 )
                                   )
    v.                             ) Civil Action No. 05-2202 RBW
                                   )
CRISTIÁN SAMPER, Acting Secretary, )
  Smithsonian Institution,         )
                                   )
        Defendant.                 )
_____)
```

JOINT MOTION TO MODIFY SCHEDULE,
AND MEMORANDUM IN SUPPORT THEREOF

The parties hereby jointly move for a modification of the current schedule to complete briefing, to submit the pretrial statement and to conduct the pretrial conference in this complex[1] employment discrimination case. Specifically, the parties ask that the date for Defendant to file the reply to Plaintiff's opposition to the pending dispositive motion be extended by three (3) business days, until Tuesday, September 16, 2008, and that the currently scheduled October 1, 2008 pretrial date be either 1) converted to a hearing date for argument on the dispositive motion (should the Court desire such argument) or 2) postponed until resolution of the pending dispositive motion.

Counsel for Defendant asks for these additional days for the reply brief, because of unforeseen difficulties in completing the reply. Specifically, counsel intended to work on the reply over

---

[1] The Second Amended Complaint in the case contains Eighteen counts.

this past weekend.  Unfortunately, the computer which was able to read the electronic files copied by counsel, including the draft reply, became inoperable and inclement weather required counsel to remain home in order to protect his home against water damage that had occurred in past times of heavy rain.  This put completion of the reply behind schedule.  In addition, counsel for defendant has been called upon to complete pleadings in several other civil actions this week, including a September 10, 2008 filing in <u>Lee</u> v. <u>United States</u>, Civil Action No. 06-2184 JDB and a September 11, 2008 answer in <u>Lardner</u> v. <u>Department of Justice</u>, Civil Action No. 08-1398 CKK.  At the same time, counsel for defendant has been attempting to negotiate settlements in two other cases; and he was called upon this week to devote several hours to training law enforcement officers in constitutional issues.  These responsibilities and difficulties have made it impossible to complete the reply by today.

    Moreover, in briefing the issues on summary judgment, the parties have come to recognize that, should the Court remove individual issues from the case[2] following resolution of the dispositive motion, the effect on the contents of the pretrial statement could be significant.  Rather than attempt to reach agreement on the contents of such a pretrial statement without

---

[2]  Plaintiff has, in fact, conceded that at least one aspect of the breach of contract claim may be removed from the case.

knowing the ultimate issues to be tried, the parties ask that the Court permit them to formulate a more accurate pretrial statement.  This, the parties, agree can best be accomplished through a pretrial hearing that follows resolution of the dispositive motion.  Yet another reason to delay the filing of the pretrial statement beyond the resolution of the summary judgment motion is that counsel for both parties have been unable to devote the time necessary to draft the pretrial statement that would otherwise be due on September 19, 2008.  As noted herein, counsel for Defendant has been occupied with the reply needed in this case as well as many other duties in unrelated cases; counsel for Plaintiff has recently undergone a kidney stone removal procedure at an area hospital that has taken him away from the office for a time and he is also planning a visit to his teenage son's educational facility in Boston, where the son is receiving therapeutic services at the school.[3]  Thus, all parties and the Court will benefit from some additional time to complete the needed pretrial statement, which would more concisely and accurately address the issues as they will be presented to a jury, should any such issues remain.

WHEREFORE, the parties believe that, notwithstanding this

---

[3] The school has requested the parents' attendance on Monday, and the travel and visitation would include this coming weekend.

short delay, the resolution of the issues in the case will be materially advanced by approval of the accompanying order.

                                Respectfully submitted,

| | |
|---|---|
| _____/s/\_ <br> STEVEN J. SILVERBERG, ESQ. <br> DC Bar #377376 <br> 1090 Vermont Ave., N.W. <br> Suite 500 <br> Washington, DC  20005_____ | _____ <br> JEFFREY A. TAYLOR, DC Bar #498610 <br> United States Attorney |
| | _____ <br> RUDOLPH CONTRERAS, DC Bar #434122 <br> Assistant United States Attorney |
| _____ | _____/s/\_ <br> W. MARK NEBEKER, DC Bar #396739 <br> Assistant United States Attorney |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Joint Motion To Modify Schedule, And Memorandum In Support Thereof has been made through the Court's electronic transmission facilities on this 11th day of September, 2008.

                                                      /s/
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230