```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                      )
                                     )
        Plaintiff,                   )
                                     )
    v.                               ) Civil Action No. 05-2202 RBW
                                     )
CRISTIÁN SAMPER, Acting Secretary,   )
 Smithsonian Institution,            )
                                     )
        Defendant.                   )
_____)
```

ORDER

Upon consideration of the Joint Motion To Modify Schedule, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this \_\_\_\_ day of _____, 2008,

ORDERED that the motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which defendant may file a reply in this action be and is hereby enlarged up to and including September 16, 2008; and it is further ordered that pretrial hearing currently scheduled for October 1, 2008, be [\_\_] converted to a status hearing; [\_\_] converted to a motions hearing; [or] [\_\_] postponed, until a date to be selected after resolution of the pending dispositive motion.

```
                                     _____
                                     UNITED STATES DISTRICT JUDGE
W. MARK NEBEKER
Assistant U.S. Attorney              STEVEN J. SILVERBERG, ESQ.
Civil Division                       1090 Vermont Ave., N.W.
555 4th Street, N.W.                 Suite 500
Washington, DC  20530                Washington, DC  20005
```