Herman Krebs

Page 1

1                UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - - - - - - - X

4    ANTHONY BOWDEN,                        )

5          Plaintiff,                       )

6       vs.                                 )    Case No.

7    CRISTIAN SAMPER, ACTING                )    05-2202 (RBW)

8    SECRETARY, SMITHSONIAN                 )

9    INSTITUTION,                           )

10         Defendants.                      )    Pages 1-246

11   - - - - - - - - - - - - - - - - - - - X

12

13

14              DEPOSITION OF HERMAN KREBS

15              Wednesday, November 11, 2007

16                   Washington, D.C.

17

18

19

20

21   Reported by:  Sara A. Watt

22   Job No. 184151

Page 130

1   You get the point?
2       MR. NEBEKER: I do.
3   BY MR. NEBEKER:
4       Q. Do you remember the question?
5       A. Yeah.
6       Q. Can you answer it?
7       A. I'm not sure I do remember the question.
8       Q. What I'm trying to figure out is it
9   sounds like you saw position descriptions for some
10  people --
11      A. Yeah.
12      Q. -- and that they weren't accurate in
13  describing --
14      A. Correct.
15      Q. -- at least the men that you can think
16  of, right?
17      A. Correct, yes.
18      Q. Okay. Did they accurately describe work
19  being performed by women who had the same job
20  titles?
21      A. I don't know that, because those, I
22  didn't see.

Page 131

1       Q. I guess what I'm saying is if you have a
2   woman and a man as an exhibit specialist, that's
3   going to be one PD, right?
4       A. Not necessarily in that office.
5       Q. Could it be one PD?
6       A. It could.
7       Q. Okay. And so the ones you saw, did you
8   look at it and say this isn't his, this is hers?
9       A. They were all pretty much custom written
10  for everyone. They didn't necessarily reflect what
11  anyone was doing, but they were all slightly tuned
12  and different.
13      Q. So you had -- let me see if I understand.
14      You've seen the position descriptions for
15  women as well as men?
16      A. One or two of them, yeah.
17      Q. Okay. And did the women's reflect what
18  they were doing any more accurately than what the
19  men's reflected they were doing?
20      A. No.
21      MR. SILVERBERG: Same standing objection
22  to this whole line of questioning.

Page 132

1       MR. NEBEKER: Okay. We're done with that
2   line of questioning.
3       MR. SILVERBERG: Oh.
4   BY MR. NEBEKER:
5       Q. Moving on to his complaint 05-10031805,
6   in which he alleged that based upon the same
7   elements, race, color, disability, reprisal, that
8   from June of '04 to March 18th of '05, he was
9   harassed in the following ways. Beginning in '04,
10  he was to work in an unsafe lower workshop.
11      Did you ever see Mr. Bowden work at an
12  unsafe lower workshop?
13      A. Yes.
14      Q. What do you recall was unsafe about the
15  lower workshop?
16      A. It's a mess. The most unsafe thing about
17  it is that it's a huge mess. It doesn't have
18  venting, I don't believe, for any of the equipment
19  that's set up in it. But mostly --
20      Q. Have you worked down there?
21      A. Yeah, at times I have.
22      Q. And what have you noticed as a result of

Page 133

1   the lack of proper -- what you perceive is a lack
2   of proper venting?
3       A. That it's just --
4       Q. Is there a lot of sawdust?
5       A. There's sawdust, there's dust, there's
6   dirt, there's -- I mean it's kind of just a big
7   giant room full of junk.
8       Q. Okay. And you started to answer my
9   earlier question, which is what did you see
10  resulting from the messiness?
11      A. Stored things getting damaged.
12      Q. Anything else?
13      A. Exhibits that were being temporarily
14  stored and extra signs and extra ID labels and
15  things like that, just getting beat up in there
16  just from getting banged around and having stuff
17  piled on top of them.
18      Q. Anything else?
19      A. I don't think so.
20      Q. And was there anything -- was there
21  anybody else that shared the workshop besides
22  Mr. Bowden?

Herman Krebs

Page 170

1  any of the employees at the Park Service, did it?
2      A.  No, it didn't. Especially because it
3  ended up working for her so well.
4      Q.  What was the business about the clothes,
5  though?
6      A.  I think Elena had a problem with Tony
7  wearing his biking clothes and I don't know why. I
8  don't know if she felt it was inappropriate or --
9      Q.  Oh, it was the skintight clothes,
10  correct?
11      A.  Probably, yes.
12      Q.  Did you ever see Mr. Bowden in his biking
13  clothes?
14      A.  Uh-huh, yes.
15      Q.  And were they in fact the tight-fitting
16  ones?
17      A.  Yes.
18      Q.  And did you ever overhear either
19  Ms. Elena Lopez or Samiy or Dolnick, for that
20  matter, giving Plaintiff, Mr. Bowden, a hard time
21  for being in the biking clothes?
22      A.  I sort of recall Kathleen mentioning it

Page 171

1  at some point.
2      Q.  Okay. And what did she say to Mr. Bowden
3  in your presence?
4      A.  I don't remember the words, but I have
5  just a vague recollection of her saying that the
6  clothing was inappropriate.
7      Q.  And was it the clothing that he was
8  wearing during work hours or prior to work hours?
9      A.  It was usually prior to work hours.
10      Q.  Oh, but occasionally it was during work?
11      A.  And then he would change in the morning.
12      Q.  But occasionally -- I'm sorry. By saying
13  that "usually," that means that once or twice he
14  might have been in his bike clothes after he was on
15  the clock?
16      A.  I don't recall him being in his --
17  spending the day in his bike clothes.
18      Q.  No, no, I don't mean spending the day. I
19  just mean after whenever his check-in time was, was
20  he standing around for any period of time in his
21  bike clothes?
22      A.  Probably.

Page 172

1      Q.  Okay. And that was probably what
2  Elena -- no, what Samiy was troubled with?
3          MR. SILVERBERG: Objection. Speculating.
4          THE WITNESS: It might have been.
5          MR. SILVERBERG: You're asking for him to
6  speculate.
7          THE WITNESS: Although Grace Lopez did
8  the same thing.
9  BY MR. NEBEKER:
10      Q.  Did she bike in, too?
11      A.  Yes, wore bike clothes, and frequently
12  wear them most of the day and no complaints.
13      Q.  Did she -- were they also the
14  tight-fitting bike clothes?
15      A.  Yes, uh-huh.
16      Q.  And she would wear them most of the day?
17      A.  Yes.
18      Q.  Okay. Was this the same time that
19  Mr. Bowden was?
20      A.  Yes.
21      Q.  Did Mr. Bowden ever talk to you about
22  seeing Grace Lopez in biking clothes during the

Page 173

1  day?
2      A.  Yes.
3      Q.  And did he ever complain, to your
4  knowledge, to Samiy or Elena Lopez?
5      A.  Not to Elena, I'm sure. But I -- I don't
6  know that he complained to --
7      Q.  You weren't present?
8      A.  -- Samiy. I would suspect he did.
9      Q.  Why do you think so?
10          MR. SILVERBERG: Objection. Speculation.
11          THE WITNESS: I would suspect that --
12          MR. SILVERBERG: Lack of foundation.
13          THE WITNESS: -- it's what's fair is
14  fair. How can you -- I mean it's kind of a natural
15  defense.
16          MR. NEBEKER: Let's go off the record for
17  just a second.
18          (Discussion off the record at 5:12 p.m.)
19          (Deposition resumed at 5:12 p.m.)
20          MR. NEBEKER: I have nothing further at
21  this time. Thank you, Mr. Krebs.
22          EXAMINATION BY COUNSEL FOR PLAINTIFF

44 (Pages 170 to 173)