Page 1

IN THE U.S. DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
ANTHONY BOWDEN,               :
                              :
          Plaintiff,          :
                              :
     v.                       :   Civil Action No.
                              :   05-2202
DR. CRISTIAN SAMPER,          :
SMITHSONIAN INSTITUTION,      :   Vol. II
                              :
          Defendant.          :
                              :
- - - - - - - - - - - - - - - x

                         Washington, D.C.

                         February 20, 2008

Deposition of

                    ANTHONY BOWDEN

a witness of lawful age, taken on behalf of the Defendant in

the above-entitled action, before Debra S. Derr, Notary

Public in and for the District of Columbia, at 501 3rd

Street, Northwest, Washington, D.C., commencing at 10:15 a.m.

Page 72

1      Q    Okay, what store would you go to?

2      A    Like Home Depot or lumber store or something like

3   that.

4      Q    And they have gas -- they have respirators, right?

5      A    Right.

6      Q    Okay.  Did you ever ask her to buy a respirator so

7   that you could work in the lower shop?

8      A    I can't ask her to buy a respirator for the work --

9      Q    Did you ever ask her to approve the purchase of a

10  respirator?

11     A    I have asked her on many occasions.  But it takes a

12  lot to get a respirator.  And it's not something that I am an

13  expert at, okay?  Because first of all, I think what happens

14  is that process has to go downtown and it has to be approved

15  by safety.

16     Q    To get one of those paper masks?

17     A    You just said "respirator."

18     Q    Okay, but let's talk about the paper dust mask.

19     A    Right.

20     Q    Okay.  That would protect you from sawdust,

21  correct?

22     A    Right.

23     Q    Okay.  So if you -- that was a safety concern for

24  you, couldn't you, when you were at Home Depot, say, can I

25  pick up a pack of these -- these dust masks?

Page 73

1       A       I mean, we've done it.

2       Q       **You have done it?**

3       A       Right, we've picked up --

4       Q       **All right.**

5       A       You get like five in a pack or something like that.

6       Q       **All right, so you could get them yourself when you**

7    **went to Home Depot so that they would be down there in the**

8    **lower shop, is that what you're saying?**

9       A       You're saying I could get them myself?

10      Q       Yeah.

11      A       No, I couldn't get them myself.  I had to go

12   through her.

13      Q       Right, but then she'd pay for them, you'd have the

14   dust masks for the lower shop, right?

15      A       No, she didn't pay for anything.

16      Q       **Well, she approved the payment for the Smithsonian**

17   **for things like the dust masks, correct?**

18      A       I mean, every so often, yes.  I would say, yes.

19      Q       **Did she ever specifically tell you, no, we can't**

20   **afford or I'm not going to approve dust masks for the lower**

21   **shop?**

22      A       No, I think what she did is just ignored what my

23   requests were a lot of times.

24      Q       **And how long did you go without dust masks in the**

25   **lower shop because of that?**

1       Q    Grace Lopez?

2       A    Right.  Levi, I think, had got sick because I

3  should have mentioned that too, how they had harassed him to

4  the point where as though he ended up in the -- in a mental

5  institution also.

6       Q    And did he quit in March of 2003?

7       A    Somewhere around in there.

8       Q    Then number 6 in Exhibit 21 on page 5, it says

9  Folami Ahota is verbally opinionated, carries private

10  information to the staff from management and from management

11  to staff.  Ms. Ahota keeps things stirred up.

12            Can you keep specific about what she does to keep

13  things stirred up?

14       A    Well, she was one of the ones that -- that's one of

15  the ways that I knew that Kathleen had a problem with me

16  being promoted because Falami had said that Kathleen, you

17  know, was saying that she didn't feel it would be fair, I

18  mean, for me to make the same money she did and a bunch of

19  stuff.  She like was the administrative assistant to them, so

20  she was probably the closest one as far as personnel matters,

21  you know what I mean, with the managers there.

22       Q    And did Ms. Ahota ever tell you that Ms. Samiy was

23  treating you any particular way because of your race?

24       A    Ms. Ahota told me that Ms. Samiy was treating

25  blacks, period, not just me but blacks, period, because of

1    machine?

2        A    Yeah, I did.

3        Q    And did she get it to work on your machine?

4        A    No, it never did.  As a matter of fact, it just

5    didn't work on my machine; it didn't work on anybody's

6    machine.

7        Q    But it did get installed on the machine?

8        A    Right, it ended up being on my machine, but it

9    never did work.

10       Q    Do you have any reason to doubt that the

11   efforts -- let's keep all these together -- that Ms. Samiy's

12   efforts to get the software up and running on your machine or

13   on everybody's machine were genuine?

14       A    Were genuine?

15       Q    She wanted it to work, right?

16       A    She wanted it to work, but I think it was she just

17   didn't know what she was doing and was kind of spinning her

18   wheels with it.  It just never actually became an actual

19   software that anybody could use.

20                       (Exhibit No. 33 was marked for

21                        identification.)

22            BY MR. NEBEKER:

23       Q    Have you got Exhibit 33 in front of you now?

24       A    Yes.

25       Q    Is this an e-mail from you to Lynn Dolnick dated

Page 130

1              MR. SILVERBERG:  I am going to object to this

2      exhibit, just that it's not to Mr. Bowden, so --

3              MR. NEBEKER:  Sure.

4              THE WITNESS:  I don't know.

5              BY MR. NEBEKER:

6        Q    You've never seen this before?

7        A    I don't remember seeing this.

8        Q    Okay.  In -- let me ask this.  In number seven on

9      the exhibit, it references the ability to manage and track

10     graphic signs and files for purposes of reprinting.  Do you

11     understand what that entails?

12       A    Yeah.

13       Q    And is -- was File Maker and QuarkXPress, were they

14     designed to make that job -- I'm not saying they worked, but

15     was it the intention that those pieces of software could be

16     used to manage and track graphic signs and files for purposes

17     of reprinting?

18       A    Well, I mean, Quark is not a tool that you use to

19     track.  File Maker would be a tool that you could use to

20     track, but File Maker was something that they never, like I

21     said, could actually get up and running.

22       Q    If they could, that's what it would have done,

23     though, correct?

24       A    Right, exactly.

25       Q    And what about QuarkXPress?  Could you use

Page 163

1      A    We spoke with Herman, Aaron -- who else did we

2    speak to?  I'm pretty sure, besides, I mean,

3    what-you-call-her is Filipino, we asked her, Grace Lopez.

4    And if I can remember, Judy.  We asked them were they being

5    harassed.

6          Q    Did you ask them if they were late?

7          A    Yeah.  I mean --

8          Q    So you asked Hermen Krebs, Aaron Ferster, Grace

9    Lopez and Judy Tasse if they were late for work on April

10   29th, 2004?

11         A    Right.  And matter of fact, the majority of the

12   people that I just named said they were late, but they

13   weren't receiving those type of e-mails.

14         Q    Okay, how late did Herman Krebs tell you he was on

15   April 29th, 2004?

16         A    I don't remember how late he was.

17         Q    And how late was Aaron Ferster on April 29, 2004?

18         A    Don't remember.

19         Q    And how late was Grace Lopez on April 29th, 2004?

20         A    Grace probably was one that wasn't, you know what I

21   mean -- prompt --

22         Q    Was she always on time?

23         A    Right.

24         Q    And was -- how late was Judy Tasse on April 29th,

25   2004?

Page 279

1      Q    Was there signage on the panels?

2      A    You couldn't really tell what was on them.

3      Q    There was cockroaches on the panels, I guess.

4      A    The panels was just moving, so I mean, this was

5   like --

6      Q    Were you supposed to replace those panels with new

7   panels?

8      A    I don't know what they were doing, you know what I

9   mean.

10     Q    Who asked you to do that?

11     A    Jeff did.

12     Q    And when was that?

13     A    Probably in 2005 or somewhere around in there, you

14   know what I mean?  I mean, it's just like every time he would

15   give me something dirty like that, and I would say something

16   about it, it looked like, you know, he just wouldn't -- he

17   wouldn't bend, you know what I mean?

18     Q    And the feces on the wall, was that the giraffe

19   area?

20     A    That was the giraffe area.

21     Q    And did you ultimately end up having to clean those

22   walls in the giraffe area?

23     A    I didn't have to clean those, but it just took so

24   long for me to convince him that it wasn't safe for me.  And

25   I think that people misconstrued that I said that one of the

Page 282

1    holiday cards?

2         A    No, no women got negative holiday cards.

3         Q    **You talked about the three times that Jeff Baxter**

4    **said, you people.  What were those times, again?  When?**

5    **Briefly?**

6         A    The first time was a little bit after he arrived in

7    I think 2004.  The second time, as a matter of fact, it was

8    four, because he actually used it again one day in the shop

9    when we were talking about fixing the shop.  And then twice

10   it was with Ernest Robinson and -- well, the third time was

11   with Ernest Robinson and myself, then the fourth time was

12   with Ernest Robinson, Sherod Mangum and myself along with the

13   ombudsman and Chuck Fillah.

14        Q    **So the first time was when?**

15        A    Was when he -- shortly after he had arrived at the

16   zoo.

17        Q    **So that was about when?**

18        A    That was probably around in maybe August or

19   September of 2004 or something like that.

20        Q    **And who was that with?**

21        A    That was with me.

22        Q    **Just you?**

23        A    Just me.

24        Q    **And what did he say?**

25        A    He said, you know, something of the nature, we was

Page 283

1    talking about, you know, the workplace and he said something

2    on the nature that have to learn to, you know, trust you

3    people.  Because what I was doing was kind of walking

4    him -- trying to welcome him to the zoo and make sure

5    everything was going real fine with us, but that's the way he

6    came out to me and that's when I explained it to the other

7    guys that he had said that.  And nobody believed me.  So I

8    was kind of lost on that.

9        Q    What was the second time, when was that?

10       A    The second time was one day when we was in the

11   lower shop.  I can remember it clearly now, because I went to

12   the EAP office and I told it to the lady in the EAP office

13   and her name was Debbie Burnie, of course.

14       Q    And when was this?

15       A    This was probably maybe about -- maybe about a year

16   or so after he had arrived he came back with the same thing.

17       Q    Who did he say it to?

18       A    He said it to me again.

19       Q    Just you alone?

20       A    Right.

21       Q    And this was when, again?

22       A    This was probably about a year after he had got

23   there.

24       Q    And what did he say?

25       A    He said that -- he was actually speaking and we was

Page 284

1    talking about the -- I think he was talking about me

2    supervising Sherod and blah, blah, blah, and it just went on

3    and on.  And then somewhere down the line, it just came out

4    of his mouth.  He said, you know, I have to learn to trust

5    you people.  And then he tried to take it back.  And I said

6    it's okay, you know what I mean.  He said it now, I mean,

7    come on.

8        Q    What was the third time?  When was that?

9        A    The third time was in the meeting with me, him,

10   Chuck and Ernest Robinson.

11       Q    And that was when?

12       A    That's when we had a meeting about the blacks, how

13   we were being treated.

14       Q    And when was that?

15       A    That was in -- that might have been later on in '05

16   or something or somewhere -- that was in like mid-'05 or I'm

17   not sure of the dates.

18       Q    And what did he say?

19       A    I think he -- well, actually, he just -- you know,

20   when we were talking about how we felt we were being treated,

21   he was saying that, you know, trust was earned and this and

22   that and blah, blah, blah.  And it just came out, he said, I

23   have to learn to trust you people.

24       Q    And what was the reaction of the other African

25   Americans there?

Page 285

```
 1        A    Well, the only person that was there then was

 2   Ernie.  And he --

 3        Q    What was his reaction?

 4        A    He was outraged.  And I think that was something

 5   that Chuck had written in his thing, to say that we were

 6   outraged about something but he didn't remember what it was,

 7   but I'm pretty sure he knew what it was.

 8        Q    So it was you and Ernie Robinson?

 9        A    Right.

10        Q    And who else was there?

11        A    And Chuck Fillah, we were talking about the way the

12   blacks were being treated in the workpaper.

13        Q    Were you -- you were discussing how blacks were

14   being treated and then he -- Jeff Baxter used the term, you

15   people?

16        A    Right.  He came out and said, I have to learn to

17   trust you people, and just went on from there.  And that's

18   when Ernie asked him to explain himself.  You know, explain

19   what you mean, you know what I mean, by you people?

20        Q    What did he say?

21        A    He didn't answer.

22        Q    Did any black employees in your workplace, were any

23   black employees allowed to work at home?

24        A    No.

25        Q    Were any white employees?
```