Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ANTHONY BOWDEN,                   *

    Plaintiff,                  *

                                *

vs.                               *   Civil Action No.

                                *   05-2022

LAWRENCE M. SMALL,                *

Secretary, Smithsonian            *

Institution,                      *

    Defendant.                  *

* * * * * * * * * * * * * * * * * * * * * * * * *

    The deposition of JEFFERY BAXTER took place on Wednesday, September 28, 2007, beginning at 12:21 p.m. at Federal District Attorney's Office, 501 North 3rd Street, 4th Floor, Washington, D.C., before Stacey L. Daywalt, Court Reporter.

* * * * * * * * * * * * * * * * * * * * * * * * *

Reported by:

    Stacey L. Daywalt, Court Reporter

Al Betz & Associates, Inc. 
www.albetzreporting.com

Q. And they were one hundred percent the black staff working for you. Right? There were no other blacks working for you at that time?

MR. NEBEKER: Objection, vague.

THE DEPONENT: I had five people.

BY MR. SILVERBERG:

Q. And the other two were not black?

A. Correct.

Q. So, everybody who was black who worked for you said you used the term you people at the same incident.

A. Okay.

Q. Do you want to reconsider whether you said it or not?

A. I said I don't remember saying it.

Q. Okay.

A. And if I could just clarify, what I was saying is I don't remember saying it. I remember a conversation where a number of people were talking over top of each other and whatever may have come out of my mouth may have been misheard,

1  misinterpreted. It may have been chopped up. I
2  don't know.
3      Q.   Did all three men approach you at a
4  different time later or together and were you
5  approached by them at all about this comment?
6      A.   I don't remember.
7      Q.   Weren't you by Mr. Bowden?
8      A.   Yes, but you said all three of them.
9      Q.   I did. Well, Mr. Bowden says at the time
10 they asked you to explain what you meant. Did you?
11     A.   I do believe I tried to explain, but it
12 was not in any reference. I don't remember if in
13 fact how I said this, but I'm going to repeat what
14 I've said before. It was referring to people don't
15 just automatically trust people. It takes time.
16 It has to be earned and developed.
17     Q.   Did you think after the incident, after
18 they asked you what it meant?
19     A.   That whatever I said was possibly
20 misconstrued?
21     Q.   Yes.

Page 157

1  behind him. It was Elena Lopez. Basically, the
2  only way I knew that there was contact was Tony
3  looking up at me.
4       Q.  Did Tony tell you what had happened?
5       A.  He said that she had bumped into him.
6       Q.  Did he say it like that?
7       A.  I don't know the exact words he said.
8  What I do remember is I'd have to go back and look
9  at my statement and realizing that something had
10 occurred I immediately made a phone call to Elena's
11 first line supervisor, typed up what I had
12 witnessed as clearly as I could, went to a meeting,
13 took a copy of that because I knew Chuck Fillah was
14 going to be in that meeting. By the time I came
15 back I think I had an e-mail from Tony on this or a
16 voice mail. I'm not sure which it was at that
17 point.
18      Q.  What was Mr. Bowden alleging?
19      A.  Assault.
20      Q.  Did he go to the police with it?
21      A.  When he used the word assault basically

1  specified that yes, please go to the police if you
2  feel that you've been assaulted.
3      Q.  Didn't you tell Mr. Bowden the agency
4  wasn't going to do anything on it?
5      A.  No, I do not remember it happening that
6  way.  I would not say that.  I do remember talking
7  with Susan Ades about this and I do remember going
8  and talking with the zoo police and they asked us
9  if we could handle it in a lower level, but it was
10 not able to be handled.  So, we allowed the NZP
11 police to proceed with their investigation.
12     Q.  So, what was the result?
13     A.  It moved forward.  I don't know the end
14 result of the investigation by the NZP police.
15     Q.  Did you ever discipline Elena Lopez?
16     A.  I was not her first line supervisor.  I
17 do not know all the disciplinary actions that Susan
18 may have taken with her.
19     Q.  Do you know if Elena Lopez had problems
20 with other workers?
21     A.  Tony had informed me, but that was only